<div style="text-align:center">

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

</div>

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of April, two thousand and thirteen,

_____

| | |
|---|---|
| Kyle Pippins, individually and on behalf of all others similarly situated, Jamie Schindler, individually and on behalf of all others similarly situated, Edward Lambert, individually and on behalf of all others similarly situated, | ORDER<br>Docket No: 13-889 |
|     Plaintiffs - Appellants, | |
| v. | |
| KPMG LLP, | |
|     Defendant - Appellee. | |

_____

    APPELLANTS, Kyle Pippins, Jamie Schindler and Edward Lambert, have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 27, 2013 as the brief/joint appendix filing date.

    The scheduling notification hereby is so ordered.

<div style="padding-left:50%">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



</div>