

Activity in Case 1:11-cv-00377-CM Pippins et al v. KPMG LLP Appeal Record Sent to
USCA - Electronic File
NYSD_ECF_Pool
to:
CourtMail
04/15/2013 01:07 PM
Hide Details
From: NYSD_ECF_Pool@nysd.uscourts.gov

To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 4/15/2013 at 1:05 PM EDT and filed on 4/15/2013
**Case Name:**          Pippins et al v. KPMG LLP
**Case Number:**      1:11-cv-00377-CM
**Filer:**
**WARNING: CASE CLOSED on 02/07/2013**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal
Electronic Files for [369] Declaration in Support of Motion, filed by KPMG LLP, [366]**

**MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL* filed by KPMG LLP, [368] Declaration in Support of Motion, filed by KPMG LLP, [371] Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, [370] MOTION for Extension of Time to File Response/Reply as to [366] MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*. MOTION for Extension of Time to File Response/Reply as to [366] MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL* filed by Jamie Schindler, Kyle Pippins, [367] Memorandum of Law in Support of Motion filed by KPMG LLP, [373] Stipulation and Order, Appeal Fee Payment, [372] Order on Motion for Extension of Time to File Response/Reply, USCA Case Number 13-889, were transmitted to the U.S. Court of Appeals. (tp)**

**1:11-cv-00377-CM Notice has been electronically mailed to:**

Andrew W. Stern astern@sidley.com, nyefiling@sidley.com

George T Conway, III GTConway@wlrk.com, CAlert@wlrk.com

Susan Hilary Stern sstern@shavitzlaw.com, pmeireles@shavitzlaw.com

Gregory Gil Ballard gballard@sidley.com, gsoni@sidley.com, nyefiling@sidley.com

Gary Frederick Bendinger gbendinger@sidley.com, nyefiling@sidley.com

Adam T Klein atk@outtengolden.com, kar@outtengolden.com

Justin Mitchell Swartz jms@outtengolden.com, kar@outtengolden.com, kleung@outtengolden.com, mleung@outtengolden.com

Alex Jason Kaplan ajkaplan@sidley.com, nyefiling@sidley.com

Jennifer Altfeld Landau jlandau@sidley.com, adoherty@sidley.com, jcisneros@sidley.com, nbigley@sidley.com

Michael Dana Warden mwarden@sidley.com, nyefiling@sidley.com

Peter A. Muhic pmuhic@ktmc.com, jbelack@ktmc.com, jconway@ktmc.com, kmarrone@ktmc.com, mcoccagna@ktmc.com

Colleen M. Kenney ckenney@sidley.com, nyefiling@sidley.com

Rachel Megan Bien rmb@outtengolden.com

Gregg I. Shavitz gshavitz@shavitzlaw.com, jsemexant@shavitzlaw.com

Keith M. Stern kstern@shavitzlaw.com

Elizabeth Hartley Wagoner ewagoner@outtengolden.com

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:11–cv–00377–CM

Pippins et al v. KPMG LLP
Assigned to: Judge Colleen McMahon
Related Case: 1:11–cv–01622–CM
Cause: 29:201 Fair Labor Standards Act

Date Filed: 01/19/2011
Date Terminated: 02/07/2013
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Kyle Pippins**
*Individually and on behalf of all others
similarly situated*

represented by **Justin Mitchell Swartz**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245–1000
Fax: (212) 977–4005
Email: jms@outtengolden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam T Klein**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
212 245–1000
Fax: 212 977–4005
Email: atk@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Dana Gale Sussman**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
212–245–1000
Fax: 646–509–2053
Email: dsussman@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Hartley Wagoner**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245–1000
Fax: (212) 977–4005
Email: ewagoner@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Gregg I. Shavitz**
Shavitz Law Group, P.A
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
(561)–447–8888
Fax: (561) 447–8831
Email: gshavitz@shavitzlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal B. Anderson**
Shavitz Law Group,
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432

561–447–8888
Fax: 561–447–8831
Email: hal.anderson@shavitzlaw.com
*TERMINATED: 02/14/2012*
*PRO HAC VICE*

**Keith M. Stern**
Shavitz Law Group, P.A
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
(561)–447–8888
Fax: (561)–447–8831
Email: kstern@shavitzlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Megan Bien**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212)–245–1000
Fax: (212)–997–4005
Email: rmb@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Seth M. Marnin**
Outten &Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245–1000
Fax: (212) 977–4005
Email: smm@outtengolden.com
*ATTORNEY TO BE NOTICED*

**Susan Hilary Stern**
Shavitz Law Froup
1515 South Federal Hwy, Suite 404
Boca Raton, FL 33432
(561) 447–8888
Fax: (516) 447–8831
Email: sstern@shavitzlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jamie Schindler** *Individually and on behalf of all others similarly situated* | represented by | **Justin Mitchell Swartz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Adam T Klein** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Dana Gale Sussman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Hartley Wagoner** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Gregg I. Shavitz** (See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal B. Anderson**
(See above for address)
*TERMINATED: 02/14/2012*
*PRO HAC VICE*

**Keith M. Stern**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Megan Bien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth M. Marnin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Hilary Stern**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa B. Fraley**                     represented by     **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rachel Megan Bien**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Marsala, Jr.**               represented by     **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rachel Megan Bien**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Adam Mandelberger**           represented by     **Rachel Megan Bien**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wakana Kamesato Sebacher**           represented by     **Rachel Megan Bien**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammie Fossaceca**                   represented by     **Rachel Megan Bien**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ahn Romero**                         represented by

Rachel Megan Bien
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Ryan Fillari**                          represented by   **Rachel Megan Bien**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Aflatooni**                             represented by   **Rachel Megan Bien**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Thomas Morrone**                        represented by   **Rachel Megan Bien**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher John Howe Collato**              represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew John Jefferies**                     represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell James Monson**                       represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Thomas Punt**                           represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark M. Ulrich**                             represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul James DiCarlo**                         represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew William Wilpers**                    represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jae Y. Chung**                               represented by   **Justin Mitchell Swartz**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Albers Austin**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Diane Towers**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Farrell Holmes**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Danielle Blaise**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Angelin Castano**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina V. Farrell**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Huey**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Richard Karr**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard N. Tinelli**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Parissa Hannah Daneshmand**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Edward Glockzen, Jr.**

represented by **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ciara Marino**

represented by

Justin Mitchell Swartz
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Waits Raulerson**                     represented by   **Justin Mitchell Swartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Louis**                               represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Fani**                                  represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Nixdorf**                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Benson Smith**                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Mills**                               represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meghan E. O'Malley**                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Gerdung**                             represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Weichholz**                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Yoo**                                 represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell A. Melfi**                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morgan Ann Frame**                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nicole M. Anderson**                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nimish Patel**                        represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Olga Martynov**                       represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Orealis Marie Alvarado**              represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Paras H. Dagli**                      represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Peter Panagos**                       represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rena Zarah**                          represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert Liu**                          represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Samuel Robert Young**                 represented by **Samuel Robert Young**
PRO SE


**Plaintiff**

**Samuel Robert Young**                 represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Scott Lorence Pfister**               represented by **Elizabeth Hartley Wagoner**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seville Nicole Christmas**                represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven Gaul**                             represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sue Yen Chong**                           represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Svetlana Condur**                         represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tiffany Chua Chan**                       represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tyrone Guillory Jr.**                     represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Valerie Tang**                            represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William Drzich**                          represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William Baxter**                          represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Yelena Glants**                           represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Yuk N. Li**                               represented by **Elizabeth Hartley Wagoner**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Yulia Barland**                          represented by **Elizabeth Hartley Wagoner**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Adam Minsky**                            represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alex Cook**                              represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alexander L Diaz**                       represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Anna Huang**                             represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashlee S Verner**                        represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Benjamin D Harmon**                      represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brandon Burkley**                        represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Caitlin A Tennant**                      represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Carolyn Elizabeth Mahar (Hassel)**       represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Diana Fazylova**                         represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dominica Barber**                        represented by **Dana Gale Sussman**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dowling Burke Stough**                    represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Dustin Cathcart**                  represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa Lee Hua Wu**                        represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edmund A Windsor**                        represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Van Fredricksen**                    represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Elizabeth Hart**                     represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin S Saunders**                         represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garrett Dee Cazier**                      represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Goldsand**                        represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holland Stimac**                          represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Yi–Ping Tang**                       represented by   **Dana Gale Sussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Douglas Nelson**                    represented by

Dana Gale Sussman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey G Pike**                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Lai**                      represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer M Stewart**                represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Mills**                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy T Fowler**                   represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica P Puckett**                 represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jia Yin Wu**                        represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Deng**                         represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Elizabeth Friends**          represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lela Mujakovic**                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie L Perrine**                  represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsey McLaughlin**                    represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lisa Grund**                            represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel Andrews**                        represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brian Edward Capstick**                 represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Harrison D Cole**                       represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christopher Blake Elliot**              represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daega Fatah**                           represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Clifford Hayhurst III**                 represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Corey Jones**                           represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christopher A Marino**                  represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Anne M Martin**                         represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Evan R Parzych**                        represented by

Dana Gale Sussman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Jean Reeves Prudhomme**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Rehm**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emilio Jorge Sartori**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Schrader**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chava S. Schwartz**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Edward Stamile**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Ian Tarrant**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Adam Wade**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan M Zawatsky**     represented by     **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jillian Bernard**     represented by     **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Canaras**     represented by     **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zahra J. Castillo**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zahra J. Castillo**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Chiulli**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Jean Criddle**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Cunniffe**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Giammarinaro**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer M. Grayson**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Manuel Guerrero**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Cletus Iverson**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wieslawa Jamroz**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Kunz**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James W. Lee III**

represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Manning**                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan B. Markowitz**                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Jane Medrano**                 represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert A. Miller**                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kanuri Bhanu Priya**                 represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Leigh Provix**               represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter John Puglisi III**             represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Santolucito**                represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Shumake Savarese**             represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliet Lee Smith**                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew B. Smith**                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William S. Tierno**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Walter Vazzano**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suihong Wang**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Ann Westenberg**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason T. Bailey**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eve Buckwalter**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Lea Chandler**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mallory Brown Hoidal**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary A. Kayser**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Robert Kraft**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jake Kransteuber**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McPherson**

represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Craig Roberts

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Erin M. Roberts

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott Rumberg

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sean W. Sullivan

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Xuan Sun

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew Trinh

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Travis J. Vogt

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jaison Vovra

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Hong F. Walrond

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kelcie Kiku Balaeff

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sreya S. Alex (Samuel)

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri J. Allen**                          represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven Calder**                          represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cairo J. Carr**                          represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sho Chinen**                             represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Davin Lee Cottle**                       represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeffrey M. Croft**                       represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jacqueline Marie DeMeo**                 represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Deyo**                           represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Allison Peltier Gillam**                 represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William T. Gutknecht**                   represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christian Ryan Daniel Halligan**         represented by   **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer L. Johnson**                    represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher W. King                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brett E. Kirkland                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Edward Martinez                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Mattar                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jana Milenky Weissman                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Bradford Moye                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maya E. Procinsky                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Rath                                 represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Xuemei Ren                                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael L. Steele                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan S. Svorinic                             represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan Verkamp                    represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yuan Zhang                      represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kayla L. Barrett                represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Niles Reid Bergstrom            represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jill Kayleen Colgan             represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kayla Marie Futch               represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Joseph Gibson                   represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kaitlyn Hartwell                represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Allison C. Hylton               represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel P. Jensen                represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lukasz Kwiatkowski              represented by   **Elizabeth Hartley Wagoner**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniela Lundin                  represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alison J. Moss                          represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Irfan A. Raza                           represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jatinder Singh                          represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jin Xing Wang (Xue)                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alanna Cooper                           represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Erin Elizabeth Donia                    represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brian Ross Dout                         represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Erika Elko                              represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Erin J. Elliot                          represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Chase Michael Gardner                   represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kyle Andrew Gasaway                     represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Paul Hathorn**                                    represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rennie Henry**                                         represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas M. Kerr III**                                   represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Maura Helberg Lange**                                  represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**James J. Lenihan III**                                 represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Trinity Marcia Mascola**                               represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Julian Joaquin Murrieta**                              represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nicholas Paul Nordman**                                represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alan William Roeder**                                  represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Matthew Wenzel**                                       represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Laura Westensee**                                      represented by    **Dana Gale Sussman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David Jalette**                                        represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ashley Matrak                            represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew Pulitano                          represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alyson L. Reimer                         represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alla Shutyi                              represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bryan Van Demark                         represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Da Wang                                  represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Emilie J. Britt                          represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jesus Comendeiro                         represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Frederick James Cowan Jr.                represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jina Han                                 represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Geffery Hubble                           represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica H. Leonard**                                represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ian Nichols**                                      represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Drew Harris Rosen**                                represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jacob Spear**                                      represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jonathan Wiener**                                  represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kara N. Bevis**                                    represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie Eckardt**                                represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kevin Ellis**                                      represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joseph F. Franzone**                               represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kristopher Glaser**                                represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Samantha M. Hunt**                                 represented by   **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Matej Kollar**                                     represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Paul A. Larkins**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kimberly Layden**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph T. Leonard**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sarah K. Lindholm**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kristen McFarland**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rebecca O'Malley**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Luke Orszag**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Katherine A. Panzarella**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Magen M. Reyor**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rohini R. Seth**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Chelsea Neale Collins**

represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Timothy Dahmen**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley A. Darden**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Davis**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jared Brice Filus**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Holman**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Minor**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Mulick**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wei Song**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Walker**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad W. Wonderling**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelsea Echo Yu**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacia Charland**
                       represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer L. Crowe                    represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jonathan DeBeaumont                  represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Marc Ferriello                       represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dana Marie Gansky                    represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ashley S. Guthmann                   represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

John Hays                            represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeremy D. Kline                      represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kelly Marie Lock                     represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sarah Tucker Mahar                   represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Krista Suzanne Niebrugge             represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan Ray Olsen Painter               represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kristina Rengel

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christina M. Saia

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ann Patricia Salamunovich

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Donald Shaw

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brent Vetter

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rong Wang

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David W. Allen

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Amanda Authement

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel A. Bennett

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Leif E. Bergquist

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Heather K. Blake

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kerry L. Blatt

represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren M. Brown                          represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Emma Colacicco                           represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Laura Davidson                           represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Adele M. Domingue                        represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

April L. Doten                           represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

James W. Forsythe                        represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lacy R. Glaser                           represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dylan M. Johnson                         represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeremy R. Johnson                        represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jenna H. Karmel                          represented by    **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Amit Kukreja                             represented by    **Amit Kukreja**
                                                           PRO SE

**Plaintiff**

**Amit Kukreja**                              represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jason Lalk**                                represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel N. Marrone**                         represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Glenn Palilla**                             represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer M. Peyton**                        represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amanda Rahner**                             represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Fay M. Richards**                           represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dino J. Rossi**                             represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christina Ruiz Minesis**                    represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cesaria Rutigliano**                        represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Frank R. Sousa**                            represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hana Stelzer**                              represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Idrees Tily**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Tripodi**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rongchen Chen**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Chowdhury**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan L. Christie**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan L. Christie**

represented by **Ryan L. Christie**
PRO SE

**Plaintiff**

**Sarah F. Kuhne**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha S. Liao**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas F. Lisnich**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yu–Han Lo**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Mosher**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terryann A. Roberts**

represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Renee A. Sapp                                    represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Shirley Suet Wai So                              represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yuliya Spektor                                   represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Tracy A. Tankard                                 represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Arcuri                                   represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Drew R. Froehlich                                represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer M. Interlandi                           represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael A. Jablonski                             represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michelle M. Krause                               represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Casey Lock                                       represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott R. Nunez                                   represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Priya Patel**                                        represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kate Pinney**                                       represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda L. Shay**                                    represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indre Stunzenas**                                   represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaliope Tsoflias**                                  represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atul Prasad Adhikary**                              represented by    **Elizabeth Hartley Wagoner**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sisai A. Birhanu**                                  represented by    **Dana Gale Sussman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Burns**                                     represented by    **Dana Gale Sussman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keri A. Ehrlich**                                   represented by    **Dana Gale Sussman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seth T. Fick**                                      represented by    **Dana Gale Sussman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer C. Hall**                                  represented by    **Dana Gale Sussman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathew J. Howard**                                  represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katherine R. Johnston                    represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Benjamin J. Siewart                      represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan Eileen Smith                       represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew J. Terreri                        represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Amy Elizabeth Vogt                       represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica Leigh Williams                   represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Elissa Sheryl Yorgey                     represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Cant Charles Christopher                 represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Stephanie R. Conti                       represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Aren J. Cowan                            represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bryan Davis                              represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Diasio**                                    represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Andrea Diaz**                                      represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cara Ann Juffer**                                  represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brent E. McLaren**                                 represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alvaro Narvaez**                                   represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Anthony Nusbaum**                                  represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brianna R. Truex**                                 represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brian S. Zalewski**                                represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bryan Kyle Zerr**                                  represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael D. DAntonio**                              represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah Giltner**                                    represented by   **Dana Gale Sussman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michelle D. Harris**                               represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tracey Monday                                   represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Shannon Lee Morrow                              represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Luisana Bonilla OBrien                          represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Zachary A. Schamaun                             represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Vanette E. Torres                               represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Van Winter                                 represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas J. Zubulake                              represented by   **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jonathan Bingham                                represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Julia Bushe                                     represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kyle Joseph Chagnon                             represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Laurie Chen                                     represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A. Dorey**                              represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Guarraci**                              represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John R. Hamill III**                          represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeniffer Shea Kratville**                     represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin S. Norton**                            represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gayle Robin Patasnik**                        represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Joseph Paulson**                         represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Erin Simpson**                        represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher O. Weiss**                        represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Gregory Wicks**                        represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua D. Bicknell**                          represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher M. Chiaraluce**                   represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Acosta**                    represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Fedders**                   represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Spannos (Papscoe)**      represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Troia**                    represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amir Ali**                         represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy H. Brousse**                   represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enoch Chung**                      represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis M. Delude**                 represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen E. Gorzynski**               represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Londono**                    represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophie Y. Malati**                 represented by    **Elizabeth Hartley Wagoner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea S. Mosher**                    represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Phillips**                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Matthew A. Ross**                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amanda Rubeor**                       represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Damon T. Smith**                      represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kyle A. Starr**                       represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ariel Taylor**                        represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael T. Visconto**                 represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie M. Adams**                  represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nicole Elizabeth Anderson**           represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amir F Aslam**                        represented by   **Dana Gale Sussman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nathan Edward Bertsch**               represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paula A. Boone                    represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Capicotto             represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dong Chen                         represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Joel Coffey                       represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

David Curtis                      represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Janine Joyce De Jesus             represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dominika Ewa Pabon                represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Arley R. Ewald                    represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren Goldfarb                   represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bonni Grossman                    represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott T. Jugan                    represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara A. Lasek**                              represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Pietro Maddalena**                           represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Johnathan Marr**                             represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rebecca Mielnik**                            represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bogdan Milin**                               represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Charlotte Nicholson**                        represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jason Owen**                                 represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Elliot Parks**                               represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Vincent J. Passafiume**                      represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Morgan M. Pearson**                          represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John M. Pontecorvo**                         represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lauren T. Quinn**                            represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miran Seo**                                          represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Tricarico**                                     represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramon Valls**                                        represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana M. Van Nostrand**                               represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valarie Anne Vaughan**                               represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan R. Warriner**                               represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hillel Weingarten**                                  represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hui Zhi**                                            represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yi Zou**                                             represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John M. Butler**                                     represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Chrudimsky**                                    represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caitlin C. Clark**                      represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary J. Cyman**                      represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James R. Duncan III**                   represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Furlong**                   represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew C. Gadzinski**                  represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan C. Gfeller**                      represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan J. Giller**                       represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina M. Harrison**                  represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin N. Hoffman**                    represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Jones**                           represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genna N. Love**                         represented by  **Dana Gale Sussman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Prosek**                         represented by

Dana Gale Sussman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jolene N. Rabena**                          represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael Spano**                             represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Timothy J. Strehlow**                       represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Gregory S. Torbic**                         represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas B. Wilson**                          represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie A. Yesnofski**                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brandon D. Bhagat**                         represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Justin B. Bobus**                           represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Warren Chen**                               represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aaron Cheung–Kwong Chan**                   represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jason Dale**                                represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna V. De Vera**                    represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BeiLai Ge**                          represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Russell George**             represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ying Chen McEwen**                   represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ani Susan Menendian**                represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David J. Murray**                    represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine L. Nordman**               represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katharine Omura**                    represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Domenico Pontrelli**                 represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio D. Ramos**                    represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison K. Sanden**                  represented by  **Dana Gale Sussman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kundan Sandhu**                      represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Melissa S. Scalici                                represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren Schaefer                                   represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica H. Schatz                                 represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Chanelle Takemoto                                 represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nathan L. Wilbur                                  represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Vera Zhuravleva                                   represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Inessa Zolotareva                                 represented by  **Dana Gale Sussman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yoana Allen                                       represented by  **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Katherine L. Aye                                  represented by  **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Casey J. Hocevar                                  represented by  **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brittany K. Hopp                                  represented by  **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Samantha D. Leonard

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy McCormack

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Eric D. Mead

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sarah E. Morgan

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jason Rosiello

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

John M. Schenk

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Galen P. Ward

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Togos Zorig

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Vincent J. Battaglia, Jr.

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sadie L. Carson

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas A. Chon

       represented by  **Elizabeth Hartley Wagoner**
               (See above for address)
               *ATTORNEY TO BE NOTICED*

**Plaintiff**

William E. Cloutet III

       represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew B. Daniels                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michelle Epstein                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Stacey Gill                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lynnie Hickey–Mehic                  represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Vanita Katrina                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tie G. Lasater                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Keely O. Lindstadt                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott E. Midla                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Neil M. Morgan                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michelle L. Mysuna                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Margo Pacanowski                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary J. Pettinger**　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Richards**　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas W. Scott**　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Skelton**　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua D. Smith**　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rainy Leforce Spring**　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn E. Towle**　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley A. Adeogba**　　　　　　　　represented by　**Dana Gale Sussman**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer L. Arthur**　　　　　　　　represented by　**Dana Gale Sussman**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina J. Aves**　　　　　　　　　　　represented by　**Dana Gale Sussman**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Drew M. Biddle**　　　　　　　　　represented by　**Dana Gale Sussman**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alisha Brumbaugh**　　　　　　　　represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Buss**                          represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Chia**                            represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Daclan**                         represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Decardi–Nelson**                 represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Hills**                            represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaime Hinojosa**                        represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Farah Khan**                            represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Galib R. Khan**                         represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hyangsoon Lee**                         represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph N. Levy**                        represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maile M. Lewis**                        represented by    **Dana Gale Sussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica H. Lott**                    represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Miguel A. Marin**                    represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dean Mattera**                       represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Danielle A. McCoy**                  represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Allison McGuire**                    represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven Oscarson**                    represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joseph J. Rother**                   represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ann Salinas**                        represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chipman R. Seale**                   represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Young Seoh Lee**                     represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Antonios A. Spiliotopoulos**         represented by   **Dana Gale Sussman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mina Lisa Teymourtash**              represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shun Tung Lam                     represented by   **Dana Gale Sussman**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeannine Wheeler                  represented by   **Dana Gale Sussman**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Melissa L. Brown                  represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Danielle L. Cahill                represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Natalie C. Cusat                  represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Krysten M. Genaway                represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew T. Kwitowski              represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Savannah Lehman                   represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

William S. Lockard III            represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alanna J. Zahora                  represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

Max H. Essoh                      represented by   **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Michael Funk**                          represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Patrick C. Ofordire**                           represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Derek Sykes**                                   represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sumi Choi**                                     represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alexandra D. Chou**                             represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Peyton Disinger**                        represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Catherine E. Kaylor**                           represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sara Lengler**                                  represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven S. Merrill**                             represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Denaimou C. N'Garsanet**                        represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Laura Rath**                                    represented by **Elizabeth Hartley Wagoner**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Laura Elizabeth Reynolds**                      represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LeShawd T. Thompson                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Patrick A. Thompson                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew D. Ytzen                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brent E. Arnold                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Yaelle E. Bernstein                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

YuQuin Wen Bohannon                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Evelyn Chan                             represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas J. Chloe                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Evan M. Dashe                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joseph Gentzkow                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Karen L. Juan                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John P. Kindelin**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jackson Y. Kuo**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Janice Luo**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Gregory T. Montgomery**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lisa M. Morgado**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Andrew J. Porubcan**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jing Tao**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Takeo Uchida**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jason R. Walter**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chun Y. Zhang**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Su Zheng**                                represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**William L. Fine**                                represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Amy A. Hillenbrand

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Stephanie N. Johnson

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Benjamin Jurgens

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Philip Mezheritsky

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Justin N. Beebe

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katherine M. Beebe (Pickert)

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine L. Blaylock

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gaelan Boss

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anna E. Broudy

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Colleen M. Catalano

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eric Dickinson

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manal Elhag**                                represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John G. Estelle**                            represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John P. Harris**                             represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Henry (Speck)**                       represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer L. Howell**                         represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John M. Jambers**                            represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana S. Johnston**                          represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James R. Kirihara**                          represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie M. Knight**                            represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Koehler**                              represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael H. Lovecraft**                       represented by **Elizabeth Hartley Wagoner**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin (Keun) W. Pak**                        represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew A. Pitetti

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine A. Reed

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Leigh Anne Rozycki

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan P. Sato

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Melissa Stokes

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew S. Taylor

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ken Ukai

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lazarus W. Vittas

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Erin C. Walls

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dustin F. White

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Yim Chi Cheng

represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Grzenia**                    represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Pamela S. Lee**                       represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Natalie M. Marshall**                 represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Charles E. Mertz II**                 represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jill N. Minshew**                     represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shawn M. Parent**                     represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert G. Pyrz**                      represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Matthew Schwerin**                    represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Paul R. Scott**                       represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Richard S. Seger III**                represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah R. Sims**                       represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Uyen Tran**                           represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Spiro M. Dounis                          represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Kreger                              represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Leo A. Matz                              represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kin Kei Kevin Mok                        represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicholas S. Winkler                      represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Myra S. Aslam                            represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Charles Baumann                          represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Stephen Boscola                          represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alison G. Brooks                         represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan D. Carr                             represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brian J. Cogley                          represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica R. Conway**                              represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Timothy DeLuca**                                 represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bobbie Jo Emond**                                represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley E. Falter**                               represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David S. Guy**                                   represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tanya R. Mazakian**                              represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Megan L. Opsahl**                                represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Julian Paik**                                    represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeffrey W. Paramore**                            represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Arpan Patel**                                    represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Alana Perini**                                   represented by     **Elizabeth Hartley Wagoner**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lauren Plumley**                                 represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David B. Reiter**                                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven B. Russell**                                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Samet**                                             represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ross Silverman**                                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Skellan**                                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel A. Stuart**                                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon E. Walters**                                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter W. Wong**                                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin W. Young**                                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Ascencio**                                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Blum**                                               represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle V. Brown**          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thaddaeus M. Burgess**     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nathan E. Carlton**       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Petruta L. Gantoi**       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael D. Gogolen**      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rondal Harris, Jr.**       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tamara R. Hook**        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michinori Kaneko**       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sara Lee**           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Fadil Limani**         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Prparime Limani**       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer A. Matous**      represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sean A. McGovern

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brittany L. Pancheri

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kelly B. Posten

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica R. Preston

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas A. Reid

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Charles Robertson

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alison M. Rooney

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jillian Schlaud

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert L. Schlaud, Jr.

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jacob O. Tech

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Justin M. Terzo

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Wondirad A. Tsegaye        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward A. Valentino        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher A. Welch        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David C. Whitney        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew J. Zens        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John C. Adrian        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kyle L. Alexander        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ailda Alushi        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Charles W. Crawford        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Erin Diffley        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jenni L. Dollahon        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Holly C. Donley        represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan R. Gilbertson                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Benjamin D. Goode                                 represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Erica A. Goode                                    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kara A. Paluch (Schroder)                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Danielle M. Roche (Duplessis)                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren Sellari (Huff)                             represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Terese V. Strehlow                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katherine A. Sweet                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott D. Unnerstall                               represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Qiong Wang                                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lillian N. Fraguada Vializ                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Artsiom Anisko**                          represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karishma Barua**                          represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jiesi Chen**                              represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Comrie–Booth**                    represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachariah Cooper**                        represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy P. Dugan**                         represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathaniel Edelman**                       represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward A. Garcia**                        represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keiko Hirakawa**                          represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie M. Hu**                            represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley K. Jastrow**                      represented by   **Elizabeth Hartley Wagoner**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xuejiao Jiang**                           represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anthony Kimani                    represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Emily Kupec                       represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Samuel A. Kuznetzoff              represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy D. Long                   represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michelle S. Luk                   represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy I. Miller                 represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary E. Nadjarian                 represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kelly Price                       represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Janette Ricks                     represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ivi Santoso                       represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bryan Schroeder                   represented by    **Elizabeth Hartley Wagoner**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

Alexandra K. Snukal
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Young Tak Song
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shirley–May Soong
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mikiko Sugaya
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine Sullivan (Fraga)
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James R. Taylor
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Thompson (Peter)
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nestor Urita, Jr.
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jay M. Verrill
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Travis J. Viera
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Winly Vuong
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Valerie Ware
represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Wen–an Yu**                    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Worsley**                      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan W. Wright**                  represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas X. Yao**                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xiaojuan Chen**                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Harris**                        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rinaldi**                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey M. Zafiroff**                  represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael S. Becker**                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Bland**                       represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam L. Bockman**                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronak Brahmbhatt**                    represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Irina Brimmell**                      represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelvin G. Cheng**                     represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Meghan R. Cooper**                    represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sean P. Fischer**                     represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Marcus A. Flynn**                     represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah N. Harper**                     represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Paulette M. Heur**                    represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Loretta G. Hill**                     represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelsey E. Hofacer (Neel)**            represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Weili Hsu**                           represented by  **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David A. Johansson**                  represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Amanda K. Johnson                    represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert D. Jones                      represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Valerie T. Kaufman                   represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul W. Kemp                         represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kevin D. Knipp                       represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Merlyn A. Kushner                    represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Adam D. Lake                         represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Allison A. Leslie                    represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kang Li                              represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sara Maggio                          represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Anne Male                            represented by    **Elizabeth Hartley Wagoner**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam T. Marchant**                        represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Marissa Mayhorn**                        represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Terrance L. McKnight**                   represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jonathan T. McPharlin**                  represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert J. Miranda**                      represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kristen L. Muncie**                      represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aliesha Nathu**                          represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Elizabeth A. Palmeri**                   represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Matthew C. Reighard**                    represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William B. Ross**                        represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Poonam Sakhrani**                        represented by    **Elizabeth Hartley Wagoner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Elizabeth M. Simmons**                   represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Stephanie C. Snodgrass                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Justin Spike                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Saron H. Tegegne                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katie L. Thomas (Jackson)                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria G. Trujillo                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kiera J. Watson                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eric R. Wilson                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eric Yu                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeffrey W. Barlam                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew M. Clayton                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shelley Gulati                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Christina Ruiz**                         represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Tyler J. Whitaker**                      represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Amber M. Ahsmann (Golden)**              represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Margaret L. Aycock**                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Sarah N. Bocks**                         represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Mathew Brinsden**                        represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Jamie Buenzow**                          represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**James A. Bumbulsky**                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Rinky Chopra**                           represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Kimberly C. Conner**                     represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Katie Cox (Westgard)**                   represented by   **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**<u>Plaintiff</u>**

**Mark J. DeLuca**                         represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anna C. Gullickson                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas Histed                         represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alyson P. LeDesky                     represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Douglas D. Martine                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul M. Mastarone                     represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rebecca J. Mastarone (Elliott)        represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Craig McNeill                         represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Pedro Laborde Muniz                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nichole A. Serino                     represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marc Jacob Shelton                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Chau M. Ta                            represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan L. Wilk**                                     represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Megan Williams**                                  represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David B. Bawel**                                  represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kingman Chan, Jr.**                               represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Megan Erwin**                                     represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Javonna E. James**                                represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Bradley T. Owens**                                represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Keith B. Papish**                                 represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lynn K. Spokas**                                  represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael W. Truettner**                            represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Benjamin B. Anderson**                            represented by   **Elizabeth Hartley Wagoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Scott Campobenedetto**                            represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jenna N. Cofman     represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Crnkovich     represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Faical Elhajjam      represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bond N. Ferguson (Munson)  represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy D. Johnston    represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bryan A. Keele      represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Davona Kelly       represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yelena Kotsar       represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Constance Leung     represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Meng Lor        represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sarah McCue       represented by **Elizabeth Hartley Wagoner**
                 (See above for address)
                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wassim Berro**                                represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Estrada**                             represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julian D. Lee**                              represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Lippincott Darsey**                   represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen M. Autry**                          represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briana G. Bishop**                           represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy R. Dalrymple**                         represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Demone**                              represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven P. Duffy**                            represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madison R. Duvall**                          represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace T. Gutberlet**                         represented by   **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin T. Maier**                            represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley A. OMalley**                    represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Rex**                            represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah J. Ross**                         represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven T. Shulthiess**                  represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison K. Slife (Hritz)**              represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle L. Szames**                    represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrienne D. Tanker**                    represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Ann Wiegard**                  represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam G. Avni**                          represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth H. Cunningham**               represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pattanan Decharaveeroj**                represented by    **Elizabeth Hartley Wagoner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa K. Langone**                     represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Meng–Lin (Mona) Lu**                     represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David C. Orasin**                        represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Holly M. Saxby (Sowersby)**              represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel P. Thor**                         represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelly Yi**                               represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jillian M. McCool**                      represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Katsiaryna Tsybina**                     represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Francis Adams**                          represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hermine Barseghian**                     represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer K. Bauman**                     represented by  **Elizabeth Hartley Wagoner**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Allison Chen**                           represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brandon Gemoll        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christine Ann Gibson        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alexander J. Gilbertson        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Steven Hilborn        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Heidi Lynn Holmes        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Connie Horng        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Kang        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carli Kisaba        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cristobal Lamas        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Allison Leigh Moore        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Austin R. Lewis        represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brennan J. Maloney–Krips**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda J. Myers**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Patrick Nelson**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric M. Pannell**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody Parker**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ankur B. Patel**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel B. Rintoul**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett I. Silverman**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AnnMarie Stuart**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jovan Tucker**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Vyshetsky**　　　　　represented by　**Elizabeth Hartley Wagoner**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley N. Westmoreland**　　　　　represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Calvin Wu                                    represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Angela Yu                                    represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shahan Ahmed                                 represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ronald F. Beck                               represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

T'Lane B. Briggeman                          represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Teresa Carranza                              represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kristen Chong                                represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicole C. Doran                              represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kunal Dudheker                               represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas Dufresne                              represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shane Huiberts                               represented by    **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Karr**                                   represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thomas P. Keegan**                              represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rebecca A. Krammen**                            represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Monica L. Long**                                represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shuang Lu**                                     represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Keenan James McCullough**                       represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Trevor D. McKendrick**                          represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kelly Meriano**                                 represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Steven Murphey**                                represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Megumi Komiya Nakamura**                        represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michelle Okabe**                                represented by   **Dana Gale Sussman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nicholas A. Paonessa**                          represented by

Dana Gale Sussman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean M. Paul**                                   represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Shah**                                      represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rayna J. Swanson**                               represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thosana Tan**                                    represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergey Tkachev**                                 represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracie Togami**                                  represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystle Tolentino**                              represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moony C. Tong**                                  represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Ty**                                     represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Van Lyon**                               represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Vanlandingham**                            represented by   **Dana Gale Sussman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrinaca E. Ware**                     represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria E. Whelan**                    represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Selena R. Bailey**                      represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Brennan**                       represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina M. Bross**                     represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth D. Brown**                    represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher J. Calvey**                 represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Danielle Caplan**                represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Chartier (Gomes)**                represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David E. Chinoski**                     represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen M. Coulombe**                   represented by **Elizabeth Hartley Wagoner**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine DeBonee (Labrie)**            represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina Eng**                                    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincente Figueroa**                              represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hayley L. Ford**                                 represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abby Griesedieck (Reeves)**                      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawson Hale**                                    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan A. Handsaker**                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caleb E. Hanson**                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda S. Hoffman**                              represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alaina Jo**                                      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffery V. Kent, Jr.**                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle E. Langner**                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reanna D. Leitaker**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael L. Lembo**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward H. Levy**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marvin K. Mayotte**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel N. Otley**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Parks**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol A. Parrish**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Piatek**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael D. Pick**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yanina Reznikov**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marisa Salerno**
                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aubrey A. Schmidt**
                       represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lennon Smith                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eun Hye Sung                    represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thai Trinh                      represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shavon Tucker                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Vahidtari               represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Aiman M. Wahdan                 represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mathieu Weill                   represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Geneva Wigfall                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew E. Wren                 represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dosanna Wu                      represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Wullschleger             represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily R. Boriack**                            represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Trent C. Brown**                             represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Connor Donnelly**                            represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Peter J. Helf**                              represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chad B. Underwood**                          represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Del Ciela Basilio**                          represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Emily Boeckmann**                            represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sarah E. Callan Stanclift**                  represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Winnie Chan**                                represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Logan J. Christianson**                      represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Robert S. Chun**                             represented by    **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Adam D. Colba**                              represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Michael D. Coriell      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Michael W. Derington      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Michael J. Fedun      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Brittany L. Fedun (Figliolino)      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Christopher M. Ferrell      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Zeb F. High, Jr.      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Rachel Houdek      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Preston Jeung      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Sunita Kumar      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Andrew V. Linville      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

Kevin M. McBride      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elijah McIntosh**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven A. Mich**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Nowakowski**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacie M. Onken**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yulia Shmatkova**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael T. Storin**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Travis**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Zimmer**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin B. Cook**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana A. McArdle**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penelope Yurkovich (Normandin)**
      represented by  **Elizabeth Hartley Wagoner**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria del Mar Hernandez**
      represented by

                                **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Carmen M. Tellez               represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan E. Toms (Humber)       represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Aaron D. Goodman           represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Clayton J. Huffman         represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan J. Keys                 represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sakina Khan                represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Xiu T. Khaw                represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Elizabeth Reisman          represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

David D. Thomas            represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa A. Bland (Horton)         represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

Kristen N. Kelly            represented by   **Elizabeth Hartley Wagoner**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa McQueen Curl**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Meredith Rogers (McCarthy)**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ryan M. Swaner**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie M. Aldecoa**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kimberly Argy**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lisa M. Baker**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica R. Beckendorf**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joelle M. Brown**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ross Bruening**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jonathan W. Cadwell**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**David C. Carley**

    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christine Chiaramonte**

    represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew J. Choly                                    represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Deter                                      represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicholas A. Ebersole                               represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Rachel M. English                                  represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sara R. Floreani                                   represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Santo S. Gramando III                              represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

David Ha                                           represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dalia Klimkowski                                   represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Mark Kramer                                        represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher K. Lee                                 represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

Yu Jin Lee                                         represented by  **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucorin J. Mathis**                          represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Anthony J. Matulac**                         represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel T. McNevin**                          represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kristina Mendez**                            represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amanda Menniti**                             represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Joey Rodriguez**                             represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ian A. Ruddock**                             represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Daniel R. Sabet**                            represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mia K. Sails**                               represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Katrin D. Salta**                            represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Fatima Sediqzad**                            represented by     **Elizabeth Hartley Wagoner**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeevanjit Singh**                            represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Crena E. Sprague                    represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher I. Strother             represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Suh                           represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas R. Tarsitano                 represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edmund Tong                         represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Guillermo E. Trigo–Mendez           represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ny–Liang Wang                       represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard L. Ward                     represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Alexandra Wittenberger (Bakamus)    represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Billy R. Wleczyk                    represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Erica Yamamoto                      represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Yip**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huifang Zhu**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan–Michael de Vera**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David P. Grimner**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Karroll, Jr.**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew A. LaPointe**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan D. Leins**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob R. Linville**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Meals**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yuliana Ruff**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James K. Russell**
represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Sattar**
represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Noah Sullum      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nabin Banskota     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Theresa Khuu     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Samantha M. Snyder (Lance)   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Juan P. Barajas     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Matthew Birmingham    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher L. Burgess    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Phillip M. Heu–Weller    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tuan Pham      represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ronnie Zabiguy     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Colvin     represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adesuwa Asemota**                          represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Ann Berg**                           represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Billinger**                         represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Chen**                              represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly A. Clark**                           represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeromy R. Davenport**                      represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. DeBonee**                          represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cristina Marie Del Buono**                 represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen F. Endres**                        represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin M. Everly**                           represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tomoko Furukawa**                          represented by   **Dana Gale Sussman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew J. Gallegos**                       represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rachel L. Guild                                     represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tameka L. Hammond                                   represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew Hardy                                        represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dayna E. Kitter                                     represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Neil L. Korotkin                                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Vanyna M. Louis                                     represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Katlin A. Mick                                      represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Megan Orr                                           represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christen A. Page                                    represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert M. Petersen                                  represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anton Samrai                                        represented by   **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Schram**                    represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer D. Sing**               represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian D. Stock**                 represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine L. Thompson**          represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley M. Turner**               represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saul Verbera**                   represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenniffer Vielman–Vasquez**      represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Armstead**               represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Barham**                   represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diego A. Bello**                 represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew T. Haines**              represented by    **Dana Gale Sussman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda B. Kane**                 represented by

                                                              **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carly N. Kintzing**                        represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin M. Olkowski**                        represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Rivera**                             represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie T. Unkart**                      represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenji Nonaka**                             represented by   **Elizabeth Hartley Wagoner**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Vidal III**                         represented by   **Elizabeth Hartley Wagoner**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myla N. Chatman**                          represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhanna A. Freeman**                        represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sumiah A. Jaber**                          represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Koneman**                            represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian K. Lau**                            represented by   **Dana Gale Sussman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel McCormick**                      represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sandra Rak**                            represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David C. Scott**                        represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brian Shaw**                            represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Derek P. Snikeris**                     represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ryan M. Spurlock**                      represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kumiko Tanaka**                         represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ellen Volodarsky**                      represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kristie Davis Zapf**                    represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Amira Moris Farag–Beshay**              represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Heather L. Hall**                       represented by **Dana Gale Sussman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mathew S. Hanley**                      represented by

**Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Francine Hoyle                                        represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren E. Inscho                                     represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Kline                                       represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel J. Robertson                                  represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maureen E. Scarff                                    represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anita J. Tse                                         represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Munehiko Yuzawa                                      represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marc C. Abraham                                      represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Julia Abbott                                         represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maya Abdulkarim                                      represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kyle L. Fletcher                                     represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga V. Ivanova–Mendez**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ignatius Jackson**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean McKenna**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Brickman**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noelle M. Carlo**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher R. Dotson**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cara S. Grieco**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer H. Heist**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James D. McClelland, Jr.**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren A. Morris**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek W. Richardson**

represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Yee**

represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ashley Brooke Strobel                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica Marie Bushey                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Elizabeth Cho                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mai Endo                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shawn L. Hatfield                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gabriel Kangas                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anthony K. Lagat                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lauren C. Thornton                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Welton                  represented by **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Reuben Abitbol                  represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ari Michael Baruch                  represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theophilos S. Constantinou**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa M. Deane**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew R. Griffin**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Kaufman**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Keathley**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy McGoldrick**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chengcheng Shi**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine P. Somera**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Leah Stanley**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Sabrina Williams**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bethany N. Adams**

represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Conrad Boettger**

represented by

Dana Gale Sussman
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn O. Gillespie**                     represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marina Kalan**                           represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew John Leavitt**                    represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Li**                              represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah L. Luna**                          represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey P. McNerney**                    represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Meyers**                           represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Rios**                          represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica H. Schatz**                      represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lily Situ**                              represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi Smilde**                           represented by **Dana Gale Sussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhen Su**                                   represented by **Dana Gale Sussman**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Philip Twede**                              represented by **Dana Gale Sussman**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Flora Kang–Jung Wang**                      represented by **Dana Gale Sussman**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hua–Jung Yu**                               represented by **Dana Gale Sussman**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nathan Andrew Bell**                        represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kristen Burbank**                           represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Michael Dean Davis**                        represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**David Edward Feldman**                      represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Leigh Geist**                               represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Muhammad Umar Hamid**                       represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Katherine Anne Kilgore**                    represented by **Elizabeth Hartley Wagoner**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Charity Nicole Lee**                        represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LaCresha Eronne Millner                    represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anthony Sassali                            represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ryan Strout                                represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Daniel Hadi Tabib                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert C. Thayer                           represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lina Wang                                  represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Angela Guerrero Willhoft                   represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tania Rhanda Ahmad                         represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Hussein Salim Allibhai                     represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Aubrey Marie Bickmore Neeley               represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Heather L. Boring                          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Preston Brough**                          represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Comparini**                              represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Nicole Lay**                          represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Alan Morse**                           represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Pham**                               represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy R. Placzek**                             represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Redling**                               represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Shatzman**                              represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Joseph Van De leuv**                      represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karima Warner**                                represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Williams**                               represented by   **Elizabeth Hartley Wagoner**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Ymas Crockerham Jr.**                    represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Ellen Davis**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John DeVecchi Jr.**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Rosanne Dwyer**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Joseph Hannan**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Hertz**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jing Huang**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohsan Khan**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lap Shun Ko**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erika Ryan Larson**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Liu**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick J. McCadden**  represented by  **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert M. Merenda Jr.**                    represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Nitin Mundra**                             represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jared Paul Neeley**                        represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chen Ni**                                  represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Christina Marjorie Panageotou**            represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Heather R. Rogers**                        represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Philip Tuinuku Smith**                     represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kyle Vitale**                              represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**William J. Cash**                          represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Josef H. Farbstein**                       represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Omar J. Nieves**                           represented by     **Elizabeth Hartley Wagoner**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jenna L. Anderson**                        represented by

Elizabeth Hartley Wagoner
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher D. Bushey        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joon Hwan Byun        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Urim Choi        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew T. Cox        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David Freund        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Patrick J. Garbani        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jason Huisman        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John Lavin        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeanette L. Peck        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jonathan Poldan        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jeffrey T. Wong        represented by    **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony C. Zaccarelli**                    represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Brooke A. Ballance**                       represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kevin Bekas**                              represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Emily Barzee Herrick**                     represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Taeook Kwon**                              represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Trisha Lewis Martin**                      represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Erik H. Olsgaard**                         represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Vincent Pisano**                           represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Colin Shinners**                           represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Satomi Takahashi**                         represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Tinnirella**                        represented by **Elizabeth Hartley Wagoner**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Priya Vasudevan**                          represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Obianuju Linda–Mary Ekwegbalu          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael A. Levin          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

David B. Landrum          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Miki Nakazawa          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Steven G. Ohl          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Bai          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Kyle Baker          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Felicia Brenner          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Cacanindin          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Patrick Chan          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward Freiwald          represented by   **Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Goldfinger**　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephen Herzweig**　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ashley Johnson**　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Leslie Jordan**　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Andrew Katz**　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lauryn King**　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeffrey Koslow**　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Thu Lam**　　　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Li Liu**　　　　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Heather Moreland**　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Keturah Moss**　　　　　　　　　　　　represented by　**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Olutosin Okunoren**　　　　　　　　　represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Constance Onyiah                    represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Pabst                        represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Antoine Raie                        represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Mathew Roppo                        represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Anna Sheynkman Gorin                represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Melanie So                          represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bryan Staniszewski                  represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brett Stieglitz                     represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Jessica Vavithes                    represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Julie Wilson                        represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

Melissa Brownfield (Luiso)          represented by  **Elizabeth Hartley Wagoner**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamelle A. Nelson**                    represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Anderegg–Botichi**            represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tia Alisha Finn**                      represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Addison Harris**               represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kei Kuramoto**                         represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hui Shan See**                         represented by  **Elizabeth Hartley Wagoner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KPMG LLP**                             represented by  **Andrew W. Stern**
                                                         Sidley Austin LLP (NY)
                                                         787 Seventh Avenue
                                                         New York, NY 10019
                                                         212–839–5300
                                                         Fax: 212–839–5599
                                                         Email: astern@sidley.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gary Frederick Bendinger**
                                                         Sidley Austin LLP(NY)
                                                         787 Seventh Avenue
                                                         New York, NY 10019
                                                         (212)–839–5387
                                                         Fax: (212)–839–5599
                                                         Email: gbendinger@sidley.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Gregory Gil Ballard**
                                                         Sidley Austin LLP (NY)
                                                         787 Seventh Avenue
                                                         New York, NY 10019
                                                         (212) 839–5662
                                                         Fax: (212) 839–5599
                                                         Email: gballard@sidley.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Jason Kaplan**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839–5839
Fax: (212) 839–5599
Email: ajkaplan@sidley.com
*ATTORNEY TO BE NOTICED*

**Colleen M. Kenney**
Sidley Austin LLP
One South Dearborn
Chicago, Il 60603
(312) 853–7000
Fax: (312) 853–7036
Email: ckenney@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas R. Hart**
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213)–896–6000
Email: dhart@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric G. Hoffman**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839–5300
Fax: (212) 839–5599
Email: eghoffman@sidley.com
*TERMINATED: 11/02/2011*

**Jennifer Altfeld Landau**
Sidley, Austin, Brown and Wood, LLP
555 West Fifth Street
Los Angeles, CA 90013
(212) 896–6000
Fax: (213) 896–6600
Email: jlandau@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C. Kelley**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
213–896–6000
Fax: 213–896–6600
Email: mkelley@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Dana Warden**
Sidley Austin LLP(Washington)
1501 K Street, N.W.
Washington, DC 20005
(202)–736–8080

Fax: (202)–736–8711
Email: mwarden@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853–9524
Fax: (312) 853–7036
Email: scatlett@sidley.com
*TERMINATED: 06/19/2012*
*PRO HAC VICE*

**Wesley D. Felix**
Sidley Austin LLP(CA)
555 West Fifth Street
Los Angeles, CA 90013
(213) 896–6000
Fax: (213) 896–6600
Email: wfelix@sidley.com
*TERMINATED: 06/11/2012*
*PRO HAC VICE*

**Intervenor Plaintiff**

**Leticia Facundo**                    represented by    **Peter A. Muhic**
Kessler Topaz Meltzer &Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667–7706
Email: pmuhic@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Michelle Garcia**                    represented by    **Peter A. Muhic**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Norbert Mendonca**                    represented by    **Peter A. Muhic**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Szimonetta Petterman**                    represented by    **Peter A. Muhic**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Arlene Ridgeway**                    represented by    **Peter A. Muhic**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Shailesh Singh**                    represented by

**Elizabeth Hartley Wagoner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Chamber of Commerce of the United States of America**

represented by **George T Conway , III**
Wachtell, Lipton, Rosen &Katz
51 West 52nd Street
New York, NY 10019
(212) 403–1000
Fax: (212) 403–2000
Email: GTConway@wlrk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Washington Legal Foundation**

represented by **Deborah Nirmala Misir**
Lally &Misir, LLP
220 Old Country Road
Mineola, NY 11501
(516) 741–2666
Fax: (516) 742–8533
Email: dmisir@lallymisir.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**International Association of Defense Counsel**

represented by **Deborah Nirmala Misir**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2011 | 1 | COMPLAINT against KPMG LLP. (Filing Fee $ 350.00, Receipt Number 926639)Document filed by Kyle Pippins, Jamie Schindler.(ama) (Entered: 01/20/2011) |
| 01/19/2011 | | SUMMONS ISSUED as to KPMG LLP. (ama) (Entered: 01/20/2011) |
| 01/19/2011 | | Magistrate Judge James L. Cott is so designated. (ama) (Entered: 01/20/2011) |
| 01/19/2011 | | Case Designated ECF. (ama) (Entered: 01/20/2011) |
| 01/26/2011 | 2 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/15/2011 at 09:45 AM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 1/26/2011) (jfe) (Entered: 01/26/2011) |
| 01/26/2011 | 36 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/15/2011 at 09:45 AM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. So Ordered (Signed by Judge Colleen McMahon on 1/26/2011) (js) (Entered: 04/07/2011) |
| 01/28/2011 | 3 | CERTIFICATE OF SERVICE of Order Scheduling an Initial Pretrial Conference served on General Counsel on 1/28/11. Service was made by MAIL. Document filed by Kyle Pippins, Jamie Schindler. (Bien, Rachel) (Entered: 01/28/2011) |
| 01/31/2011 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. KPMG LLP served on 1/26/2011, answer due 2/16/2011. Service was accepted by Aixa Flores, Process Specialist. Document filed by Kyle Pippins; Jamie Schindler. (Bien, Rachel) (Entered: 01/31/2011) |

| 02/04/2011 | 5 | MOTION for Gregg I. Shavitz to Appear Pro Hac Vice. Document filed by Kyle Pippins, Jamie Schindler.(mro) (Entered: 02/08/2011) |
|---|---|---|
| 02/04/2011 | 6 | MOTION for Keith M. Stern to Appear Pro Hac Vice. Document filed by Kyle Pippins, Jamie Schindler.(mro) (Entered: 02/08/2011) |
| 02/09/2011 | 7 | NOTICE OF APPEARANCE by Andrew W. Stern on behalf of KPMG LLP (Stern, Andrew) (Entered: 02/09/2011) |
| 02/09/2011 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by KPMG LLP.(Stern, Andrew) (Entered: 02/09/2011) |
| 02/09/2011 | 9 | NOTICE OF APPEARANCE by Eric G. Hoffman on behalf of KPMG LLP (Hoffman, Eric) (Entered: 02/09/2011) |
| 02/09/2011 | 10 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. 216(b). Document filed by Kyle Pippins, Jamie Schindler.(Bien, Rachel) (Entered: 02/09/2011) |
| 02/09/2011 | 11 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. 216(b). Document filed by Kyle Pippins, Jamie Schindler.(Bien, Rachel) (Entered: 02/09/2011) |
| 02/09/2011 | 12 | ENDORSED LETTER addressed to Judge Colleen McMahon from Andrew W. Stern, dated 2/9/2011, re: Counsel for the defendant, KPMG LLP, writes to request an extension of time to file a responsive pleadings from February 16, 2011 to March 4, 2011. Plaintiff's counsel consents to the proposed extension of time. ENDORSEMENT: You should confer with ME, because I assure you that if there is an identical action in California I will be transferring this one. So please set up a conference with me ASAP. (Signed by Judge Colleen McMahon on 2/9/2011) (lnl) (Entered: 02/10/2011) |
| 02/10/2011 | | CASHIERS OFFICE REMARK on 6 Motion to Appear Pro Hac Vice, 5 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 02/04/2011, Receipt Number 928574. (jd) (Entered: 02/10/2011) |
| 02/15/2011 | 13 | MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action*. Document filed by KPMG LLP.(Hoffman, Eric) (Entered: 02/15/2011) |
| 02/15/2011 | 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action.*. Document filed by KPMG LLP. (Hoffman, Eric) (Entered: 02/15/2011) |
| 02/15/2011 | 15 | DECLARATION of Eric G. Hoffman, Esq. in Support re: 13 MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action.*. Document filed by KPMG LLP. (Hoffman, Eric) (Entered: 02/15/2011) |
| 02/16/2011 | 16 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, granting 5 Motion for Gregg I. Shavitz to Appear Pro Hac Vice as counsel for Plaintiff. (Signed by Judge Colleen McMahon on 2/16/2011) (lnl) (Entered: 02/16/2011) |
| 02/16/2011 | 17 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, granting 6 Motion for Keith M. Stern to Appear Pro Hac Vice as counsel for Plaintiff. (Signed by Judge Colleen McMahon on 2/16/2011) (lnl) (Entered: 02/16/2011) |
| 02/22/2011 | 18 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 2/22/2011 re: Counsel respectfully request a brief extension of the deadline to file their opposition to defendant's motion to stay or transfer the case to 2/24/11. ENDORSEMENT: OK. (Signed by Judge Colleen McMahon on 2/22/2011) (jfe) (Entered: 02/22/2011) |
| 02/24/2011 | 19 | MEMORANDUM OF LAW in Opposition re: 13 MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action.*. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 02/24/2011) |
| 02/24/2011 | 20 | DECLARATION of Justin M. Swartz in Opposition re: 13 MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action.*. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit 1, # 2 |

| | | |
|---|---|---|
| | | Exhibit 2, #_3 Exhibit 3, #_4 Exhibit 4, #_5 Exhibit 5)(Swartz, Justin) (Entered: 02/24/2011) |
| 02/25/2011 | 21 | ENDORSED LETTER addressed to Judge Colleen McMahon from Andrew W. Stern dated 2/25/2011 re: If the Court believes that a reply brief from KPMG would benefit its consideration of the Motion, KPMG respectfully requests such an opportunity. ENDORSEMENT: But I KNOW this stuff ! A brief would not be beneficial and would cost your client's money they don't need to spend. (Signed by Judge Colleen McMahon on 2/25/2011) (jpo) (js). (Entered: 02/25/2011) |
| 03/08/2011 | 22 | ENDORSED LETTER addressed to Judge Colleen McMahon from Andrew W. Stern dated 3/3/11 re: Counsel requests that KPMG's time to respond to the Complaint be extended from March 4, 2011 to April 4, 2011. ENDORSEMENT: Granted. (Signed by Judge Colleen McMahon on 3/7/11) (djc) (Entered: 03/08/2011) |
| 03/08/2011 | | Set Deadlines/Hearings: KPMG LLP answer due 4/4/2011. (djc) (Entered: 03/08/2011) |
| 03/21/2011 | 23 | DECISION AND ORDER DENYING DEFENDANT'S MOTION TO TRANSFER AND MOTION TO STAY THE ACTION: The Defendant's motion to transfer or, in the alternative, stay this action is denied. (Signed by Judge Colleen McMahon on 3/21/2011) (jpo) (Entered: 03/21/2011) |
| 03/24/2011 | 24 | NOTICE OF APPEARANCE by Seth M. Marnin on behalf of Kyle Pippins, Jamie Schindler (Marnin, Seth) (Entered: 03/24/2011) |
| 03/24/2011 | 25 | MOTION for Hal B. Anderson to Appear Pro Hac Vice. Document filed by Kyle Pippins, Jamie Schindler.(mbe) (Entered: 03/30/2011) |
| 03/30/2011 | 26 | RESPONSE TO REQUEST FOR RELIEF FROM LOCAL RULE 6.3: The odds that I will change my mind and transfer this action to California are remote. A variety of factors caused me to conclude that the litigation should go forward here−at least through motions to dismiss, which I of Course anticipate will be forthcoming. I cannot imagine that the 'short reply brief" that KPMG asked to submit (which I said was unnecessary), would have changed my mind. If KPMG moves for reconsideration, it can submit a short statement of no more than three pages summarizing any developments in the California litigation of which the Court might not be aware (no more should be necessary, since the case docket sheet is publicly available). That is the variation from Local Rule 6.3 that I will permit. I will not permit any extension of the deadline for making any such motion. And plaintiffs need not file any response unless I direct otherwise (Signed by Judge Colleen McMahon on 3/30/2011) Copies by ECF to all Counsel(js) (Entered: 03/30/2011) |
| 03/30/2011 | 27 | ORDER granting 25 Motion for Hal B. Anderson to Appear Pro Hac Vice. So Ordered. (Signed by Judge Colleen McMahon on 3/30/2011) (js) (Entered: 03/30/2011) |
| 04/04/2011 | 28 | ANSWER to Complaint. Document filed by KPMG LLP.(Stern, Andrew) (Entered: 04/04/2011) |
| 04/04/2011 | 29 | MOTION for Reconsideration re; 23 Order on Motion to Transfer Case. Document filed by KPMG LLP.(Stern, Andrew) (Entered: 04/04/2011) |
| 04/04/2011 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION for Reconsideration re; 23 Order on Motion to Transfer Case.. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 04/04/2011) |
| 04/04/2011 | 31 | DECLARATION of Jennifer Altfeld Landau, Esq. in Support re: 29 MOTION for Reconsideration re; 23 Order on Motion to Transfer Case.. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 04/04/2011) |
| 04/06/2011 | | CASHIERS OFFICE REMARK on 25 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/24/2011, Receipt Number 933093. (jd) (Entered: 04/06/2011) |

| 04/06/2011 | 32 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. Document filed by Leticia Facundo, Michelle Garcia, Norbert Mendonca, Szimonetta Petterman, Arlene Ridgeway. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Peter A Muhic and Exhibit 1, # 3 Text of Proposed Order)(Muhic, Peter) Modified on 4/7/2011 (ldi). (Entered: 04/06/2011) |
|---|---|---|
| 04/06/2011 | 33 | MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA*. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 04/06/2011) |
| 04/06/2011 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA.*. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 04/06/2011) |
| 04/06/2011 | 35 | DECLARATION of Justin M. Swartz in Support re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA.*. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Swartz, Justin) (Entered: 04/06/2011) |
| 04/06/2011 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Peter A. Muhic to RE−FILE Document 32 MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. ERROR(S): Supporting documents must be filed separately, each receiving their own document number. (ldi) (Entered: 04/07/2011) |
| 04/07/2011 | 37 | MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. Document filed by Leticia Facundo, Michelle Garcia, Norbert Mendonca, Szimonetta Petterman, Arlene Ridgeway. (Attachments: # 1 Text of Proposed Order)(Muhic, Peter) (Entered: 04/07/2011) |
| 04/07/2011 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b).*. Document filed by Leticia Facundo, Michelle Garcia, Norbert Mendonca, Szimonetta Petterman, Arlene Ridgeway. (Muhic, Peter) (Entered: 04/07/2011) |
| 04/07/2011 | 39 | DECLARATION of Peter A. Muhic in Support re: 37 MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b).*. Document filed by Leticia Facundo, Michelle Garcia, Norbert Mendonca, Szimonetta Petterman, Arlene Ridgeway. (Attachments: # 1 Exhibit 1)(Muhic, Peter) (Entered: 04/07/2011) |
| 04/07/2011 | 41 | MEMO ENDORSED ON NOTICE OF MOTION FOR RECONSIDERATION OF THE MARCH 21, 2011 ORDER DENYING TRANSFER: ENDORSEMENT: The motion is denied. given the scope of the California action I do not consider the few piddling steps that were taken prior to the imposition of a multi−year stay, as described in the Landau Declaration to represent much of any prayers at all. The rest of defendant's arguments are mere regurgitation of points already made, considered and rejected. There is no need for any response from plaintiffs/see my individual rules. The motion is Denied. Conference on for 4/15/11 at 11:45 a.m.. (Signed by Judge Colleen McMahon on 4/7/2011) (js) (Entered: 04/08/2011) |
| 04/07/2011 | | Set Deadlines/Hearings: Status Conference set for 4/15/2011 at 11:45 AM before Judge Colleen McMahon. (js) (Entered: 04/08/2011) |

| 04/08/2011 | 40 | ORDER DENYING MOTION LEAVE TO INTERVENE AS PREMATURE AND WITHOUT PREJUDICE: In short, at this moment it is far from apparent that this action will impede or impair the ability of the California plaintiffs to recover on their claims in a California court. I can see no reason to introduce new players (read, a new set of lawyers) in this court – especially for all purposes, as the movants wish –– until after we figure out what the scope of this action is going to be. Once we have sorted out the class issues, if there is any overlap between this action and the California action, plaintiffs may of course renew their motion for leave to intervene; nothing in this order precludes them from doing so. I imagine that KPMG will be writing to me shortly suggesting that this motion affords yet another basis for me to transfer this case to California (I denied a motion for reconsideration of that issue just yesterday). I might hope that this order would obviate the need for any such letter, but that would be wishful thinking indeed.. (Signed by Judge Colleen McMahon on 4/8/2011) (jpo) (Entered: 04/08/2011) |
|---|---|---|
| 04/08/2011 | 44 | MOTION for Michael C. Kelley to Appear Pro Hac Vice. Document filed by KPMG LLP.(mbe) (Entered: 04/19/2011) |
| 04/08/2011 | 45 | MOTION for Jennifer Altfield Landau to Appear Pro Hac Vice. Document filed by KPMG LLP.(tro) (Entered: 04/19/2011) |
| 04/11/2011 | 42 | ENDORSED LETTER addressed to Judge Colleen McMahon from Andrew W. Stern, dated 4/8/2011, re: We represent the defendant, KPMG LLP ("KPMG"), in the above–referenced action. Your Honor has scheduled an initial pretrial conference on Friday, April 15, 2011, at 11:45 a.m. I write to request the Court's permission for one or both of my partners, Michael Kelley and Jennifer Landau, who are in Los Angeles, to participate in the conference by telephone. My colleague, Eric Hoffman and I, will appear in–person, but I believe that the appearances of Mr. Kelley and Ms. Landau, whose pro hac vice applications have been filed today, will be helpful to the Court as well. ENDORSEMENT: Fine. (Signed by Judge Colleen McMahon on 4/11/2011) (lnl) (Entered: 04/11/2011) |
| 04/13/2011 | 43 | ENDORSED LETTER addressed to Judge Colleen McMahon from Andrew W. Stern dated 4/12/11 Re: We represent the defendant, KPMG LLP ("KPMG"), in the above–referenced action. KPMG desires to discuss with the Court at the upcoming conference on April 15, 2011, the schedule for Plaintiffs' recently–filed Motion for Conditional Certification and Court–Authorized Notice. ENDORSEMENT: I would of course grant the extension without condition – we will discuss all this on Friday. (Signed by Judge Colleen McMahon on 4/12/2011) (rjm) Modified on 4/13/2011 (rjm). (Entered: 04/13/2011) |
| 04/15/2011 | | Minute Entry for proceedings held before Judge Colleen McMahon: Initial Pretrial Conference held on 4/15/2011. Decision: Initial conference held. The Court granted certain of defendant's discovery requests in connection with the class certification motion. Defendants must take depositions of opt–in plaintiffs by April 30, 2011. Plaintiffs must provide defendant with all records plaintiffs submitted in connection with applications for CPA license as well as any documents submitted as part of applications for employment submitted by plaintiffs subsequent to their employment at KPMG by May 6, 2011. Defendants opposition papers must be filed by May 27, 2011 and reply papers are due June 10, 2011. The Court ordered that the Statute of Limitations for plaintif's claims would be tolled effective April 15, 2011. (Submitted by M. Jossen) (mde) . (Entered: 04/18/2011) |
| 04/20/2011 | | CASHIERS OFFICE REMARK on 44 Motion to Appear Pro Hac Vice, 45 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 04/08/2011, Receipt Number 3653. (jd) (Entered: 04/20/2011) |
| 04/21/2011 | 46 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 44 Motion for Michael C. Kelley to Appear Pro Hac Vice for defendant. (Signed by Judge Colleen McMahon on 4/21/11) (cd) (Entered: 04/21/2011) |
| 04/21/2011 | 47 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 45 Motion for Jennifer Altfield Landau to Appear Pro Hac Vice for defendant. (Signed by Judge Colleen McMahon on 4/21/11) (cd) (Entered: 04/21/2011) |
| 04/21/2011 | 48 | MOTION for Steven T. Catlett to Appear Pro Hac Vice. Document filed by KPMG LLP.(mbe) (Entered: 04/25/2011) |

| 04/25/2011 | 49 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, that granting 48 Motion for Steven T. Catlett to Appear Pro Hac Vice as counsel for KPMG LLP in the above captioned case in the United States District Court for the Southern District of New York. Additional relief as set forth in this Order. (Signed by Judge Colleen McMahon on 4/25/11) (pl) Modified on 4/25/2011 (pl). (Entered: 04/25/2011) |
|---|---|---|
| 04/25/2011 | 50 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. 216(b). Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 04/25/2011) |
| 04/25/2011 | 51 | FIRST AMENDED COMPLAINT amending 1 Complaint against KPMG LLP with JURY DEMAND.Document filed by Kyle Pippins, Jamie Schindler. Related document: 1 Complaint filed by Jamie Schindler, Kyle Pippins.(mbe) (rdz). (Entered: 04/27/2011) |
| 04/26/2011 | | CASHIERS OFFICE REMARK on 48 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/21/2011, Receipt Number 4815. (jd) (Entered: 04/26/2011) |
| 04/27/2011 | 52 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint. KPMG LLP served on 4/27/2011, answer due 5/18/2011. Service was accepted by Lugo, Mail Clerk. Document filed by Kyle Pippins; Jamie Schindler. (Swartz, Justin) (Entered: 04/27/2011) |
| 04/28/2011 | 53 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non–Dispositive Motion/Dispute: Discovery Dispute. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Colleen McMahon on 4/28/2011) (lnl) (Entered: 04/28/2011) |
| 04/28/2011 | 54 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz, dated 4/28/2011, re: We write on behalf of all parties in the above–referenced wage and hour class and collective action. We write to seek clarification and adjustment of the deadlines that the Court set with respect to the discovery that Defendant requested in order to respond to Plaintiffs' conditional certification motion. In order to accommodate deponents' travel schedules, counsel's travel to Seattle, and to avoid weekend depositions, the parties respectfully request that the deposition deadline be adjusted to May 20, 2011. With respect to document production, three of the five Plaintiffs and opt–ins have produced all documents responsive to Defendant's requests. Plaintiffs expect to be able to produce a few additional documents for the other two on or before April 29, 2011. Additionally, given these proposed adjustments, Plaintiffs propose that Defendant's opposition to Plaintiffs' conditional certification motion be due June 10, 20ll (extended from May 27, 2011) and Plaintiffs' reply be due June 24, 2011. ENDORSEMENT: Proposed dates agreed to by the parties in this letter are accepted by the Court. The discovery dispute is being referred to the Magistrate Judge. (Deposition due by 5/20/2011. Responses due by 6/10/2011. Replies due by 6/24/2011.) (Signed by Judge Colleen McMahon on 4/28/2011) (lnl) (Entered: 04/28/2011) |
| 05/02/2011 | 55 | ORDER: As set forth at the conclusion of the conference held with the parties today, Defendant shall produce all documents that it might use at each of the upcoming expedited depositions of Plaintiffs no later than 36 hours before each deposition; however, whenever possible, Defendant shall provide such documents to Plaintiffs three days in advance of each deposition. For the reasons set forth at the conference, Plaintiffs' request seeking an order for Defendant to produce each Plaintiff's entire personnel file in advance of each Plaintiff's deposition is denied. SO ORDERED. (Signed by Magistrate Judge James L. Cott on 5/2/2011) (lnl) (Entered: 05/02/2011) |
| 05/02/2011 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Case Management Conference held on 5/2/2011. (ab) (Entered: 05/10/2011) |
| 05/06/2011 | 57 | MOTION for Michael D. Warden to Appear Pro Hac Vice. Document filed by KPMG LLP.(tro) (Entered: 05/11/2011) |

| 05/10/2011 | 56 | STIPULATION AND ORDER: The Lambert complaint shall be and hereby is dismissed without prejudice, effective on the date of this Order, as set forth in this stipulation and order. To the extent it is required, KPMG consents to Plaintiffs' request for leave to file the April 25, 2011 First Amended Complaint in Pippins and the First Amended Complaint shall be deemed to have been filed on April 25, 2011. KPMG's time to answer, move or otherwise respond to the Pippins First Amended Class Action Complaint shall be thirty (30) days after the Court's entry of an order on the pending conditional certification motion in Pippins (Docket #33). (Signed by Judge Colleen McMahon on 5/10/2011) (jpo) (Entered: 05/10/2011) |
|---|---|---|
| 05/11/2011 | 58 | NOTICE OF APPEARANCE by Gary Frederick Bendinger on behalf of KPMG LLP (Bendinger, Gary) (Entered: 05/11/2011) |
| 05/11/2011 | | CASHIERS OFFICE REMARK on 57 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/06/2011, Receipt Number 5969. (jd) (Entered: 05/11/2011) |
| 05/11/2011 | 60 | MOTION for Wesley D. Felix to Appear Pro Hac Vice. Document filed by KPMG LLP.(sjo) (Entered: 05/13/2011) |
| 05/12/2011 | 59 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. Granting 57 Motion for Michael D. Warden to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 5/12/11) (rjm) (Entered: 05/12/2011) |
| 05/16/2011 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Telephone Conference held and completed on 5/16/2011 at 10:00 a.m. for a duration of 45 minutes. (js) (Entered: 05/16/2011) |
| 05/16/2011 | 61 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, granting 60 Motion for Wesley D. Felix to Appear Pro Hac Vice as counsel for KPMG LLP. (Signed by Judge Colleen McMahon on 5/16/2011) (lnl) (Entered: 05/16/2011) |
| 05/17/2011 | 62 | TRANSCRIPT of Proceedings re: proceeding held on 5/2/2011 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2011. Redacted Transcript Deadline set for 6/20/2011. Release of Transcript Restriction set for 8/18/2011.(tro) (Entered: 05/17/2011) |
| 05/17/2011 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceeding held on 5/2/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 05/17/2011) |
| 05/19/2011 | 64 | ENDORSED LETTER addressed to Judge Colleen McMahon from Eric G. Hoffman, dated 5/18/2011, re: We represent the defendant, KPMG LLP ("KPMG"), in the above–referenced action. Plaintiffs wrote to the Court on May 12, 20ll, with the consent of KPMG, requesting extensions of the deposition discovery and briefing schedules related to the pending motion for conditional certification. (A copy of Plaintiffs' letter is attached.) This Friday, May 20, 2011, is the presently–scheduled last day for KPMG to conduct depositions. KPMG respectfully requeststhat the Court grant Plaintiffs' May 12 request and that it rule prior to the deposition deadline so that KPMG can be assured of the opportunity to conduct the remaining depositions. ENDORSEMENT: Sorry – we never got (or lost) the earlier letter. OK. (Signed by Judge Colleen McMahon on 5/19/2011) (lnl) (Entered: 05/19/2011) |
| 05/20/2011 | | CASHIERS OFFICE REMARK on 60 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/11/2011, Receipt Number 6436. (jd) (Entered: 05/20/2011) |
| 05/23/2011 | 65 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific |

| | | Non–Dispositive Motion/Dispute: Discovery Dispute. Referred to Magistrate Judge James L. Cott. Motions referred to James L. Cott. (Signed by Judge Colleen McMahon on 5/23/2011) (lnl) (Entered: 05/23/2011) |
|---|---|---|
| 05/25/2011 | 66 | ORDER. The Court hereby ORDERS as follows: 1. The deposition of opt–in Plaintiff, Keeley Young, shall continue for whatever additional duration of time will allow Defendant to depose Ms. Young for a totality of one day of seven hours consistent with Fed. R. Civ. P. 30(d)(1). 2. The deposition shall occur in Omaha, Nebraska where Ms. Young resides, and the parties shall come to an agreement on the logistics of the deposition (i.e., whether the deposition will take place in person or by other remote means). 3. The scope of the deposition is not limited. The parties have represented that they plan to make an application to Judge McMahon requesting an extension of the deadline to conduct depositions related to conditional certification. If she grants that application, the parties agree that the deposition of Ms. Young will take place in person in Omaha on or before June 7, 2011. (Signed by Magistrate Judge James L. Cott on 5/25/11) Copies Sent By Chambers via ECF. (rjm) (Entered: 05/25/2011) |
| 05/25/2011 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Case Management Conference held on 5/25/2011. (mbe) (Entered: 06/02/2011) |
| 05/26/2011 | 67 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 5/26/2011 re: Counsel for the Plaintiff writes to request that the Court extend the deposition deadline to 6/7/2011, in order to allow this last deposition to be completed. ENDORSEMENT: OK. (Deposition due by 6/7/2011.) (Signed by Judge Colleen McMahon on 5/26/2011) (ab) Modified on 6/2/2011 (ab). (Entered: 05/26/2011) |
| 06/03/2011 | 68 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 6/2/2011 re: Counsel for the Plaintiffs writes in response to Defendant's letter of 5/27/2011 and today, requesting that the Court issue a referral to Magistrate Judge Cott. Plaintiffs request that the Court order the parties to continue the meet and confer process until they resolve the issue or reach an impasse. ENDORSEMENT: I have already done the referral – you can suggest to Judge Cott that you may not need to see him. (Signed by Judge Colleen McMahon on 6/3/2011) (ab) (Entered: 06/03/2011) |
| 06/07/2011 | 69 | ORDER: The Court directs the parties to continue the meet and confer process until they either resolve the issue or reach an impasse. The parties should advise the Court by 6/10/2011 regarding the status of the negotiations and whether a conference is necessary, in which case the Court will schedule one as soon as its schedule permits. (Signed by Magistrate Judge James L. Cott on 6/7/2011) Copies Sent By Chambers. (ab) (Entered: 06/07/2011) |
| 06/13/2011 | 70 | TRANSCRIPT of Proceedings re: proceeding held on 5/25/2011 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/8/2011. Redacted Transcript Deadline set for 7/18/2011. Release of Transcript Restriction set for 9/15/2011.(tro) (Entered: 06/13/2011) |
| 06/13/2011 | 71 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceeding proceeding held on 5/25/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(tro) (Entered: 06/13/2011) |
| 06/16/2011 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Pre–Motion Conference held on 6/16/2011. (ft) (Entered: 06/17/2011) |
| 06/23/2011 | 72 | ENDORSED LETTER addressed to Judge Colleen McMahon from Eric G. Hoffman dated 6/22/11 re: counsel for defendant writes that, we wrote to the Court on June 17, 2011, requesting permission to file a brief that exceeds the usual limit of 25 pages in connection with KPMG's opposition to Plaintiffs' Motion for |

| | | |
|---|---|---|
| | | Conditional Certification and Court – Authorized Notice. KPMG. with Plaintiffs' consent, seeks 10 additional pages for its opposition and 10 additional pages for Plaintiffs' reply. As we have not seen any order from the Court on the docket, and given the amount of time remaining before KPMG's response is due, we wanted to remind the Court of the request. We await the Court's direction as to how we should proceed, and we apologize for the inconvenience of this additional correspondence. ENDORSEMENT: Yes – OK. (Signed by Judge Colleen McMahon on 6/22/11) (pl) (Entered: 06/23/2011) |
| 06/24/2011 | 73 | DECLARATION of Eric G. Hoffman, Esq. in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A−P (redacted in entirety), # 2 Exhibit Q, # 3 Exhibit R, # 4 Exhibit S, # 5 Exhibit T, # 6 Exhibit U, # 7 Exhibit V)(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/24/2011 | 74 | DECLARATION of Jennifer Altfeld Landau, Esq. in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/24/2011 | 75 | DECLARATION of David Butler in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M (part 1), # 14 Exhibit M (part 2), # 15 Exhibit M (part 3), # 16 Exhibit M (partt 4), # 17 Exhibit M (part 5), # 18 Exhibit M (part 6), # 19 Exhibit M (part 7))(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/24/2011 | 76 | DECLARATION of William W. Holder in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D (part 1), # 5 Exhibit D (part 2), # 6 Exhibit E, # 7 Exhibit F (part 1), # 8 Exhibit F (part 2), # 9 Exhibit F (part 3), # 10 Exhibit F (part 4), # 11 Exhibit F (part 5), # 12 Exhibit F (part 6), # 13 Exhibit F (part 7), # 14 Exhibit F (part 8), # 15 Exhibit F (part 9), # 16 Exhibit G (part 1), # 17 Exhibit G (part 2), # 18 Exhibit G (part 3), # 19 Exhibit G (part 4), # 20 Exhibit G (part 5), # 21 Exhibit H (part 1), # 22 Exhibit H (part 2), # 23 Exhibit H (part 3), # 24 Exhibit H (part 4), # 25 Exhibit H (part 5), # 26 Exhibit H (part 6), # 27 Exhibit H (part 7), # 28 Exhibit H (part 8), # 29 Exhibit I, # 30 Exhibit J (part 1), # 31 Exhibit J (part 2), # 32 Exhibit J (part 3), # 33 Exhibit J (part 4), # 34 Exhibit K, # 35 Exhibit L, # 36 Exhibit M (part 1), # 37 Exhibit M (part 2), # 38 Exhibit M (part 3), # 39 Exhibit M (part 4), # 40 Exhibit N (part 1), # 41 Exhibit N (part 2), # 42 Exhibit N (part 3), # 43 Exhibit N (part 4), # 44 Exhibit N (part 5), # 45 Exhibit N (part 6), # 46 Exhibit N (part 7), # 47 Exhibit O (part 1), # 48 Exhibit O (part 2), # 49 Exhibit O (part 3), # 50 Exhibit O (part 4))(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/24/2011 | 77 | DECLARATION of Eileen M. Walsh in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A−R (redacted in entirety))(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/24/2011 | 78 | MEMORANDUM OF LAW in Opposition re: 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA. Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification and Court−Authorized Notice.* Document filed by KPMG LLP. (Attachments: # 1 Affidavit Certificate of Service of Unredacted Versions of Opposition Papers)(Hoffman, Eric) (Entered: 06/24/2011) |
| 06/27/2011 | 79 | ENDORSED LETTER addressed to Judge Colleen McMahon from Eric G. Hoffman dated 6/23/11 re: Counsel to defendant KPMG LLP informs the Court that KPMG intends to seek a protective order regarding Plaintiffs' premature service of merits discovery requests on or about may 24, 2011. Counsel requests either a conference before Your Honor on this issue or an order of reference to |

| | | Magistrate Judge Cott. ENDORSEMENT: No need for a motion. Plaintiff's discovery requests are stricken. I said there would be no discovery until I deal with conditional certification. (Signed by Judge Colleen McMahon on 6/27/11) (djc) (Entered: 06/27/2011) |
|---|---|---|
| 06/28/2011 | | Minute Entry for proceedings held before Judge Colleen McMahon: Telephone Conference held on 6/28/2011. (Submitted by M. De Jesus). (mde) (Entered: 06/28/2011) |
| 06/28/2011 | 80 | ENDORSED LETTER addressed to Judge Collen McMahon from Andrew W. Stern dated 6/27/2011 re: Encosed herewith please find CDs containing electronic copies of KPMG's papers in both unredacted and redacted form. ENDORSEMENT: I no longer use CDs. (Signed by Judge Colleen McMahon on 6/28/2011) (jpo) (Entered: 06/28/2011) |
| 06/29/2011 | 81 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 6/28/2011 re: Counsel for the Plaintiffs writes to request a 10–day extension of their deadline to file their reply in support of conditional certification from 7/8/2011 to 7/18/2011. Defendants consent to this request. ENDORSEMENT: OK. (Replies due by 7/18/2011.) (Signed by Judge Colleen McMahon on 6/28/2011) (ab) (Entered: 06/29/2011) |
| 06/29/2011 | 82 | ORDER SETTING HEARING: Defendant has unilaterally filed certain papers opposing plaintiffs' motion for conditional class certification under seal, claiming that they contain sensitive confidential and proprietary information about KPMG's business, including certain "unique and proprietary" audit policies, practices and procedures. The publicly–filed version of KPMG's brief in opposition to the motion and its supporting papers are heavily redacted. Plaintiff insists that KPMG has redacted information that cannot be considered "confidential" under any reasonable definition. By this order, I am directing the parties to recommend to the court independent experts in accounting who are not and never have been affiliated with or served as a consultant for KPMG or any affiliated or predecessor firm. From among their recommendations, I will appoint a court expert, who will review the allegedly proprietary practices and advise the court about whether they ought in fact to be subject to a confidentiality order. KPMG will bear the expense of the expert. I also intend to ask the AICPA and the SEC to weigh in on this issue if they are of a mind to do so. I have no wish to delay consideration of the conditional certification motion while we are organizing this hearing, so I am instructing plaintiff's counsel to file reply papers under seal. (Signed by Judge Colleen McMahon on 6/29/2011) (ab) (Entered: 06/29/2011) |
| 07/12/2011 | 83 | TRANSCRIPT of Proceedings re: CONFERNCE held on 6/16/2011 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Joseph Quinones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2011. Redacted Transcript Deadline set for 8/15/2011. Release of Transcript Restriction set for 10/13/2011.(McGuirk, Kelly) (Entered: 07/12/2011) |
| 07/12/2011 | 84 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 6/16/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/12/2011) |
| 07/15/2011 | 85 | ENDORSED LETTER addressed to Magistrate Judge James L. Cott from Justin M. Swartz dated 7/15/2011 re: Counsel for the Plaintiff writes to request an additional ten days to allow the parties to continue to negotiate. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge James L. Cott on 7/15/2011) (ab) (Entered: 07/15/2011) |
| 07/15/2011 | 86 | ORDER re: 85 Endorsed Letter. Earlier today, the Court received a letter from Plaintiffs' counsel requesting an additional 10 days to allow the parties to continue to negotiate a protocol for the preservation of certain computer hard drives of |

|  |  | departing KPMG employees who are potential FLSA opt–in plaintiffs and/or putative members of the New York class. The Court granted that request by memorandum endorsement. The Court has subsequently received a letter from counsel for KPMG "disagree[ing] with the Plaintiffs' suggestion... that the discussion of this issue should continue." Having carefully reviewed KPMG's detailed letter, I direct counsel to continue to negotiate between now and July 25, 2011. If the parties are unable to resolve this issue on their own, the parties shall appear at a pre–motion conference before the Court on Tuesday July 26,2011 at 11 a.m. in Courtroom 18A. If the parties are able to resolve this issue, they should so advise the Court promptly, and no later than July 25,2011. (Signed by Magistrate Judge James L. Cott on 7/15/2011) (ft) (Entered: 07/18/2011) |
|---|---|---|
| 07/18/2011 | 87 | SEALED DOCUMENT placed in vault.(mps) (Entered: 07/19/2011) |
| 07/18/2011 |  | Set/Reset Hearings: Pre–Motion Conference set for 7/26/2011 at 11:00 AM in Courtroom 18A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge James L. Cott. (ft) (Entered: 07/21/2011) |
| 07/25/2011 |  | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Pre–Motion Conference held on 7/25/2011. (mro) (Entered: 07/29/2011) |
| 07/27/2011 | 88 | ORDER: The parties shall have until August 2, 2011 to continue their meet and confer regarding a framework for the preservation of certain hard drives of KPMG's departing employees. The parties may contact the Court ex–parte or together if they require further assistance from the Court during this period. The parties shall advise the Court by letter on August 2, 2011 regarding the status of their discussions. If the parties are unable to reach an agreement on this issue, the brief schedule for Defendant's motion for a protective order is as follows: as further set forth in this Order. SO ORDERED. ( Motions due by 8/12/2011., Responses due by 8/26/2011, Replies due by 9/2/2011.) (Signed by Magistrate Judge James L. Cott on 7/26/2011) Copies Sent By Chambers. (ama) (Entered: 07/27/2011) |
| 08/03/2011 | 89 | NOTICE OF APPEARANCE by Alex Jason Kaplan on behalf of KPMG LLP (Kaplan, Alex) (Entered: 08/03/2011) |
| 08/12/2011 | 90 | MOTION for Protective Order. Document filed by KPMG LLP.(Stern, Andrew) (Entered: 08/12/2011) |
| 08/12/2011 | 91 | MEMORANDUM OF LAW in Support re: 90 MOTION for Protective Order.. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 08/12/2011) |
| 08/12/2011 | 92 | DECLARATION of Thomas Keegan in Support re: 90 MOTION for Protective Order.. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 08/12/2011) |
| 08/12/2011 | 93 | CERTIFICATE OF SERVICE. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 08/12/2011) |
| 08/17/2011 | 94 | MOTION for Eric G. Hoffman, to Withdraw as Attorney. Document filed by KPMG LLP.(Kaplan, Alex) (Entered: 08/17/2011) |
| 08/25/2011 | 95 | NOTICE OF APPEARANCE by Dana Gale Sussman on behalf of Kyle Pippins, Jamie Schindler (Sussman, Dana) (Entered: 08/25/2011) |
| 08/26/2011 | 96 | MEMORANDUM OF LAW in Opposition re: 90 MOTION for Protective Order.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 08/26/2011) |
| 08/26/2011 | 97 | DECLARATION of Justin M. Swartz in Opposition re: 90 MOTION for Protective Order.. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)(Swartz, Justin) (Entered: 08/26/2011) |
| 08/30/2011 | 98 | TRANSCRIPT of Proceedings re: settlement held on 6/16/2011 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Joseph Quinones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased |

| | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/23/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 12/1/2011.(Moya, Goretti) (Entered: 08/30/2011) |
|---|---|---|
| 08/30/2011 | 99 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a SETTLEMENT proceeding held on 6/16/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Moya, Goretti) (Entered: 08/30/2011) |
| 09/02/2011 | 100 | MEMORANDUM OF LAW in Support re: 90 MOTION for Protective Order. *IN FURTHER SUPPORT OF DEFENDANTS MOTION FOR A PROTECTIVE ORDER*. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 09/02/2011) |
| 09/02/2011 | 101 | FILING ERROR – DEFICIENT DOCKET ENTRY – DECLARATION of Andrew W. Stern in Support re: 90 MOTION for Protective Order.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Stern, Andrew) Modified on 9/9/2011 (db). (Entered: 09/02/2011) |
| 09/02/2011 | 102 | DECLARATION of ANDREW W. STERN in Support re: 90 MOTION for Protective Order.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 H, # 9 I, # 10 J, # 11 K)(Stern, Andrew) (Entered: 09/02/2011) |
| 09/06/2011 | 103 | TRANSCRIPT of Proceedings re: Conference held on 7/26/2011 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/30/2011. Redacted Transcript Deadline set for 10/10/2011. Release of Transcript Restriction set for 12/8/2011.(McGuirk, Kelly) (Entered: 09/06/2011) |
| 09/06/2011 | 104 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 7/26/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/06/2011) |
| 09/15/2011 | 105 | NOTICE OF APPEARANCE by Elizabeth Hartley Wagoner on behalf of Kyle Pippins, Jamie Schindler (Wagoner, Elizabeth) (Entered: 09/15/2011) |
| 10/07/2011 | 106 | MEMORANDUM AND ORDER. For the reasons set forth in this memorandum and order, KPMG's motion for a protective order is DENIED. This decision is without prejudice to KPMG renewing its application for a protective order–or negotiating with Plaintiffs as to a sample using keyword searches or otherwise–once Judge McMahon has resolved the Motion to Certify and the scope of Plaintiffs' representation is clarified, and as further set forth. Denying 90 Motion for Protective Order. (Signed by Magistrate Judge James L. Cott on 10/7/11) Copies Sent By Chambers via ECF. (rjm) (Entered: 10/11/2011) |
| 10/14/2011 | 107 | MOTION for Susan H. Stern to Appear Pro Hac Vice. Document filed by Kyle Pippins, Jamie Schindler.(wb) (pgu). (Entered: 10/14/2011) |
| 10/17/2011 | 108 | ORDER FOR ADMISSION PRO HAC VICE granting 107 Motion for Susan H. Stern to Appear Pro Hac Vice. It is hereby Ordered that Susan H. Stern is admitted to practice pro hac vice as counsel for the plaintiffs. (Signed by Judge Colleen McMahon on 10/17/2011) (mro) (Entered: 10/17/2011) |

| 10/20/2011 | | CASHIERS OFFICE REMARK on 107 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 10/14/2011, Receipt Number 1019115. (jd) (Entered: 10/20/2011) |
|---|---|---|
| 10/28/2011 | 109 | MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,,. Document filed by KPMG LLP.(Stern, Andrew) (Entered: 10/28/2011) |
| 10/28/2011 | 110 | DECLARATION of Andew W. Stern in Support re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,,.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (Part 1 of 5), # 9 Exhibit 8 (Part 2 of 5), # 10 Exhibit 8 (Part 3 of 5), # 11 Exhibit 8 (Part 4 of 5), # 12 Exhibit 8 (Part 5 of 5))(Stern, Andrew) (Entered: 10/28/2011) |
| 10/28/2011 | 111 | Objection re: 106 Order on Motion for Protective Order,,. Document filed by KPMG LLP. (Stern, Andrew) (Entered: 10/28/2011) |
| 11/02/2011 | 112 | MEMO ENDORSEMENT on 94 MOTION AND ORDER OF WITHDRAWAL OF APPEARANCE OF ERIC G. HOFFMAN, ESQ.: SO ORDERED. (Signed by Judge Colleen McMahon on 11/2/2011) (ab) (Entered: 11/02/2011) |
| 11/03/2011 | 113 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 11/02/2011 re: Counsel for the plaintiffs request a 10–day extension of time to 11/21/2011 to file a Response, Plaintiffs further respectfully request that the Court grant Defendant a 10–day extension of time to 12/9/2011 to file its Reply. ENDORSEMENT: OK. Set Deadlines/Hearing as to (Responses due by 11/21/2011, Replies due by 12/9/2011.) (Signed by Judge Colleen McMahon on 11/3/2011) (ft) (Entered: 11/03/2011) |
| 11/04/2011 | 114 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order.* Document filed by Chamber of Commerce of the United States of America. (Attachments: # 1 Declaration of George T. Conway III, # 2 Exhibit (Proposed Amicus Brief))(Conway, George) Modified on 11/7/2011 (ldi). (Entered: 11/04/2011) |
| 11/04/2011 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney George T Conway to RE–FILE Document 114 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order.* ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion is found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 11/07/2011) |
| 11/07/2011 | 115 | MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order.* Document filed by Chamber of Commerce of the United States of America.(Conway, George) (Entered: 11/07/2011) |
| 11/07/2011 | 116 | DECLARATION of George T. Conway III in Support re: 115 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order.*. Document filed by Chamber of Commerce of the United States of America. (Attachments: # 1 Exhibit (Proposed Amicus Brief))(Conway, George) (Entered: 11/07/2011) |
| 11/08/2011 | 117 | ENDORSED LETTER addressed to Judge Colleen McMahon from George T. Conway III dated 11/7/2011 Re: We represent amicus curiae Chamber of Commerce of the United States of America. Enclosed are courtesy copies of the Chamber's notice of motion for leave to file a brief in support of defendant's objections to Magistrate Judge Cott's October 11, 2011 order, and of a supporting declaration that attaches the Chamber's proposed brief. ENDORSEMENT: The motion is granted. The brief can be filed. Granting 115 Motion to File Amicus Brief. (Signed by Judge Colleen McMahon on 11/7/2011) (rjm) Modified on 11/15/2011 (rjm). (Entered: 11/08/2011) |

| 11/08/2011 | 118 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 11/7/2011 re: Plaintiffs respectfully request that the Court deny the Motion of the U.S. Chamber of Commerce to file an Amicus Brief in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order. ENDORSEMENT: I am allowing it. (Signed by Judge Colleen McMahon on 11/8/2011) (rjm) (Entered: 11/08/2011) |
|---|---|---|
| 11/08/2011 | 119 | MEMORANDUM OF LAW in Support re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,... Document filed by Chamber of Commerce of the United States of America. (Conway, George) (Entered: 11/08/2011) |
| 11/08/2011 | 120 | MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's Memorandum and Order Entered and Served on October 11, 2011*. Document filed by Washington Legal Foundation, International Association of Defense Counsel.(Misir, Deborah) (Entered: 11/08/2011) |
| 11/08/2011 | 121 | DECLARATION of Deborah N. Misir in Support re: 120 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's Memorandum and Order Entered and Served on October 11, 2011*.. Document filed by International Association of Defense Counsel, Washington Legal Foundation. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Misir, Deborah) (Entered: 11/08/2011) |
| 11/10/2011 | 122 | ENDORSED LETTER addressed to Judge Colleen McMahon from Deborah N. Misir, Grant M. Lally, and William G. Morris dated 11/8/2011 re: Counsel for Washington Legal Foundation and the International Association of Defense Counsel writes to submit a courtesy copy of their Notice of Motion for Leave to File a Brief as Amici Curiae in Support of Defendant's Objections to the Magistrate Judge's Memorandum and Order Entered and Served on 10/11/2011 as well as a supporting declaration which attaches the proposed Amici brief. ENDORSEMENT: I don't need any ore answer briefs on this issue. (Signed by Judge Colleen McMahon on 11/10/2011) (ft) (Entered: 11/10/2011) |
| 11/18/2011 | 123 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 11/18/2011 re: We write to respectfully request a 9–day extension of Plaintiffs' deadline to file their response to Defendant's Objections to Magistrate Judge Cott's October 7, 2011 Memorandum and Order from November 21, 2011 to November 30, 2011. ENDORSEMENT: OK. (Signed by Judge Colleen McMahon on 11/18/2011) (lmb) (Entered: 11/18/2011) |
| 11/18/2011 | | Set/Reset Deadlines: Responses due by 11/30/2011. (lmb) (Entered: 11/18/2011) |
| 11/30/2011 | 124 | MEMORANDUM OF LAW in Opposition re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,... Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 11/30/2011) |
| 11/30/2011 | 125 | DECLARATION of Justin M. Swartz in Opposition re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,... Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA)(Swartz, Justin) (Entered: 11/30/2011) |
| 12/19/2011 | 126 | REPLY MEMORANDUM OF LAW in Support re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,... Document filed by KPMG LLP. (Stern, Andrew) (Entered: 12/19/2011) |
| 12/19/2011 | 127 | DECLARATION of Andrew W. Stern in Support re: 109 MOTION For An Order Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106 Order on Motion for Protective Order,... Document |

| | | filed by KPMG LLP. (Attachments: #_1 Exhibit 9)(Stern, Andrew) (Entered: 12/19/2011) |
|---|---|---|
| 12/22/2011 | 128 | NOTICE of Substitution of Attorney. Old Attorney: Hal B. Anderson, New Attorney: Gregg I. Shavitz, Address: SHAVITZ LAW GROUP, P.A., 1515 S. Federal Hwy, Suite 404, Boca Raton, Florida, 33432, 561–447–8888. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: #_1 Text of Proposed Order)(Shavitz, Gregg) (Entered: 12/22/2011) |
| 01/03/2012 | 129 | DECISION AND ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT–AUTHORIZED NOTICE granting 33 Motion to Certify Class. The Court GRANTS Plaintiffs' motion for conditional class certification, court–authorized notice pursuant to section 216(b) of the FLSA, and an order directing KPMG to provide Plaintiffs, within 30 days, a computer–readable list containing all potential collective action members' names, last known mailing addresses, last known telephone numbers, email addresses, work locations, and dates of employment. The Clerk of the Court is directed to remove the motion at Docket No. 33 from the Court's list of outstanding motions. (Signed by Judge Colleen McMahon on 1/3/2012) (ft) (Entered: 01/03/2012) |
| 01/06/2012 | 130 | ENDORSED LETTER addressed to Judge Colleen McMahon from Steven T. Catlett dated 1/5/12 re: Counsel for the defendant requests permission to communicate further with the Court on the discovery issue by the close of business on Monday, 1/9/12. ENDORSEMENT: Ok. (Signed by Judge Colleen McMahon on 1/6/2012) (mro) (Entered: 01/06/2012) |
| 01/17/2012 | 131 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin Swartz dated 1/13/2012 re: Accordingly, Plaintiffs respectfully request that the Court allow them to insert "April 15, 2008 in the Proposed Notice where it reads "Date to Be Determined by Court." Defendant consents to this request. We thank the Court for its consideration. ENDORSEMENT: Order amended accordingly – why didn't YOU put the correct date in? (Signed by Judge Colleen McMahon on 1/17/2012) (djc) Modified on 1/18/2012 (djc). (Entered: 01/17/2012) |
| 01/18/2012 | 132 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Lisa B. Fraley.(Bien, Rachel) (Entered: 01/18/2012) |
| 01/19/2012 | 133 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Stephen Marsala, Jr.(Bien, Rachel) (Entered: 01/19/2012) |
| 02/03/2012 | 134 | DECISION AND ORDER DENYING DEFENDANT'S OBJECTIONS TO THE DISCOVERY ORDER OF MAGISTRATE JUDGE JAMES L. COTT DATED OCTOBER 7, 2011 denying 109 Motion for an Order Denying Defendants Objections. KPMG's motion is DENIED in its entirety. The Clerk of the Court is directed to remove the motion at Docket No. 109 from the Court's list of outstanding motions. (Signed by Judge Colleen McMahon on 2/3/2012) (ft) (Entered: 02/03/2012) |
| 02/06/2012 | | ***DELETED DOCUMENT. Deleted document number NOTE TO ATTORNEY TO E–MAIL PDF. The document was incorrectly filed in this case. (ama) (Entered: 02/06/2012) |
| 02/07/2012 | 135 | ORDER: Plaintiffs' reply papers at ECF No. 87 are to be unsealed, and KPMG is directed to file on the docket unredacted copies of any documents that KPMG previously filed with redactions by 5pm, February 8. (Signed by Judge Colleen McMahon on 2/27/2012) (ab) (Entered: 02/07/2012) |
| 02/07/2012 | | Transmission to Sealed Records Clerk. Transmitted re: 135 Order to the Sealed Records Clerk for the sealing or unsealing of document or case. (ab) (Entered: 02/07/2012) |
| 02/08/2012 | 136 | ENDORSED LETTER addressed to Judge Colleen McMahon from Steven T. Catlett dated 2/8/2012 re: Counsel for the defendant requests that the Court extend the deadline set in yesterday's order from 5 p.m. today, to 5 p.m. on Wednesday, February 15. ENDORSEMENT: O.K. (Signed by Judge Colleen McMahon on |

| | | |
|---|---|---|
| | | 2/8/2012) (ft) (Entered: 02/08/2012) |
| 02/14/2012 | 137 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A, U.S.C. § 216(b). Document filed by Joshua Adam Mandelberger.(Bien, Rachel) (Entered: 02/14/2012) |
| 02/16/2012 | 138 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Colleen McMahon on 2/16/2012) (mro) (Entered: 02/16/2012) |
| 02/17/2012 | 139 | ENDORSED LETTER addressed to Judge Colleen McMahon from Steven T. Catlett dated 2/17/2012 re: The parties jointly respectfully request that the Court extend the deadline to object to discovery from today, February 17, 2012 at 5:00 p.m. to Wednesday, February 22, 2012 at 5:00 p.m. (since Monday, February 20, 2012 is a court holiday). ENDORSEMENT: OK. (Signed by Judge Colleen McMahon on 2/17/2012) (lmb) (Entered: 02/17/2012) |
| 02/17/2012 | 140 | ANSWER to 51 Amended Complaint. Document filed by KPMG LLP.(Kaplan, Alex) (Entered: 02/17/2012) |
| 02/21/2012 | 141 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Wakana Kamesato Sebacher.(Bien, Rachel) (Entered: 02/21/2012) |
| 02/21/2012 | 142 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Tammie Fossaceca.(Bien, Rachel) (Entered: 02/21/2012) |
| 02/27/2012 | 143 | CALENDAR NOTICE: Pretrial Conference set for Friday, 3/2/2012 at 09:00 AM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon, and as further set forth in this document. (Signed by Judge Colleen McMahon on 2/27/2012) (cd) (Entered: 02/27/2012) |
| 02/28/2012 | 144 | ENDORSED LETTER addressed to Judge Colleen McMahon from Elizabeth Wagoner dated 2/28/2012 re: Counsel for the plaintiffs request an adjournment of the scheduled pre–trial conference. ENDORSEMENT: No – I am on trial – Send someone else – it must be by Friday. (Signed by Judge Colleen McMahon on 2/28/2012) (ft) (Entered: 02/28/2012) |
| 02/29/2012 | 145 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Ahn Romero.(Bien, Rachel) (Entered: 02/29/2012) |
| 03/01/2012 | 146 | ENDORSED LETTER addressed to Judge Colleen McMahon from Steven T. Catlett dated 2/29/12 re: Counsel for the defendant writes jointly with the plaintiffs to request that the date for making discovery responses be extended briefly to March 7, 2012. ENDORSEMENT: We will discuss everything tomorrow. (Signed by Judge Colleen McMahon on 3/1/2012) (mro) (Entered: 03/01/2012) |
| 03/01/2012 | 147 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Marc Ryan Fillari.(Bien, Rachel) (Entered: 03/01/2012) |
| 03/02/2012 | | Minute Entry for proceedings held before Judge Colleen McMahon: Status Conference held on 3/2/2012. Decision: Status conference held. The parties are to confer and present a new summary judgment schedule to the Court. (Submitted by Benjamin T. Alden). (mde) (Entered: 03/02/2012) |
| 03/02/2012 | 148 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Mona Aflatooni.(Bien, Rachel) (Entered: 03/02/2012) |
| 03/02/2012 | 149 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Paul Thomas Morrone.(Bien, Rachel) (Entered: 03/02/2012) |
| 03/02/2012 | 151 | MOTION for Colleen M. Kenney to Appear Pro Hac Vice. Document filed by KPMG LLP.(arc) (Entered: 03/06/2012) |
| 03/05/2012 | 150 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). |

| | | Document filed by Christopher John Howe Collato, Matthew John Jefferies, Russell James Monson, Neil Thomas Punt, Mark M. Ulrich, Paul James DiCarlo, Matthew William Wilpers, Jae Y. Chung, Ashley Albers Austin, Emily Diane Towers, Ryan Farrell Holmes.(Swartz, Justin) Modified on 3/6/2012 (ka). (Entered: 03/05/2012) |
|---|---|---|
| 03/06/2012 | 152 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Ashley Albers Austin, Jae Y. Chung, Christopher John Howe Collato, Paul James DiCarlo, Ryan Farrell Holmes, Matthew John Jefferies, Russell James Monson, Neil Thomas Punt, Emily Diane Towers, Mark M. Ulrich, Matthew William Wilpers. (Attachments: # 1 Exhibit A)(Swartz, Justin) (Entered: 03/06/2012) |
| 03/06/2012 | 153 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Kimberly Danielle Blaise, Vanessa Angelin Castano, Regina V. Farrell, Daniel Huey, Donald Richard Karr, Richard N. Tinelli. (Attachments: # 1 Exhibit A)(Swartz, Justin) (Entered: 03/06/2012) |
| 03/07/2012 | 154 | TRANSCRIPT of Proceedings re: Conference held on 3/2/2012 before Judge Colleen McMahon. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/2/2012. Redacted Transcript Deadline set for 4/12/2012. Release of Transcript Restriction set for 6/8/2012.(McGuirk, Kelly) (Entered: 03/07/2012) |
| 03/07/2012 | 155 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 3/2/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/07/2012) |
| 03/07/2012 | 156 | ORDER OF ADMISSION PRO HAC VICE granting 151 Motion for Colleen M. Kenney to Appear Pro Hac Vice. It is hereby Ordered that Colleen M. Kenney is admitted to practice pro hac vice as counsel for KPMG LLP. (Signed by Judge Colleen McMahon on 3/7/2012) (mro) (Entered: 03/07/2012) |
| 03/07/2012 | 157 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A, 29 U.S.C. § 216(b). Document filed by Parissa Hannah Daneshmand, John Edward Glockzen, Jr., Ciara Marino, William Waits Raulerson. (Attachments: # 1 Exhibit A)(Swartz, Justin) (Entered: 03/07/2012) |
| 03/08/2012 | | CASHIERS OFFICE REMARK on 151 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 03/02/2012, Receipt Number 1031416. (jd) (Entered: 03/08/2012) |
| 03/08/2012 | 158 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b).. Document filed by Marilyn Louis, Mario Fani, Mark Nixdorf, Mary Benson Smith, Matthew Mills, Meghan E. O'Malley, Melissa Gerdung, Michael Weichholz, Michael Yoo, Mitchell A. Melfi, Morgan Ann Frame, Nicole M. Anderson, Nimish Patel, Olga Martynov, Orealis Marie Alvarado, Paras H. Dagli, Peter Panagos, Rena Zarah, Robert Liu, Samuel Robert Young, Scott Lorence Pfister, Seville Nicole Christmas, Steven Gaul, Sue Yen Chong, Svetlana Condur, Tiffany Chua Chan, Tyrone Guillory Jr., Valerie Tang, William Drzich, William Baxter, Yelena Glants, Yuk N. Li, Yulia Barland. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/08/2012) |
| 03/08/2012 | 159 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Adam Minsky, Alex Cook, Alexander L Diaz, Anna Huang, Ashlee S Verner, Benjamin D Harmon, Brandon Burkley, Caitlin A Tennant, Carolyn Elizabeth Mahar (Hassel), Diana Fazylova, Dominica Barber, Dowling Burke Stough, Robert Dustin Cathcart, Elisa Lee Hua Wu, Edmund A Windsor, Eric Van Fredricksen, Erin Elizabeth Hart, Erin S Saunders, Garrett Dee Cazier, Gregory Goldsand, Holland Stimac, Jack Yi–Ping Tang, James Douglas Nelson, |

| | | Jeffrey G Pike, Jennifer Lai, Jennifer M Stewart, Jennifer Mills, Jeremy T Fowler, Jessica P Puckett, Jia Yin Wu, John Deng, Lauren Elizabeth Friends, Lela Mujakovic, Leslie L Perrine, Lindsey McLaughlin, Lisa Grund. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 03/08/2012) |
|---|---|---|
| 03/08/2012 | 160 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Daniel Andrews, Brian Edward Capstick, Harrison D Cole, Christopher Blake Elliot, Daega Fatah, Clifford Hayhurst III, Corey Jones, Christopher A Marino, Anne M Martin, Evan R Parzych, Heather Jean Reeves Prudhomme, Andrew Rehm, Emilio Jorge Sartori, Heather Schrader, Chava S. Schwartz, Brian Edward Stamile, Michael Ian Tarrant, Christopher Adam Wade, Evan M Zawatsky. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 03/08/2012) |
| 03/08/2012 | 161 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Jillian Bernard, Joanna Canaras, Zahra J. Castillo, Michael Chiulli, Shirley Jean Criddle, Shannon Cunniffe, Matthew Giammarinaro, Jennifer M. Grayson, Joe Manuel Guerrero, Luke Cletus Iverson, Wieslawa Jamroz, Matthew Kunz, James W. Lee III, Jeffrey Manning, Ryan B. Markowitz, Sarah Jane Medrano, Robert A. Miller, Kanuri Bhanu Priya, Kristen Leigh Provix, Peter John Puglisi III, Michael Santolucito, Laura Shumake Savarese, Juliet Lee Smith, Matthew B. Smith, William S. Tierno, Joseph Walter Vazzano, Suihong Wang, Laura Ann Westenberg. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/08/2012) |
| 03/09/2012 | 162 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Jason T. Bailey, Eve Buckwalter, Elizabeth Lea Chandler, Mallory Brown Hoidal, Zachary A. Kayser, William Robert Kraft, Jake Kransteuber, Michael McPherson, David Craig Roberts, Erin M. Roberts, Scott Rumberg, Sean W. Sullivan, Xuan Sun, Matthew Trinh, Travis J. Vogt, Jaison Vovra, Hong F. Walrond. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 163 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. 216(b). Document filed by Kelcie Kiku Balaeff. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/09/2012) |
| 03/12/2012 | 164 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 3/2/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/12/2012) |
| 03/12/2012 | 165 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 3/2/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/12/2012) |
| 03/12/2012 | 166 | TRANSCRIPT of Proceedings re: Motion held on 3/2/2012 before Judge Richard J. Sullivan. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/5/2012. Redacted Transcript Deadline set for 4/16/2012. Release of Transcript Restriction set for 6/14/2012.(McGuirk, Kelly) (Entered: 03/12/2012) |
| 03/12/2012 | 167 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 3/9/2012 re: Counsel for the plaintiffs request a referral to the Magistrate Judge for assistance in resolving certain discovery disputes, or, in the alternative for leave to raise them with the Court. ENDORSEMENT: I did not "wipe the slate clean". I expected the lawyers for both sides to narrow their requests and responses in light of my views on how we should deal with the |

| | | pending issues. If KPMG is unwilling to cooperate in that endeavor, I will just abandon my effort to streamline the case, give you 6 months (no more) to complete ALL discovery, merits &expert, and let you have at it. (Signed by Judge Colleen McMahon on 3/12/2012) (ft) (Entered: 03/12/2012) |
|---|---|---|
| 03/12/2012 | 168 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Sreya S. Alex (Samuel), Kerri J. Allen, Steven Calder, Cairo J. Carr, Sho Chinen, Davin Lee Cottle, Jeffrey M. Croft, Jacqueline Marie DeMeo, Jessica Deyo, Allison Peltier Gillam, William T. Gutknecht, Christian Ryan Daniel Halligan, Jennifer L. Johnson, Christopher W. King, Brett E. Kirkland, Mark Edward Martinez, Daniel Mattar, Jana Milenky Weissman, Bradford Moye, Maya E. Procinsky, Michael Rath, Xuemei Ren, Michael L. Steele, Ryan S. Svorinic, Ryan Verkamp, Yuan Zhang. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/12/2012) |
| 03/12/2012 | 169 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Kayla L. Barrett, Niles Reid Bergstrom, Jill Kayleen Colgan, Kayla Marie Futch, Joseph Gibson, Kaitlyn Hartwell, Allison C. Hylton, Daniel P. Jensen, Lukasz Kwiatkowski, Daniela Lundin, Alison J. Moss, Irfan A. Raza, Jatinder Singh, Jin Xing Wang (Xue). (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/12/2012) |
| 03/13/2012 | 170 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Alanna Cooper, Erin Elizabeth Donia, Brian Ross Dout, Erika Elko, Erin J. Elliot, Chase Michael Gardner, Kyle Andrew Gasaway, Sean Paul Hathorn, Rennie Henry, Thomas M. Kerr III, Maura Helberg Lange, James J. Lenihan III, Trinity Marcia Mascola, Julian Joaquin Murrieta, Nicholas Paul Nordman, Alan William Roeder, Matthew Wenzel, Laura Westensee. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/13/2012) |
| 03/14/2012 | 171 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by David Jalette, Ashley Matrak, Andrew Pulitano, Alyson L. Reimer, Alla Shutyi, Bryan Van Demark, Da Wang. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 172 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b).. Document filed by Emilie J. Britt, Jesus Comendeiro, Frederick James Cowan Jr., Jina Han, Geffery Hubble, Jessica H. Leonard, Ian Nichols, Drew Harris Rosen, Jacob Spear, Jonathan Wiener. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 173 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b).. Document filed by Kara N. Bevis, Stephanie Eckardt, Kevin Ellis, Joseph F. Franzone, Kristopher Glaser, Samantha M. Hunt, Matej Kollar, Paul A. Larkins, Kimberly Layden, Joseph T. Leonard, Sarah K. Lindholm, Kristen McFarland, Rebecca O'Malley, Luke Orszag, Katherine A. Panzarella, Magen M. Reyor, Rohini R. Seth, Shailesh Singh. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 174 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Chelsea Neale Collins, Joshua Timothy Dahmen, Ashley A. Darden, Nicole Davis, Jared Brice Filus, Ashley Holman, Jessica Minor, Melissa Mulick, Wei Song, Brian Walker, Chad W. Wonderling, Kelsea Echo Yu. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 175 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216 (b). Document filed by Atul Prasad Adhikary. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) Modified on 3/23/2012 (kw). (Entered: 03/14/2012) |
| 03/15/2012 | 176 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Stacia Charland, Jennifer L. Crowe, Jonathan DeBeaumont, Marc Ferriello, Dana Marie Gansky, Ashley S. Guthmann, John Hays, Jeremy D. Kline, Kelly Marie Lock, Sarah Tucker Mahar, Krista Suzanne Niebrugge, Ryan Ray Olsen Painter, Kristina Rengel, Christina M. Saia, Ann Patricia Salamunovich, Donald Shaw, Brent Vetter, Rong Wang. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/15/2012) |

| 03/16/2012 | 177 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by David W. Allen, Amanda Authement, Daniel A. Bennett, Leif E. Bergquist, Heather K. Blake, Kerry L. Blatt, Lauren M. Brown, Emma Colacicco, Laura Davidson, Adele M. Domingue, April L. Doten, James W. Forsythe, Lacy R. Glaser, Dylan M. Johnson, Jeremy R. Johnson, Jenna H. Karmel, Amit Kukreja, Jason Lalk, Daniel N. Marrone, Glenn Palilla, Jennifer M. Peyton, Amanda Rahner, Fay M. Richards, Dino J. Rossi, Christina Ruiz Minesis, Cesaria Rutigliano, Frank R. Sousa, Hana Stelzer, Idrees Tily, Cheryl Tripodi. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/16/2012) |
| 03/16/2012 | 178 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Rongchen Chen, Sophia Chowdhury, Ryan L. Christie, Sarah F. Kuhne, Samantha S. Liao, Thomas F. Lisnich, Yu–Han Lo, Rebecca Mosher, Terryann A. Roberts, Renee A. Sapp, Shirley Suet Wai So, Yuliya Spektor, Tracy A. Tankard. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/16/2012) |
| 03/16/2012 | 179 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Michael Arcuri, Drew R. Froehlich, Jennifer M. Interlandi, Michael A. Jablonski, Michelle M. Krause, Casey Lock, Scott R. Nunez, Priya Patel, Kate Pinney, Amanda L. Shay, Indre Stunzenas, Kaliope Tsoflias. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/16/2012) |
| 03/19/2012 | 180 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Sisai A. Birhanu, Vanessa Burns, Keri A. Ehrlich, Seth T. Fick, Jennifer C. Hall, Mathew J. Howard, Katherine R. Johnston, Benjamin J. Siewart, Megan Eileen Smith, Andrew J. Terreri, Amy Elizabeth Vogt, Jessica Leigh Williams, Elissa Sheryl Yorgey. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/19/2012) |
| 03/19/2012 | 181 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Cant Charles Christopher, Stephanie R. Conti, Aren J. Cowan, Bryan Davis, Edward Diasio, Andrea Diaz, Cara Ann Juffer, Brent E. McLaren, Alvaro Narvaez, Anthony Nusbaum, Brianna R. Truex, Brian S. Zalewski, Bryan Kyle Zerr. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/19/2012) |
| 03/19/2012 | 182 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Michael D. DAntonio, Sarah Giltner, Michelle D. Harris, Tracey Monday, Shannon Lee Morrow, Luisana Bonilla OBrien, Zachary A. Schamaun, Vanette E. Torres, Mark Van Winter, Thomas J. Zubulake. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/19/2012) |
| 03/19/2012 | 183 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Johnny Acosta, Jonathan Bingham, Julia Bushe, Kyle Joseph Chagnon, Laurie Chen, James A. Dorey, Laura Guarraci, John R. Hamill III, Jeniffer Shea Kratville, Justin S. Norton, Gayle Robin Patasnik, Eric Joseph Paulson, Jessica Erin Simpson, Christopher O. Weiss, Justin Gregory Wicks. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) Modified on 3/23/2012 (kw). (Entered: 03/19/2012) |
| 03/20/2012 | 184 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Joshua D. Bicknell, Christopher M. Chiaraluce. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/20/2012) |
| 03/21/2012 | 185 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Nathan Fedders, Christina Spannos (Papscoe), Kristen Troia. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/21/2012) |
| 03/22/2012 | 186 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Amir Ali, Amy H. Brousse, Enoch Chung, Dennis M. Delude, Karen E. Gorzynski, Oscar Londono, Sophie Y. Malati, Andrea S. Mosher, Ashley Phillips, Matthew A. Ross, Amanda Rubeor, Damon T. Smith, Kyle A. Starr, Ariel Taylor, Michael T. Visconto. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/22/2012) |

| 03/23/2012 | 187 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Stephanie M. Adams, Nicole Elizabeth Anderson, Amir F Aslam, Nathan Edward Bertsch, Paula A. Boone, Christopher Capicotto, Dong Chen, Joel Coffey, David Curtis, Janine Joyce De Jesus, Dominika Ewa Pabon, Arley R. Ewald, Lauren Goldfarb, Bonni Grossman, Scott T. Jugan, Sara A. Lasek, Pietro Maddalena, Johnathan Marr, Rebecca Mielnik, Bogdan Milin, Charlotte Nicholson, Jason Owen, Elliot Parks, Vincent J. Passafiume, Morgan M. Pearson, John M. Pontecorvo, Lauren T. Quinn, Miran Seo, Gina Tricarico, Ramon Valls, Dana M. Van Nostrand, Valarie Anne Vaughan, Jonathan R. Warriner, Hillel Weingarten, Hui Zhi, Yi Zou. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/23/2012) |
|---|---|---|
| 03/23/2012 | 188 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by John M. Butler, Adam Chrudimsky, Caitlin C. Clark, Zachary J. Cyman, James R. Duncan III, Christopher Furlong, Matthew C. Gadzinski, Dylan C. Gfeller, Ethan J. Giller, Kristina M. Harrison, Kristin N. Hoffman, Chris Jones, Genna N. Love, Ashley Prosek, Jolene N. Rabena, Michael Spano, Timothy J. Strehlow, Gregory S. Torbic, Thomas B. Wilson, Stephanie A. Yesnofski. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/23/2012) |
| 03/26/2012 | 189 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Brandon D. Bhagat, Justin B. Bobus, Warren Chen, Aaron Cheung–Kwong Chan, Jason Dale, Donna V. De Vera, BeiLai Ge, Brandon Russell George, Ying Chen McEwen, Ani Susan Menendian, David J. Murray, Katherine L. Nordman, Katharine Omura, Domenico Pontrelli, Sergio D. Ramos, Allison K. Sanden, Kundan Sandhu, Melissa S. Scalici, Lauren Schaefer, Jessica H. Schatz, Chanelle Takemoto, Nathan L. Wilbur, Vera Zhuravleva, Inessa Zolotareva. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/26/2012) |
| 03/26/2012 | 190 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Yoana Allen, Katherine L. Aye, Casey J. Hocevar, Brittany K. Hopp, Samantha D. Leonard, Timothy McCormack, Eric D. Mead, Sarah E. Morgan, Jason Rosiello, John M. Schenk, Galen P. Ward, Togos Zorig. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/26/2012) |
| 03/27/2012 | 191 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Vincent J. Battaglia, Jr., Sadie L. Carson, Thomas A. Chon, William E. Cloutet III, Matthew B. Daniels, Michelle Epstein, Stacey Gill, Lynnie Hickey–Mehic, Vanita Katrina, Tie G. Lasater, Keely O. Lindstadt, Scott E. Midla, Neil M. Morgan, Michelle L. Mysuna, Margo Pacanowski, Zachary J. Pettinger, Samantha Richards, Thomas W. Scott, Tyler Skelton, Joshua D. Smith, Rainy Leforce Spring, Kathryn E. Towle. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/27/2012) |
| 03/27/2012 | 192 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Ashley A. Adeogba, Jennifer L. Arthur, Nina J. Aves, Drew M. Biddle, Alisha Brumbaugh, Heather Buss, Diana Chia, Janice Daclan, Joseph Decardi–Nelson, Eric Hills, Jaime Hinojosa, Farah Khan, Galib R. Khan, Hyangsoon Lee, Joseph N. Levy, Maile M. Lewis, Jessica H. Lott, Miguel A. Marin, Dean Mattera, Danielle A. McCoy, Allison McGuire, Steven Oscarson, Joseph J. Rother, Ann Salinas, Chipman R. Seale, Young Seoh Lee, Antonios A. Spiliotopoulos, Mina Lisa Teymourtash, Shun Tung Lam, Jeannine Wheeler. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 03/27/2012) |
| 03/27/2012 | 193 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Melissa L. Brown, Danielle L. Cahill, Natalie C. Cusat, Krysten M. Genaway, Andrew T. Kwitowski, Savannah Lehman, William S. Lockard III, Alanna J. Zahora. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/27/2012) |
| 03/28/2012 | 194 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Max H. Essoh, Patrick Michael Funk, Patrick C. Ofordire, Derek Sykes. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/28/2012) |
| 03/29/2012 | 195 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Sumi Choi, Alexandra D. Chou, Ashley Peyton |

| | | Disinger, Catherine E. Kaylor, Sara Lengler, Steven S. Merrill, Denaimou C. N'Garsanet, Laura Rath, Laura Elizabeth Reynolds, LeShawd T. Thompson, Patrick A. Thompson, Matthew D. Ytzen. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/29/2012) |
|---|---|---|
| 03/30/2012 | 196 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Brent E. Arnold, Yaelle E. Bernstein, YuQuin Wen Bohannon, Evelyn Chan, Thomas J. Chloe, Evan M. Dashe, Joseph Gentzkow, Karen L. Juan, John P. Kindelin, Jackson Y. Kuo, Janice Luo, Gregory T. Montgomery, Lisa M. Morgado, Andrew J. Porubcan, Jing Tao, Takeo Uchida, Jason R. Walter, Chun Y. Zhang, Su Zheng. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 03/30/2012) |
| 04/02/2012 | 197 | JOINT SCHEDULING ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffsand Defendant. that:1. The close of the Expedited Discovery Period shall be May 18, 2012.2. Any discovery disputes related to the Expedited Discovery Period thatthe Parties cannot reso1ve are hereby referred to the Magistrate Judge.3. The Parties shall file summary judgment motions by May 25, 2012. 4. Oppositions to such motions shall be filed by June 15, 2012. 5. Replies shall be filed by June 29, 2012. Motions due by 5/25/2012. Responses due by 6/15/2012 Replies due by 6/29/2012. Discovery due by 5/18/2012. (Signed by Judge Colleen McMahon on 4/2/2012) (js) (Entered: 04/02/2012) |
| 04/02/2012 | 198 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by William L. Fine, Amy A. Hillenbrand, Stephanie N. Johnson, Benjamin Jurgens, Philip Mezheritsky. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/02/2012) |
| 04/03/2012 | 199 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Marc C. Abraham, Justin N. Beebe, Katherine M. Beebe (Pickert), Christine L. Blaylock, Gaelan Boss, Anna E. Broudy, Colleen M. Catalano, Eric Dickinson, Manal Elhag, John G. Estelle, John P. Harris, Andrea Henry (Speck), Jennifer L. Howell, John M. Jambers, Diana S. Johnston, James R. Kirihara, Julie M. Knight, David Koehler, Michael H. Lovecraft, Kevin (Keun) W. Pak, Matthew A. Pitetti, Christine A. Reed, Leigh Anne Rozycki, Megan P. Sato, Melissa Stokes, Matthew S. Taylor, Ken Ukai, Lazarus W. Vittas, Erin C. Walls, Dustin F. White. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) Modified on 5/22/2012 (kw). (Entered: 04/03/2012) |
| 04/03/2012 | 200 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Yim Chi Cheng, Virginia Grzenia, Pamela S. Lee, Natalie M. Marshall, Charles E. Mertz II, Jill N. Minshew, Shawn M. Parent, Robert G. Pyrz, Matthew Schwerin, Paul R. Scott, Richard S. Seger III, Sarah R. Sims, Uyen Tran. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/03/2012) |
| 04/04/2012 | 201 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Spiro M. Dounis, Paul Kreger, Leo A. Matz, Kin Kei Kevin Mok, Nicholas S. Winkler. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/04/2012) |
| 04/06/2012 | 202 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Myra S. Aslam, Charles Baumann, Stephen Boscola, Alison G. Brooks, Ryan D. Carr, Brian J. Cogley, Jessica R. Conway, Timothy DeLuca, Bobbie Jo Emond, Ashley E. Falter, David S. Guy, Tanya R. Mazakian, Megan L. Opsahl, Julian Paik, Jeffrey W. Paramore, Arpan Patel, Alana Perini, Lauren Plumley, David B. Reiter, Steven B. Russell, Jordan Samet, Ross Silverman, Matthew Skellan, Rachel A. Stuart, Gordon E. Walters, Peter W. Wong, Kevin W. Young. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/06/2012) |
| 04/09/2012 | 203 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Brian Ascencio, Kerri Blum, Kyle V. Brown, Thaddaeus M. Burgess, Nathan E. Carlton, Petruta L. Gantoi, Michael D. Gogolen, Rondal Harris, Jr., Tamara R. Hook, Michinori Kaneko, Sara Lee, Fadil Limani, Prparime Limani, Jennifer A. Matous, Sean A. McGovern, Brittany L. Pancheri, |

| | | |
|---|---|---|
| | | Kelly B. Posten, Jessica R. Preston, Thomas A. Reid, David Charles Robertson, Alison M. Rooney, Jillian Schlaud, Robert L. Schlaud, Jr., Jacob O. Tech, Justin M. Terzo, Wondirad A. Tsegaye, Edward A. Valentino, Christopher A. Welch, David C. Whitney, Andrew J. Zens. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/09/2012) |
| 04/09/2012 | 204 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by John C. Adrian, Kyle L. Alexander, Ailda Alushi, Charles W. Crawford, Erin Diffley, Jenni L. Dollahon, Holly C. Donley, Megan R. Gilbertson, Benjamin D. Goode, Erica A. Goode, Kara A. Paluch (Schroder), Danielle M. Roche (Duplessis), Lauren Sellari (Huff), Terese V. Strehlow, Katherine A. Sweet, Scott D. Unnerstall, Qiong Wang. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/09/2012) |
| 04/10/2012 | 205 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Lillian N. Fraguada Vializ. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/10/2012) |
| 04/11/2012 | 206 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Artsiom Anisko, Karishma Barua, Jiesi Chen, Shannon Comrie−Booth, Zachariah Cooper, Jeremy P. Dugan, Nathaniel Edelman, Edward A. Garcia, Keiko Hirakawa, Connie M. Hu, Bradley K. Jastrow, Xuejiao Jiang, Anthony Kimani, Emily Kupec, Samuel A. Kuznetzoff, Timothy D. Long, Michelle S. Luk, Timothy I. Miller, Mary E. Nadjarian, Kelly Price, Janette Ricks, Ivi Santoso, Bryan Schroeder, Alexandra K. Snukal, Young Tak Song, Shirley−May Soong, Mikiko Sugaya, Christine Sullivan (Fraga), James R. Taylor, Jennifer Thompson (Peter), Nestor Urita, Jr., Jay M. Verrill, Travis J. Viera, Winly Vuong, Valerie Ware, Angela Wen−an Yu, Denise Worsley, Jonathan W. Wright, Thomas X. Yao. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/11/2012) |
| 04/12/2012 | 207 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Xiaojuan Chen, Ebony Harris, James Rinaldi, Stacey M. Zafiroff. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/12/2012) |
| 04/13/2012 | 208 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Michael S. Becker, Jeffrey Bland, Adam L. Bockman, Ronak Brahmbhatt, Irina Brimmell, Kelvin G. Cheng, Meghan R. Cooper, Sean P. Fischer, Marcus A. Flynn, Sarah N. Harper, Paulette M. Heur, Loretta G. Hill, Kelsey E. Hofacer (Neel), Weili Hsu, David A. Johansson, Amanda K. Johnson, Robert D. Jones, Valerie T. Kaufman, Paul W. Kemp, Kevin D. Knipp, Merlyn A. Kushner, Adam D. Lake, Allison A. Leslie, Kang Li, Sara Maggio, Anne Male, Adam T. Marchant, Marissa Mayhorn, Terrance L. McKnight, Jonathan T. McPharlin, Robert J. Miranda, Kristen L. Muncie, Aliesha Nathu, Elizabeth A. Palmeri, Matthew C. Reighard, William B. Ross, Poonam Sakhrani, Elizabeth M. Simmons, Stephanie C. Snodgrass, Justin Spike, Saron H. Tegegne, Katie L. Thomas (Jackson), Maria G. Trujillo, Kiera J. Watson, Eric R. Wilson, Eric Yu. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/13/2012) |
| 04/16/2012 | 209 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Jeffrey W. Barlam, Matthew M. Clayton, Shelley Gulati, Christina Ruiz, Tyler J. Whitaker. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/16/2012) |
| 04/17/2012 | 210 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Amber M. Ahsmann (Golden), Margaret L. Aycock, Sarah N. Bocks, Mathew Brinsden, Jamie Buenzow, James A. Bumbulsky, Rinky Chopra, Kimberly C. Conner, Katie Cox (Westgard), Mark J. DeLuca, Anna C. Gullickson, Thomas Histed, Alyson P. LeDesky, Douglas D. Martine, Paul M. Mastarone, Rebecca J. Mastarone (Elliott), Craig McNeill, Pedro Laborde Muniz, Nichole A. Serino, Marc Jacob Shelton, Chau M. Ta, Evan L. Wilk, Megan Williams. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/17/2012) |
| 04/18/2012 | 211 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by David B. Bawel, Kingman Chan, Jr., Megan Erwin, Javonna E. James, Bradley T. Owens, Keith B. Papish, Lynn K. Spokas, Michael W. Truettner. |

| | | (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/18/2012) |
|---|---|---|
| 04/19/2012 | 212 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Benjamin B. Anderson, Scott Campobenedetto, Jenna N. Cofman, Michael Crnkovich, Faical Elhajjam, Bond N. Ferguson (Munson), Timothy D. Johnston, Bryan A. Keele, Davona Kelly, Yelena Kotsar, Constance Leung, Meng Lor, Sarah McCue. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/19/2012) |
| 04/20/2012 | 213 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Wassim Berro, Hector Estrada, Julian D. Lee. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/20/2012) |
| 04/23/2012 | 214 | ENDORSED LETTER addressed to Magistrate Judge James L. Cott from Steven T. Catlett dated 4/20/2012 re: The parties jointly request an informal conference with the Court pursuant to Local Rule 37.2 to discuss issues at the Court's earliest convenience. ENDORSEMENT: A conference will be held on May 3, 2012 at 3 p.m. Parties are to submit letters of no longer then 5 pages on the schedule proposed (i.e., plaintiffs' letter due by close of business on seventh business day before the conference and Defendants' submission due on third business day before the conference). Please contact Chambers to find out which Courtroom in which the conference will take place. ( Status Conference set for 5/3/2012 at 03:00 PM before Magistrate Judge James L. Cott.) (Signed by Magistrate Judge James L. Cott on 4/23/2012) (jfe) (Entered: 04/23/2012) |
| 04/23/2012 | 215 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Lauren Lippincott Darsey. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/23/2012) |
| 04/24/2012 | 216 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Kathleen M. Autry, Briana G. Bishop, Wendy R. Dalrymple, Edward Demone, Steven P. Duffy, Madison R. Duvall, Grace T. Gutberlet, Justin T. Maier, Bradley A. OMalley, Daniel Rex, Sarah J. Ross, Steven T. Shulthiess, Allison K. Slife (Hritz), Michelle L. Szames, Adrienne D. Tanker, Courtney Ann Wiegard. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/24/2012) |
| 04/25/2012 | 217 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Adam G. Avni, Elizabeth H. Cunningham, Pattanan Decharaveeroj, Melissa K. Langone, Meng–Lin (Mona) Lu, David C. Orasin, Holly M. Saxby (Sowersby), Daniel P. Thor, Kelly Yi. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/25/2012) |
| 04/26/2012 | 218 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Jillian M. McCool, Katsiaryna Tsybina. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/26/2012) |
| 04/26/2012 | 219 | ENDORSED LETTER addressed to Magistrate Judge James L. Cott from Justin M. Swartz dated 4/24/12 re: Counsel for the plaintiffs requests an extension of plaintiffs' time to submit a letter describing the discovery they seek to compel, from today to 4/27/12 at noon. Defendant consents to plaintiffs' request on the condition that the time to file their response letter is extended by one day, to 5/1/12. ENDORSEMENT: The request is granted. (Signed by Magistrate Judge James L. Cott on 4/26/2012) (mro) (Entered: 04/27/2012) |
| 04/27/2012 | 220 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Francis Adams, Hermine Barseghian, Jennifer K. Bauman, Allison Chen, Brandon Gemoll, Christine Ann Gibson, Alexander J. Gilbertson, John Steven Hilborn, Heidi Lynn Holmes, Connie Horng, David Kang, Carli Kisaba, Cristobal Lamas, Allison Leigh Moore, Austin R. Lewis, Brennan J. Maloney–Krips, Amanda J. Myers, Bryan Patrick Nelson, Eric M. Pannell, Cody Parker, Ankur B. Patel, Joel B. Rintoul, Brett I. Silverman, AnnMarie Stuart, Jovan Tucker, Alexander Vyshetsky, Ashley N. Westmoreland, Calvin Wu, Angela Yu. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/27/2012) |
| 04/27/2012 | 221 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Shahan Ahmed, Ronald F. Beck, T'Lane B. Briggeman, Teresa Carranza, Kristen Chong, Nicole C. Doran, Kunal Dudheker, |

| | | |
|---|---|---|
| | | Thomas Dufresne, Shane Huiberts, Robert Karr, Thomas P. Keegan, Rebecca A. Krammen, Monica L. Long, Shuang Lu, Keenan James McCullough, Trevor D. McKendrick, Kelly Meriano, Steven Murphey, Megumi Komiya Nakamura, Michelle Okabe, Nicholas A. Paonessa, Sean M. Paul, Neil Shah, Rayna J. Swanson, Thosana Tan, Sergey Tkachev, Tracie Togami, Krystle Tolentino, Moony C. Tong, Kenneth Ty, Stephen Van Lyon, Sarah Vanlandingham, Katrinaca E. Ware, Victoria E. Whelan. (Attachments: # 1 Exhibit A)(Sussman, Dana) (Entered: 04/27/2012) |
| 04/30/2012 | 222 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Selena R. Bailey, Colleen Brennan, Kristina M. Bross, Elizabeth D. Brown, Christopher J. Calvey, Lauren Danielle Caplan, Susan Chartier (Gomes), David E. Chinoski, Kristen M. Coulombe, Christine DeBonee (Labrie), Kristina Eng, Vincente Figueroa, Hayley L. Ford, Abby Griesedieck (Reeves), Dawson Hale, Jordan A. Handsaker, Caleb E. Hanson, Amanda S. Hoffman, Alaina Jo, Jeffery V. Kent, Jr., Kyle E. Langner, Reanna D. Leitaker, Michael L. Lembo, Edward H. Levy, Marvin K. Mayotte, Rachel N. Otley, Daniel Parks, Carol A. Parrish, David Piatek, Michael D. Pick, Yanina Reznikov, Marisa Salerno, Aubrey A. Schmidt, Lennon Smith, Eun Hye Sung, Thai Trinh, Shavon Tucker, Michael Vahidtari, Aiman M. Wahdan, Mathieu Weill, Geneva Wigfall, Matthew E. Wren, Dosanna Wu, Daniel Wullschleger. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 04/30/2012) |
| 05/01/2012 | 223 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Emily R. Boriack, Trent C. Brown, Connor Donnelly, Peter J. Helf, Chad B. Underwood. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/01/2012) |
| 05/02/2012 | 224 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Del Ciela Basilio, Emily Boeckmann, Sarah E. Callan Stanclift, Winnie Chan, Logan J. Christianson, Robert S. Chun, Adam D. Colba, Michael D. Coriell, Michael W. Derington, Michael J. Fedun, Brittany L. Fedun (Figliolino), Christopher M. Ferrell, Zeb F. High, Jr., Rachel Houdek, Preston Jeung, Sunita Kumar, Andrew V. Linville, Kevin M. McBride, Elijah McIntosh, Steven A. Mich, Eric Nowakowski, Stacie M. Onken, Yulia Shmatkova, Michael T. Storin, Adam Travis, Samantha Zimmer. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/02/2012) |
| 05/03/2012 | 225 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Justin B. Cook, Diana A. McArdle, Penelope Yurkovich (Normandin). (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/03/2012) |
| 05/03/2012 | 226 | STIPULATION REGARDING CERTAIN DISCOVERY MATTERS: IT IS HEREBY STIPULATED AND AGREED, that: KPMO need not produce information responsive to Plaintiffs' discovery requests by searching the email accounts or other electronically–stored information (which includes hard drives, network drives, flash drives, CD/DVD's, or other media for storing electronically–stored information) of Plaintiffs, Opt–Ina, or their individual performance managers/reviewers ("Plaintiff–Related ESI") during the Expedited Discovery Period. Plaintiff–Related ESI discovery is deferred until the Further Discovery Period without prejudice as further set forth within this Order. (Signed by Magistrate Judge James L. Cott on 5/3/2012) (jfe) (Entered: 05/04/2012) |
| 05/03/2012 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Status Conference held on 5/3/2012. (rjm) (Entered: 05/11/2012) |
| 05/04/2012 | 227 | CONSENT TO JOIN CLASS. Document filed by Maria del Mar Hernandez, Carmen M. Tellez, Megan E. Toms (Humber). (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/04/2012) |
| 05/07/2012 | 228 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 5/4/2012 re: counsel for plaintiffs respectfully requests that the deadline for the initial Expedited Discovery Period be extended to June 1, 2012. We also request that the summary judgment briefing schedule be moved forward two weeks, as follows: Summary judgment motions: June 8, 2012, Opposition briefs: June 29, 2012, Reply briefs: July 13, 2012. ENDORSEMENT: OK but no |

| | | |
|---|---|---|
| | | further extensions., ( Motions due by 6/8/2012., Responses due by 6/29/2012, Replies due by 7/13/2012., Discovery due by 6/1/2012.) (Signed by Judge Colleen McMahon on 5/7/2012) (pl) (Entered: 05/07/2012) |
| 05/07/2012 | 229 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Aaron D. Goodman, Clayton J. Huffman, Ryan J. Keys, Sakina Khan, Xiu T. Khaw, Elizabeth Reisman, David D. Thomas. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/07/2012) |
| 05/08/2012 | 230 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Lisa A. Bland (Horton), Kristen N. Kelly, Melissa McQueen Curl, Meredith Rogers (McCarthy), Ryan M. Swaner. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/08/2012) |
| 05/09/2012 | 231 | TRANSCRIPT of Proceedings re: ARGUMENT held on 5/3/2012 before Magistrate Judge James L. Cott. Court Reporter/Transcriber: Linda Fisher, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/4/2012. Redacted Transcript Deadline set for 6/14/2012. Release of Transcript Restriction set for 8/10/2012.(McGuirk, Kelly) (Entered: 05/09/2012) |
| 05/09/2012 | 232 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 5/3/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 05/09/2012) |
| 05/09/2012 | 233 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Julia Abbott, Stephanie M. Aldecoa, Kimberly Argy, Lisa M. Baker, Jessica R. Beckendorf, Joelle M. Brown, Ross Bruening, Jonathan W. Cadwell, David C. Carley, Christine Chiaramonte, Andrew J. Choly, Michael Deter, Nicholas A. Ebersole, Rachel M. English, Sara R. Floreani, Santo S. Gramando III, David Ha, Dalia Klimkowski, Mark Kramer, Christopher K. Lee, Yu Jin Lee, Lucorin J. Mathis, Anthony J. Matulac, Daniel T. McNevin, Kristina Mendez, Amanda Menniti, Joey Rodriguez, Ian A. Ruddock, Daniel R. Sabet, Mia K. Sails, Katrin D. Salta, Fatima Sediqzad, Jeevanjit Singh, Crena E. Sprague, Christopher I. Strother, David Suh, Thomas R. Tarsitano, Edmund Tong, Guillermo E. Trigo–Mendez, Ny–Liang Wang, Richard L. Ward, Alexandra Wittenberger (Bakamus), Billy R. Wleczyk, Erica Yamamoto, Carolyn Yip, Huifang Zhu, Jan–Michael de Vera. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) Modified on 5/22/2012 (kw). (Entered: 05/09/2012) |
| 05/11/2012 | 234 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by David P. Grimner, Ronald Karroll, Jr., Matthew A. LaPointe, Jonathan D. Leins, Jacob R. Linville, Ryan Meals, Yuliana Ruff, James K. Russell, Jason Sattar, Noah Sullum. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/11/2012) |
| 05/14/2012 | 235 | SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Colleen McMahon on 5/14/2012) (lmb) (Entered: 05/14/2012) |
| 05/14/2012 | 236 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Nabin Banskota, Theresa Khuu, Samantha M. Snyder (Lance). (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/14/2012) |
| 05/15/2012 | 237 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b).. Document filed by Juan P. Barajas, Matthew Birmingham, Christopher L. Burgess, Phillip M. Heu–Weller, Tuan Pham, Ronnie Zabiguy. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/15/2012) |
| 05/15/2012 | 238 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Daniel Colvin. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A)(Sussman, Dana) (Entered: 05/15/2012) |
| 05/16/2012 | 239 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Adesuwa Asemota, Kerry Ann Berg, Ashley Billinger, Daniel Chen, Kelly A. Clark, Jeromy R. Davenport, Mark A. DeBonee, Cristina Marie Del Buono, Stephen F. Endres, Erin M. Everly, Tomoko Furukawa, Andrew J. Gallegos, Rachel L. Guild, Tameka L. Hammond, Andrew Hardy, Dayna E. Kitter, Neil L. Korotkin, Vanyna M. Louis, Katlin A. Mick, Megan Orr, Christen A. Page, Robert M. Petersen, Anton Samrai, Sean Schram, Jennifer D. Sing, Brian D. Stock, Katherine L. Thompson, Ashley M. Turner, Saul Verbera, Jenniffer Vielman–Vasquez. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/16/2012) |
| 05/16/2012 | 240 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Richard Armstead, Erica Barham, Diego A. Bello, Matthew T. Haines, Amanda B. Kane, Carly N. Kintzing, Kevin M. Olkowski, Maria Rivera, Stephanie T. Unkart. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/16/2012) |
| 05/18/2012 | 241 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Maya Abdulkarim, Kenji Nonaka, Robert Vidal III. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) Modified on 5/22/2012 (kw). (Entered: 05/18/2012) |
| 05/21/2012 | 242 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Myla N. Chatman, Zhanna A. Freeman, Sumiah A. Jaber, Sarah Koneman, Vivian K. Lau, Daniel McCormick, Sandra Rak, David C. Scott, Brian Shaw, Derek P. Snikeris, Ryan M. Spurlock, Kumiko Tanaka, Ellen Volodarsky. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/21/2012) |
| 05/21/2012 | 243 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Kristie Davis Zapf, Amira Moris Farag–Beshay, Heather L. Hall, Mathew S. Hanley, Francine Hoyle, Lauren E. Inscho, Jennifer Kline, Daniel J. Robertson, Maureen E. Scarff, Anita J. Tse, Munehiko Yuzawa. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/21/2012) |
| 05/22/2012 | 244 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Kyle L. Fletcher, Olga V. Ivanova–Mendez, Ignatius Jackson, Sean McKenna. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/22/2012) |
| 05/23/2012 | 245 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Sharon Brickman, Noelle M. Carlo, Christopher R. Dotson, Cara S. Grieco, Jennifer H. Heist, James D. McClelland, Jr., Lauren A. Morris, Derek W. Richardson, Eric Yee. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/23/2012) |
| 05/24/2012 | 246 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Ashley Brooke Strobel, Jessica Marie Bushey, Elizabeth Cho, Mai Endo, Shawn L. Hatfield, Gabriel Kangas, Anthony K. Lagat, Lauren C. Thornton, Michael Welton. (Attachments: #1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/24/2012) |
| 05/25/2012 | 247 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Reuben Abitbol, Ari Michael Baruch, Theophilos S. Constantinou, Lisa M. Deane, Matthew R. Griffin, Joseph Kaufman, Leslie Keathley, Stacy McGoldrick, Chengcheng Shi, Kristine P. Somera, Jill Leah Stanley, Annette Sabrina Williams. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/25/2012) |
| 05/25/2012 | 248 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Bethany N. Adams, Charles Conrad Boettger, Shawn O. Gillespie, Marina Kalan, Andrew John Leavitt, Albert Li, Sarah L. Luna, Jeffrey P. McNerney, Karen Meyers, Jennifer Rios, Jessica H. Schatz, Lily Situ, Heidi Smilde, Zhen Su, Philip Twede, Flora Kang–Jung Wang, Hua–Jung Yu. (Attachments: #1 Exhibit A)(Sussman, Dana) (Entered: 05/25/2012) |

| 05/29/2012 | 249 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Nathan Andrew Bell, Kristen Burbank, Michael Dean Davis, David Edward Feldman, Leigh Geist, Muhammad Umar Hamid, Katherine Anne Kilgore, Charity Nicole Lee, LaCresha Eronne Millner, Anthony Sassali, Ryan Strout, Daniel Hadi Tabib, Robert C. Thayer, Lina Wang, Angela Guerrero Willhoft. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/29/2012) |
|---|---|---|
| 05/29/2012 | 250 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Tania Rhanda Ahmad, Hussein Salim Allibhai, Aubrey Marie Bickmore Neeley, Heather L. Boring, Mark Preston Brough, Andre Comparini, Brittany Nicole Lay, Gregory Alan Morse, Stephanie Pham, Randy R. Placzek, Robert Redling, Amanda Shatzman, Adam Joseph Van De leuv, Karima Warner, Dylan Williams. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/29/2012) |
| 05/29/2012 | 251 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Henry Ymas Crockerham Jr., Leslie Ellen Davis, John DeVecchi Jr., Ashley Rosanne Dwyer, Kevin Joseph Hannan, Amy Hertz, Jing Huang, Mohsan Khan, Lap Shun Ko, Erika Ryan Larson, Peggy Liu, Patrick J. McCadden, Robert M. Merenda Jr., Nitin Mundra, Jared Paul Neeley, Chen Ni, Christina Marjorie Panageotou, Heather R. Rogers, Philip Tuinuku Smith, Kyle Vitale. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/29/2012) |
| 05/29/2012 | 252 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by William J. Cash, Josef H. Farbstein, Omar J. Nieves. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/29/2012) |
| 05/30/2012 | 253 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Jenna L. Anderson, Christopher D. Bushey, Joon Hwan Byun, Urim Choi, Andrew T. Cox, David Freund, Patrick J. Garbani, Jason Huisman, John Lavin, Jeanette L. Peck, Jonathan Poldan, Jeffrey T. Wong, Anthony C. Zaccarelli. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/30/2012) |
| 05/31/2012 | 254 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Brooke A. Ballance, Kevin Bekas, Emily Barzee Herrick, Taeook Kwon, Trisha Lewis Martin, Erik H. Olsgaard, Vincent Pisano, Colin Shinners, Satomi Takahashi, Ashley Tinnirella, Priya Vasudevan. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 05/31/2012) |
| 06/04/2012 | 255 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Obianuju Linda–Mary Ekwegbalu. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 06/04/2012) |
| 06/04/2012 | 256 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 6/1/2012 re: We write to respectfully request a one–week extension of Plaintiffs' deadline to file their motion for summary judgment from June 8 to June 15, 2012. ENDORSEMENT: No extension meant no extension. (Signed by Judge Colleen McMahon on 6/4/2012) (lmb) (Entered: 06/04/2012) |
| 06/04/2012 | 257 | ENDORSED LETTER addressed to Judge Colleen McMahon from Colleen M. Kenney dated 6/4/2012 re: We represent the Defendant KPMG LLP ("KPMG") in the above–entitled action. We write to respectfully request that the Court deny Plaintiffs' request for a second extension of the deadline to file their motion for summary judgment. The parties knew of the schedule and circumstances of which Plaintiffs now complain when the Court granted the prior extension request and ordered that there be "no further extensions" (ECF No. 228). ENDORSEMENT: No extensions received. The end. (Signed by Judge Colleen McMahon on 6/4/2012) (lmb) (Entered: 06/04/2012) |
| 06/05/2012 | 258 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 5/31/12 re: Counsel for the plaintiffs writes in response to the two times that defendants have accused them of not telling the truth in their letters today. Counsel also states that on June 1 they wrote to request a one week extension of time to move for summary judgment; counsel has also requested a ten page extension of the 25 page limit for summary judgment. ENDORSEMENT: My ruling does not rest on the "in fighting" or "truth telling." It rests on the fact that I |

| | | said no more extensions a month ago and I meant it. This motion is supposed to test whether there is a simple way to deal with what will otherwise be a complex lawsuit. I want it done simply. (Signed by Judge Colleen McMahon on 6/5/2012) (mro) Modified on 6/6/2012 (mro). (Entered: 06/05/2012) |
|---|---|---|
| 06/05/2012 | 259 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Michael A. Levin. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 06/05/2012) |
| 06/06/2012 | 260 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 6/4/2012 re: Request for a 10 page extension of the 25 page limit to Plaintiffs' brief in support of summary judgment. ENDORSEMENT: Good grief. Yes, take the 10 pages. (Signed by Judge Colleen McMahon on 6/5/2012) (rjm) (Entered: 06/06/2012) |
| 06/07/2012 | 261 | MOTION for Wesley D. Felix to Withdraw as Attorney. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 06/07/2012) |
| 06/07/2012 | 262 | NOTICE OF APPEARANCE by Gregory Gil Ballard on behalf of KPMG LLP (Ballard, Gregory) (Entered: 06/07/2012) |
| 06/07/2012 | 263 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by David B. Landrum, Miki Nakazawa, Steven G. Ohl. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 06/07/2012) |
| 06/08/2012 | 264 | MOTION for Summary Judgment. Document filed by KPMG LLP. Responses due by 6/29/2012 Return Date set for 7/13/2012 at 12:00 AM.(Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 265 | MEMORANDUM OF LAW in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 266 | RULE 56.1 STATEMENT. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 267 | DECLARATION of Eileen M. Walsh in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A–II)(Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 268 | DECLARATION of David Butler in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 269 | DECLARATION of Jennifer Altfeld Landau in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Landau, Jennifer) (Entered: 06/08/2012) |
| 06/08/2012 | 270 | MOTION for Summary Judgment. Document filed by Kyle Pippins, Jamie Schindler. Responses due by 6/29/2012 Return Date set for 7/13/2012 at 12:00 AM.(Swartz, Justin) (Entered: 06/08/2012) |
| 06/08/2012 | 271 | RULE 56.1 STATEMENT. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 06/08/2012) |
| 06/09/2012 | 272 | MEMORANDUM OF LAW in Support re: 270 MOTION for Summary Judgment.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 06/09/2012) |
| 06/09/2012 | 273 | DECLARATION of Justin M. Swartz in Support re: 270 MOTION for Summary Judgment.. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 |

| | | |
|---|---|---|
| | | Exhibit Q, #_18 Exhibit R, #_19 Exhibit S, #_20 Exhibit T, #_21 Exhibit U, #_22 Exhibit V, #_23 Exhibit W, #_24 Exhibit X, #_25 Exhibit Y, #_26 Exhibit Z, #_27 Exhibit AA, #_28 Exhibit BB, #_29 Exhibit CC, #_30 Exhibit DD, #_31 Exhibit EE, #_32 Exhibit FF, #_33 Exhibit GG, #_34 Exhibit HH, #_35 Exhibit II, #_36 Exhibit JJ (Part 1 of 2), #_37 Exhibit JJ (Part 2 of 2), #_38 Exhibit KK, #_39 Exhibit LL, #_40 Exhibit MM, #_41 Exhibit NN, #_42 Exhibit OO, #_43 Exhibit PP, #_44 Exhibit QQ, #_45 Exhibit RR, #_46 Exhibit SS, #_47 Exhibit TT, #_48 Exhibit UU, #_49 Exhibit VV, #_50 Exhibit WW (Part 1 of 3), #_51 Exhibit WW (Part 2 of 3), #_52 Exhibit WW (Part 3 of 3), #_53 Exhibit XX, #_54 Exhibit YY, #_55 Exhibit ZZ, #_56 Exhibit AAA, #_57 Exhibit BBB, #_58 Exhibit CCC (Part 1 of 8), #_59 Exhibit CCC (Part 2 of 8), #_60 Exhibit CCC (Part 3 of 8), #_61 Exhibit CCC (Part 4 of 8), #_62 Exhibit CCC (Part 5 of 8), #_63 Exhibit CCC (Part 6 of 8), #_64 Errata CCC (Part 7 of 8), #_65 Exhibit CCC (Part 8 of 8), #_66 Exhibit DDD, #_67 Exhibit EEE, #_68 Exhibit FFF, #_69 Exhibit GGG, #_70 Exhibit HHH, #_71 Exhibit III, #_72 Exhibit JJJ)(Swartz, Justin) (Entered: 06/09/2012) |
| 06/11/2012 | 274 | MEMO ENDORSEMENT granting 261 Motion to Withdraw as Attorney: So ordered. Attorney Wesley D. Felix terminated. (Signed by Judge Colleen McMahon on 6/11/2012) (lmb) (Entered: 06/11/2012) |
| 06/15/2012 | 275 | MOTION for Steven T. Catlett to Withdraw as Attorney. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 06/15/2012) |
| 06/15/2012 | 276 | MOTION for Douglas R. Hart to Appear Pro Hac Vice. Document filed by KPMG LLP.(pgu) (Entered: 06/18/2012) |
| 06/18/2012 | 277 | MOTION FOR ADMISSION PRO HAC VICE granting 276 Motion for Douglas R. Hart to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 6/18/2012) (lmb) (Entered: 06/18/2012) |
| 06/19/2012 | 278 | MEMO ENDORSEMENT granting 275 Motion for Steven T. Catelett to Withdraw as Attorney. ENDORSEMENT: So ordered. Attorney Steven T. Catlett terminated. (Signed by Judge Colleen McMahon on 6/19/2012) (mro) (Entered: 06/19/2012) |
| 06/19/2012 | 279 | ENDORSED LETTER addressed to Judge Colleen McMahon from Michael C. Kelley dated 6/18/12 re: Counsel for the defendant writes to provide the Court with a copy of KPMG's Responses to plaintiffs' First Set of Requests for Admission. Counsel requests that the Court accept these late responses. ENDORSEMENT: I will accept them. I ask that plaintiff's counsel not engage in a letter war. I will not change my mind. (Signed by Judge Colleen McMahon on 6/19/2012) (mro) (Entered: 06/19/2012) |
| 06/21/2012 | | CASHIERS OFFICE REMARK on 276 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 06/15/2012, Receipt Number 1041184. (jd) (Entered: 06/21/2012) |
| 06/22/2012 | 280 | MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order*. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 06/22/2012) |
| 06/22/2012 | 281 | MEMORANDUM OF LAW in Support re: 280 MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order.*. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/22/2012) |
| 06/22/2012 | 282 | DECLARATION of Eileen M. Walsh in Support re: 280 MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order.*. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/22/2012) |
| 06/22/2012 | 283 | DECLARATION of Jennifer Altfeld Landau in Support re: 280 MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order.*. Document filed by KPMG LLP. (Attachments: #_1 Exhibit A, #_2 Exhibit Replacement B)(Landau, Jennifer) (Entered: 06/22/2012) |
| 06/29/2012 | 284 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE F.L.S.A., 29 U.S.C. § 216(b). Document filed by Jennifer Bai, Kyle Baker, Felicia Brenner, Christopher Cacanindin, Patrick Chan, Edward Freiwald, Bryan Goldfinger, Stephen Herzweig, Ashley Johnson, Leslie Jordan, Andrew Katz, Lauryn King, Jeffrey Koslow, Thu Lam, Li Liu, Heather Moreland, Keturah Moss, Olutosin Okunoren, Constance Onyiah, Robert Pabst, Antoine Raie, Mathew Roppo, Anna |

| | | Sheynkman Gorin, Melanie So, Bryan Staniszewski, Brett Stieglitz, Jessica Vavithes, Julie Wilson. (Attachments: #_1 Exhibit A)(Wagoner, Elizabeth) (Entered: 06/29/2012) |
|---|---|---|
| 06/29/2012 | 285 | MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission*. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 06/29/2012) |
| 06/29/2012 | 286 | MEMORANDUM OF LAW in Support re:_285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission.*. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 06/29/2012) |
| 06/29/2012 | 287 | DECLARATION of Elizabeth Wagoner in Support re:_285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission.*. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: #_1 Exhibit 1 (Part 1 of 2), #_2 Exhibit 1 (Part 2 of 2), #_3 Exhibit 2, #_4 Exhibit 3, #_5 Exhibit 4)(Wagoner, Elizabeth) (Entered: 06/29/2012) |
| 06/29/2012 | 288 | MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)*. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 06/29/2012) |
| 06/29/2012 | 289 | MEMORANDUM OF LAW in Support re:_288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)*. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 06/29/2012) |
| 06/29/2012 | 290 | DECLARATION of Justin M. Swartz in Support re:_288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)*. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E (Part 1 of 2), #_6 Exhibit E (Part 2 of 2), #_7 Exhibit F, #_8 Exhibit G, #_9 Exhibit H)(Swartz, Justin) (Entered: 06/29/2012) |
| 06/29/2012 | 291 | MEMORANDUM OF LAW in Opposition re:_270 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/29/2012) |
| 06/29/2012 | 292 | COUNTER STATEMENT TO_271 Rule 56.1 Statement. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 06/29/2012) |
| 06/29/2012 | 293 | DECLARATION of Jennifer Altfeld Landau in Opposition re:_270 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C, #_4 Exhibit D, #_5 Exhibit E, #_6 Exhibit F, #_7 Exhibit G, #_8 Exhibit H, #_9 Exhibit I, #_10 Exhibit J, #_11 Exhibit K, #_12 Exhibit L, #_13 Exhibit M, #_14 Exhibit N, #_15 Exhibit O, #_16 Exhibit P, #_17 Exhibit Q, #_18 Exhibit R, #_19 Exhibit S, #_20 Exhibit T, #_21 Exhibit U, #_22 Exhibit V, #_23 Exhibit W)(Landau, Jennifer) (Entered: 06/29/2012) |
| 06/29/2012 | 294 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #300) –** COUNTER STATEMENT TO_266 Rule 56.1 Statement. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) Modified on 7/12/2012 (ldi). (Entered: 06/29/2012) |
| 06/29/2012 | 295 | DECLARATION of Rachel Bien in Opposition re:_264 MOTION for Summary Judgment.. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: #_1 Exhibit KKK, #_2 Exhibit LLL, #_3 Exhibit MMM, #_4 Exhibit NNN, #_5 Exhibit OOO, #_6 Exhibit PPP, #_7 Exhibit QQQ)(Bien, Rachel) (Entered: 06/29/2012) |
| 06/29/2012 | 296 | MEMORANDUM OF LAW in Opposition re:_264 MOTION for Summary Judgment.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 06/29/2012) |
| 07/03/2012 | 297 | STIPULATION REGARDING CERTAIN DISCOVERY MATTERS: Plaintiffs and KPMG stipulate to guidelines governing discovery. (Signed by Judge Colleen McMahon on 7/3/2012) (jar) (Entered: 07/03/2012) |

| | | |
|---|---|---|
| 07/09/2012 | 298 | STIPULATION AND ORDER REGARDING LATE OPT–INS: IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and KPMG, that: 1. Consents to join for the Late Opt–Ins may be filed in this matter subject to the following: a. The issue of whether the tolling of the statute of limitations ordered by the Court on April 15, 2011 will apply to these claims will be deferred for later resolution–either by agreement of the Parties or motion practice (if necessary) after the Court's resolution of the Parties' pending motions for summary judgment; b. the Late Opt–Ins will be deemed to have asserted claims as of the date that their consents to join are filed, such that they will be no worse off vis a vis the limitations period other than if they filed an independent action on the same date. 2. The provisions of the Stipulation Regarding Late Opt–Ins will be applicable to any individual that has filed a late consent to join this matter as a Party Plaintiff on or before July 6, 2012. No additional late consents to join will be permitted after this date absent agreement of the parties and the Court's permission. (Signed by Judge Colleen McMahon on 7/9/2012) (mro) (Entered: 07/09/2012) |
| 07/09/2012 | 299 | CONSENT TO JOIN CLASS. Document filed by Melissa Brownfield (Luiso), Jamelle A. Nelson. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 07/09/2012) |
| 07/10/2012 | 300 | COUNTER STATEMENT TO 266 Rule 56.1 Statement. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/10/2012) |
| 07/12/2012 | 301 | REPLY MEMORANDUM OF LAW in Support re: 280 MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/12/2012) |
| 07/13/2012 | 302 | MOTION for Protective Order *SEALING CERTAIN PLEADINGS, TESTIMONY AND EXHIBITS*. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 303 | REPLY MEMORANDUM OF LAW in Support re: 270 MOTION for Summary Judgment.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/13/2012) |
| 07/13/2012 | 304 | MEMORANDUM OF LAW in Support re: 302 MOTION for Protective Order *SEALING CERTAIN PLEADINGS, TESTIMONY AND EXHIBITS*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 305 | DECLARATION of JENNIFER ALTFELD LANDAU in Support re: 302 MOTION for Protective Order *SEALING CERTAIN PLEADINGS, TESTIMONY AND EXHIBITS*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 306 | MOTION to Strike Document No. 292 *Notice of Plaintiffs' Motion to Strike Portions of Defendants' Response to Plaintiffs' 56.1 Statement*. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 07/13/2012) |
| 07/13/2012 | 307 | MEMORANDUM OF LAW in Support re: 306 MOTION to Strike Document No. 292 *Notice of Plaintiffs' Motion to Strike Portions of Defendants' Response to Plaintiffs' 56.1 Statement*.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/13/2012) |
| 07/13/2012 | 308 | MEMORANDUM OF LAW in Opposition re: 285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 309 | DECLARATION of JENNIFER ALTFELD LANDAU in Opposition re: 285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 310 | MEMORANDUM OF LAW in Opposition re: 288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/13/2012) |

| 07/13/2012 | 311 | DECLARATION of COLLEEN M. KENNEY in Opposition re: 288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 312 | REPLY MEMORANDUM OF LAW in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 313 | REPLY re: 300 Counter Statement to Rule 56.1 *and Statement of Additional Undisputed Material Facts, Filed in Support of KPMG LLP's Motion for Summary Judgment*. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/13/2012) |
| 07/13/2012 | 314 | DECLARATION of Jennifer Altfeld Landau in Support re: 264 MOTION for Summary Judgment.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Landau, Jennifer) (Entered: 07/13/2012) |
| 07/19/2012 | 315 | MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 07/19/2012) |
| 07/19/2012 | 316 | MEMORANDUM OF LAW in Support re: 315 MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*. MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/19/2012) |
| 07/20/2012 | 317 | REPLY MEMORANDUM OF LAW in Support re: 285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission..* Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/20/2012) |
| 07/20/2012 | 318 | REPLY MEMORANDUM OF LAW in Support re: 288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)..* Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 07/20/2012) |
| 07/27/2012 | 319 | MEMORANDUM OF LAW in Opposition re: 306 MOTION to Strike Document No. 292 *Notice of Plaintiffs' Motion to Strike Portions of Defendants' Response to Plaintiffs' 56.1 Statement*., 315 MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*. MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/27/2012) |
| 07/27/2012 | 320 | MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits*. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 07/27/2012) |
| 07/27/2012 | 321 | MEMORANDUM OF LAW in Support re: 320 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits..* Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 07/27/2012) |
| 07/27/2012 | 322 | DECLARATION of Jennifer Altfeld Landau in Support re: 320 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits..* Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Landau, Jennifer) (Entered: 07/27/2012) |

| 08/02/2012 | 323 | REPLY MEMORANDUM OF LAW in Support re: 302 MOTION for Protective Order *SEALING CERTAIN PLEADINGS, TESTIMONY AND EXHIBITS*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 08/02/2012) |
|---|---|---|
| 08/03/2012 | 324 | REPLY MEMORANDUM OF LAW in Support re: 306 MOTION to Strike Document No. 292 *Notice of Plaintiffs' Motion to Strike Portions of Defendants' Response to Plaintiffs' 56.1 Statement*., 315 MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*. MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts*.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 08/03/2012) |
| 08/09/2012 | 325 | MOTION to Certify Class. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 08/09/2012) |
| 08/09/2012 | 326 | MEMORANDUM OF LAW in Support re: 325 MOTION to Certify Class.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 08/09/2012) |
| 08/09/2012 | 327 | DECLARATION of Rachel Bien in Support re: 325 MOTION to Certify Class.. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC)(Bien, Rachel) (Entered: 08/09/2012) |
| 08/13/2012 | 328 | REPLY MEMORANDUM OF LAW in Support re: 320 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 08/13/2012) |
| 08/16/2012 | 329 | ENDORSED LETTER addressed to Judge Colleen McMahon from Colleen M. Kenney dated 8/13/12 re: Counsel writes to request that the Court defer the briefing on the class certification motion until after it has ruled on the parties' pending motions for summary judgment. ENDORSEMENT: The briefing schedule stays as it is. (Signed by Judge Colleen McMahon on 8/15/2012) (mro) (Additional attachment(s) added on 9/11/2012: # 1 Letter) (mde). (Entered: 08/16/2012) |
| 08/22/2012 | 330 | MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits*. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 08/22/2012) |
| 08/22/2012 | 331 | MEMORANDUM OF LAW in Support re: 330 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 08/22/2012) |
| 08/22/2012 | 332 | DECLARATION of Jennifer Altfeld Landau in Support re: 330 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Landau, Jennifer) (Entered: 08/22/2012) |
| 08/23/2012 | 333 | MEMORANDUM OF LAW in Opposition re: 325 MOTION to Certify Class. *and Appointment of Class Counsel*. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 08/23/2012) |
| 08/23/2012 | 334 | DECLARATION of Jennifer Altfeld Landau in Opposition re: 325 MOTION to Certify Class.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Landau, Jennifer) (Entered: 08/23/2012) |
| 08/23/2012 | 335 | DECLARATION of Colleen M. Kenney in Opposition re: 325 MOTION to Certify Class.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Landau, Jennifer) (Entered: 08/23/2012) |

| 08/23/2012 | 336 | DECLARATION of Eileen M. Walsh in Opposition re: 325 MOTION to Certify Class.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Redacted))(Landau, Jennifer) (Entered: 08/23/2012) |
|---|---|---|
| 08/30/2012 | 337 | REPLY MEMORANDUM OF LAW in Support re: 325 MOTION to Certify Class.. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 08/30/2012) |
| 08/30/2012 | 338 | DECLARATION of Rachel Bien in Support re: 325 MOTION to Certify Class.. Document filed by Kyle Pippins, Jamie Schindler. (Attachments: # 1 Exhibit DD, # 2 Exhibit EE, # 3 Exhibit FF, # 4 Exhibit GG, # 5 Exhibit HH, # 6 Exhibit II, # 7 Exhibit JJ, # 8 Exhibit KK)(Bien, Rachel) (Entered: 08/30/2012) |
| 09/04/2012 | 339 | MOTION for Protective Order *Sealing Certain Exhibits*. Document filed by KPMG LLP.(Landau, Jennifer) (Entered: 09/04/2012) |
| 09/04/2012 | 340 | MEMORANDUM OF LAW in Support re: 339 MOTION for Protective Order *Sealing Certain Exhibits*.. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 09/04/2012) |
| 09/04/2012 | 341 | DECLARATION of Jennifer Altfeld Landau in Support re: 339 MOTION for Protective Order *Sealing Certain Exhibits*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A)(Landau, Jennifer) (Entered: 09/04/2012) |
| 09/06/2012 | 342 | NOTICE of Revocation of Consent to Join. Document filed by Brian Ascencio, Leslie L Perrine, Michael Welton, Rena Zarah. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 09/06/2012) |
| 09/06/2012 | 343 | ENDORSED LETTER addressed to Judge Colleen McMahon from J. Landau, Sidley Austin dated 9/4/2012 re: Courtesy copies of KPMG's motion for a protective order. ENDORSEMENT: Counsel: Is there opposition to either of KPMG's pending protective order motions? (Signed by Judge Colleen McMahon on 9/6/2012) (cd) Modified on 9/10/2012 (cd). (Entered: 09/06/2012) |
| 09/10/2012 | 344 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 9/7/2012 re: We write in response to the Court's question in its letter endorsement of yesterday – whether there is opposition to KPMG's pending protective order motions. ENDORSEMENT: Conference case. Meanwhile KPMG should file motion papers under seal so I can get started on them. But that should not be interpreted as a finding that confidentiality is appropriate. (Signed by Judge Colleen McMahon on 9/10/2012) (lmb) (Entered: 09/10/2012) |
| 10/10/2012 | 345 | MEMO ENDORSEMENT ON NOTICE OF PLAINTIFFS' MOTION FOR DISCOVERY IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d): denying 288 Motion for Discovery. ENDORSEMENT: Denied, without prejudice. There will be plenty of opportunity for discovery if the summary judgment motions are inconclusive.(Signed by Judge Colleen McMahon on 10/10/2012) (djc) (Entered: 10/10/2012) |
| 10/10/2012 | 346 | MEMO ENDORSEMENT ON NOTICE OF PLAINTIFFS' MOTION REGARDING THE SUFFICIENCY OF DEFENDANT'S ANSWERS TO CERTAIN REQUESTS FOR ADMISSIONS: denying 285 Motion to Comply. ENDORSEMENT: Motion Denied. (Signed by Judge Colleen McMahon on 10/10/2012) (djc) (Entered: 10/10/2012) |
| 10/18/2012 | 347 | STIPULATION AND ORDER REGARDING LATE OPT INS: IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and KPMG, that: 1. Consents to join for the Late Opt–Ins may be filed in this matter subject to the following: a. The issue of whether the tolling of the statute of limitations ordered by the Court on April 15, 2011 will apply to these claims will be deferred for later resolution– either by agreement of the Parties or motion practice (if necessary) after the Court's resolution of the Parties' pending motions for summary judgment. b. The Late Opt–Ins will be deemed to have asserted claims as of the date that their consents to join are filed, such that they will be no worse off vis a vis the limitations period than if they filed an independent action on the same date. 2. The provisions of the [Proposed] Stipulation Regarding La~e Opt–Ins will be applicable to any individual that has tiled a late consent to join this matter as a Party Plaintiff on or before October 23, 2012. No additional late consents to join |

| | | will be PERMITTED after this date absent agreement of the parties and the Court's permission (Signed by Judge Colleen McMahon on 10/18/2012) (js) (Entered: 10/18/2012) |
|---|---|---|
| 10/18/2012 | 348 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. § 216(b). Document filed by Samantha Anderegg–Botichi, Tia Alisha Finn, Michael Addison Harris, Kei Kuramoto, Hui Shan See. (Attachments: # 1 Exhibit A)(Wagoner, Elizabeth) (Entered: 10/18/2012) |
| 11/30/2012 | 349 | DECISION GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DISMISSING PLAINTIFFS' FLSA CLAIMS WITH PREJUDICE, DISMISSING PLAINTIFFS' STATE LAW CLAIMS WITHOUT PREJUDICE: ORDER finding as moot 264 Motion for Summary Judgment; granting 270 Motion for Summary Judgment; finding as moot 280 Motion to Seal; finding as moot 302 Motion for Protective Order. ; finding as moot 306 Motion to Strike ; finding as moot 315 Motion to Strike ; finding as moot 320 Motion for Protective Order. ; finding as moot 325 Motion to Certify Class; finding as moot 330 Motion for Protective Order. ; finding as moot 339 Motion for Protective Order.. KPMG'S motion for summary judgment dismissing this case is Granted. All other pending motions are denied as moot. The Clerk of the Court is directed to enter judgment for defendant dismissing this action and to close the file. (Signed by Judge Colleen McMahon on 11/29/2012) Copies Sent By Chambers. (ama) (Entered: 11/30/2012) |
| 11/30/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: 349 Order on Motion for Summary Judgment,, Order on Motion to Seal, Order on Motion for Protective Order, Order on Motion to Strike, Order on Motion to Certify Class, to the Judgments and Orders Clerk. (ama) (Entered: 11/30/2012) |
| 12/11/2012 | 350 | ENDORSED LETTER addressed to Judge Colleen McMahon from Justin M. Swartz dated 12/10/2012 re: Request for a conference. ENDORSEMENT: There is no need for a conference. I am not modifying my prior order. Until the appeal is decided, KPMG maintain the information. (Signed by Judge Colleen McMahon on 12/11/2012) (cd) (Entered: 12/11/2012) |
| 12/12/2012 | 351 | ENDORSED LETTER addressed to Judge Colleen McMahon from Jennifer Altfeld Landau dated 12/11/2012 re: Counsel for Defendant respectfully requests Your Honor to transfer the costs of hard drive preservation to Plaintiffs pending any appeal and to refer to Magistrate Judge Cott the question of how much in costs should be shifted and whether some of the prospective costs can be reduced. ENDORSEMENT: I will however, entertain an order to transfer the cost. (Signed by Judge Colleen McMahon on 12/11/2012) (pl) (Entered: 12/12/2012) |
| 12/19/2012 | 352 | SCHEDULING ORDER: Last, if you can find cases that address who should bear these costs during the period when an appeal is pending – after someone has won the case – I would appreciate it. Those cases would be far more relevant to a decision on the motion that would cases that deal with cost–shifting during the pre–trial period. (Signed by Judge Colleen McMahon on 12/18/2012) Copies by ECF Sent By Chambers. (ama) (Entered: 12/19/2012) |
| 12/21/2012 | 353 | RESPONSE TO LETTERS FROM COUNSEL: As I said, the ball is in plaintiff's court. On the day plaintiffs make a timely motion pursuant to Rule 59(e), the judgment will be automatically vacated. If the time for making such a motion passes, I will consider the issues raised in plaintiffs' letter waived. (Signed by Judge Colleen McMahon on 12/21/2012) BY ECF TO ALL COUNSEL. (mt) (Entered: 12/21/2012) |
| 12/28/2012 | 354 | MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3*. Document filed by Kyle Pippins.(Swartz, Justin) (Entered: 12/28/2012) |
| 12/28/2012 | 355 | MEMORANDUM OF LAW in Support re: 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3.*. Document filed by Kyle Pippins. (Swartz, Justin) (Entered: 12/28/2012) |
| 12/28/2012 | 356 | DECLARATION of Shirley So in Support re: 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under* |

| | | |
|---|---|---|
| | | *Local Rule 6.3.*. Document filed by Kyle Pippins. (Swartz, Justin) (Entered: 12/28/2012) |
| 01/11/2013 | 357 | MOTION for Entry of Judgment under Rule 54(b). Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 01/11/2013) |
| 01/11/2013 | 358 | MEMORANDUM OF LAW in Support re: 357 MOTION for Entry of Judgment under Rule 54(b).. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 01/11/2013) |
| 01/11/2013 | 359 | MEMORANDUM OF LAW in Opposition re: 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3. Response to the Court's December 21 Order Concerning Discovery*. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 01/11/2013) |
| 01/11/2013 | 360 | DECLARATION of Jonathan B. Wyatt in Response to the Court's December 21 Order Concerning Discovery, and in Opposition re: 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3.*. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A (Partially Redacted), # 2 Exhibit B)(Landau, Jennifer) (Entered: 01/11/2013) |
| 01/18/2013 | 361 | REPLY MEMORANDUM OF LAW in Support re: 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3.*. Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 01/18/2013) |
| 01/25/2013 | 362 | RESPONSE to Motion re: 357 MOTION for Entry of Judgment under Rule 54(b).. Document filed by KPMG LLP. (Landau, Jennifer) (Entered: 01/25/2013) |
| 02/07/2013 | 363 | ORDER REINSTATING FINAL JUDGMENT on denying 354 Motion to Alter Judgment ; finding as moot 357 Motion for Entry of Judgment under Rule 54(b). The motion for reconsideration (Docket No. 354) is denied, and the motion for entry of partial final judgment (Docket No. 357) is denied as moot. The Clerk of the Court is directed to close the file.(Signed by Judge Colleen McMahon on 2/07/2013) Copies Sent By Chambers. (ama) (Entered: 02/07/2013) |
| 02/07/2013 | | Transmission to Judgments and Orders Clerk. Transmitted re: 363 Order on Motion to Alter Judgment, Order on Motion for Entry of Judgment under Rule 54(b), Order on Motion for Entry of Judgment under Rule 54(b), to the Judgments and Orders Clerk. (ama) (Entered: 02/11/2013) |
| 02/15/2013 | 364 | CLERK'S JUDGMENT That for the reasons stated in the Court's Decision dated November 29, 2012 and Order dated February 7, 2013, the motion for reconsideration is denied, and the motion for entry of partial final judgment is denied as moot; Defendant's motion for Summary Judgment is granted; Plaintiffs' FLSA claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 2/15/13) (Attachments: # 1 Notice of Right to Appeal)(ml) (Entered: 02/15/2013) |
| 03/11/2013 | 365 | NOTICE OF APPEAL from 345 Order on Motion for Discovery, 363 Order on Motion to Alter Judgment, Order on Motion for Entry of Judgment under Rule 54(b),, Order on Motion for Entry of Judgment under Rule 54(b), 364 Clerk's Judgment,, 349 Order on Motion for Summary Judgment,, Order on Motion to Seal, Order on Motion for Protective Order, Order on Motion to Strike,,, Order on Motion to Certify Class,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Julia Abbott, Maya Abdulkarim, Reuben Abitbol, Marc C. Abraham, Johnny Acosta, Bethany N. Adams, Francis Adams, Stephanie M. Adams, Ashley A. Adeogba, Atul Prasad Adhikary, John C. Adrian, Mona Aflatooni, Tania Rhanda Ahmad, Shahan Ahmed, Amber M. Ahsmann (Golden), Stephanie M. Aldecoa, Sreya S. Alex (Samuel), Kyle L. Alexander, Amir Ali, David W. Allen, Kerri J. Allen, Yoana Allen, Hussein Salim Allibhai, Ailda Alushi, Orealis Marie Alvarado, Samantha Anderegg–Botichi, Benjamin B. Anderson, Jenna L. Anderson, Nicole M. Anderson, Nicole Elizabeth Anderson, Daniel Andrews, Artsiom Anisko, Michael Arcuri, Kimberly Argy, Richard Armstead, Brent E. Arnold, Jennifer L. Arthur, Brian Ascencio, Adesuwa Asemota, Amir F Aslam, Myra S. Aslam, Ashley Albers |

Austin, Amanda Authement, Kathleen M. Autry, Nina J. Aves, Adam G. Avni, Margaret L. Aycock, Katherine L. Aye, Jennifer Bai, Jason T. Bailey, Selena R. Bailey, Kyle Baker, Lisa M. Baker, Kelcie Kiku Balaeff, Brooke A. Ballance, Nabin Banskota, Juan P. Barajas, Dominica Barber, Erica Barham, Jeffrey W. Barlam, Yulia Barland, Kayla L. Barrett, Hermine Barseghian, Karishma Barua, Ari Michael Baruch, Del Ciela Basilio, Vincent J. Battaglia, Jr., Jennifer K. Bauman, Charles Baumann, David B. Bawel, William Baxter, Ronald F. Beck, Jessica R. Beckendorf, Michael S. Becker, Justin N. Beebe, Katherine M. Beebe (Pickert), Kevin Bekas, Nathan Andrew Bell, Diego A. Bello, Daniel A. Bennett, Kerry Ann Berg, Leif E. Bergquist, Niles Reid Bergstrom, Jillian Bernard, Yaelle E. Bernstein, Wassim Berro, Nathan Edward Bertsch, Kara N. Bevis, Brandon D. Bhagat, Aubrey Marie Bickmore Neeley, Joshua D. Bicknell, Drew M. Biddle, Ashley Billinger, Jonathan Bingham, Sisai A. Birhanu, Matthew Birmingham, Briana G. Bishop, Kimberly Danielle Blaise, Heather K. Blake, Jeffrey Bland, Lisa A. Bland (Horton), Kerry L. Blatt, Christine L. Blaylock, Kerri Blum, Justin B. Bobus, Adam L. Bockman, Sarah N. Bocks, Emily Boeckmann, Charles Conrad Boettger, YuQuin Wen Bohannon, Paula A. Boone, Emily R. Boriack, Heather L. Boring, Stephen Boscola, Gaelan Boss, Ronak Brahmbhatt, Colleen Brennan, Felicia Brenner, Sharon Brickman, T'Lane B. Briggeman, Irina Brimmell, Mathew Brinsden, Emilie J. Britt, Ashley Brooke Strobel, Alison G. Brooks, Kristina M. Bross, Anna E. Broudy, Mark Preston Brough, Amy H. Brousse, Elizabeth D. Brown, Joelle M. Brown, Kyle V. Brown, Lauren M. Brown, Melissa L. Brown, Trent C. Brown, Melissa Brownfield (Luiso), Ross Bruening, Alisha Brumbaugh, Eve Buckwalter, Jamie Buenzow, James A. Bumbulsky, Kristen Burbank, Christopher L. Burgess, Thaddaeus M. Burgess, Brandon Burkley, Vanessa Burns, Julia Bushe, Christopher D. Bushey, Jessica Marie Bushey, Heather Buss, John M. Butler, Joon Hwan Byun, Christopher Cacanindin, Jonathan W. Cadwell, Danielle L. Cahill, Steven Calder, Sarah E. Callan Stanclift, Christopher J. Calvey, Scott Campobenedetto, Joanna Canaras, Christopher Capicotto, Lauren Danielle Caplan, Brian Edward Capstick, David C. Carley, Noelle M. Carlo, Nathan E. Carlton, Cairo J. Carr, Ryan D. Carr, Teresa Carranza, Sadie L. Carson, William J. Cash, Vanessa Angelin Castano, Zahra J. Castillo, Colleen M. Catalano, Robert Dustin Cathcart, Garrett Dee Cazier, Kyle Joseph Chagnon, Evelyn Chan, Patrick Chan, Tiffany Chua Chan, Winnie Chan, Kingman Chan, Jr., Elizabeth Lea Chandler, Stacia Charland, Susan Chartier (Gomes), Myla N. Chatman, Allison Chen, Daniel Chen, Dong Chen, Jiesi Chen, Laurie Chen, Rongchen Chen, Warren Chen, Xiaojuan Chen, Kelvin G. Cheng, Yim Chi Cheng, Aaron Cheung–Kwong Chan, Diana Chia, Christopher M. Chiaraluce, Christine Chiaramonte, Sho Chinen, David E. Chinoski, Michael Chiulli, Thomas J. Chloe, Elizabeth Cho, Sumi Choi, Urim Choi, Andrew J. Choly, Thomas A. Chon, Kristen Chong, Sue Yen Chong, Rinky Chopra, Alexandra D. Chou, Sophia Chowdhury, Logan J. Christianson, Ryan L. Christie, Seville Nicole Christmas, Cant Charles Christopher, Adam Chrudimsky, Robert S. Chun, Enoch Chung, Jae Y. Chung, Caitlin C. Clark, Kelly A. Clark, Matthew M. Clayton, William E. Cloutet III, Joel Coffey, Jenna N. Cofman, Brian J. Cogley, Emma Colacicco, Adam D. Colba, Harrison D Cole, Jill Kayleen Colgan, Christopher John Howe Collato, Chelsea Neale Collins, Daniel Colvin, Jesus Comendeiro, Andre Comparini, Shannon Comrie–Booth, Svetlana Condur, Kimberly C. Conner, Theophilos S. Constantinou, Stephanie R. Conti, Jessica R. Conway, Alex Cook, Justin B. Cook, Alanna Cooper, Meghan R. Cooper, Zachariah Cooper, Michael D. Coriell, Davin Lee Cottle, Kristen M. Coulombe, Aren J. Cowan, Frederick James Cowan Jr., Andrew T. Cox, Katie Cox (Westgard), Charles W. Crawford, Shirley Jean Criddle, Michael Crnkovich, Henry Ymas Crockerham Jr., Jeffrey M. Croft, Jennifer L. Crowe, Shannon Cunniffe, Elizabeth H. Cunningham, David Curtis, Natalie C. Cusat, Zachary J. Cyman, Michael D. DAntonio, Janice Daclan, Paras H. Dagli, Joshua Timothy Dahmen, Jason Dale, Wendy R. Dalrymple, Parissa Hannah Daneshmand, Matthew B. Daniels, Ashley A. Darden, Lauren Lippincott Darsey, Evan M. Dashe, Jeromy R. Davenport, Laura Davidson, Bryan Davis, Leslie Ellen Davis, Michael Dean Davis, Nicole Davis, Kristie Davis Zapf, Janine Joyce De Jesus, Donna V. De Vera, Jonathan DeBeaumont, Mark A. DeBonee, Christine DeBonee (Labrie), Mark J. DeLuca, Timothy DeLuca, Jacqueline Marie DeMeo, John DeVecchi Jr., Lisa M. Deane, Joseph Decardi–Nelson, Pattanan Decharaveeroj, Cristina Marie Del Buono, Dennis M. Delude, Edward Demone, John Deng, Michael W. Derington, Michael Deter, Jessica Deyo, Paul James DiCarlo, Edward Diasio,

Alexander L Diaz, Andrea Diaz, Eric Dickinson, Erin Diffley, Ashley Peyton Disinger, Jenni L. Dollahon, Adele M. Domingue, Erin Elizabeth Donia, Holly C. Donley, Connor Donnelly, Nicole C. Doran, James A. Dorey, April L. Doten, Christopher R. Dotson, Spiro M. Dounis, Brian Ross Dout, William Drzich, Kunal Dudheker, Steven P. Duffy, Thomas Dufresne, Jeremy P. Dugan, James R. Duncan III, Madison R. Duvall, Ashley Rosanne Dwyer, Nicholas A. Ebersole, Stephanie Eckardt, Nathaniel Edelman, Keri A. Ehrlich, Obianuju Linda–Mary Ekwegbalu, Manal Elhag, Faical Elhajjam, Erika Elko, Christopher Blake Elliot, Erin J. Elliot, Kevin Ellis, Bobbie Jo Emond, Mai Endo, Stephen F. Endres, Kristina Eng, Rachel M. English, Michelle Epstein, Megan Erwin, Max H. Essoh, John G. Estelle, Hector Estrada, Erin M. Everly, Dominika Ewa Pabon, Arley R. Ewald, Ashley E. Falter, Mario Fani, Amira Moris Farag–Beshay, Josef H. Farbstein, Regina V. Farrell, Daega Fatah, Diana Fazylova, Nathan Fedders, Michael J. Fedun, Brittany L. Fedun (Figliolino), David Edward Feldman, Bond N. Ferguson (Munson), Christopher M. Ferrell, Marc Ferriello, Seth T. Fick, Vincente Figueroa, Marc Ryan Fillari, Jared Brice Filus, William L. Fine, Tia Alisha Finn, Sean P. Fischer, Kyle L. Fletcher, Sara R. Floreani, Marcus A. Flynn, Hayley L. Ford, James W. Forsythe, Tammie Fossaceca, Jeremy T Fowler, Lillian N. Fraguada Vializ, Lisa B. Fraley, Morgan Ann Frame, Joseph F. Franzone, Eric Van Fredricksen, Zhanna A. Freeman, Edward Freiwald, David Freund, Lauren Elizabeth Friends, Drew R. Froehlich, Patrick Michael Funk, Christopher Furlong, Tomoko Furukawa, Kayla Marie Futch, Matthew C. Gadzinski, Andrew J. Gallegos, Dana Marie Gansky, Petruta L. Gantoi, Patrick J. Garbani, Edward A. Garcia, Chase Michael Gardner, Kyle Andrew Gasaway, Steven Gaul, BeiLai Ge, Leigh Geist, Brandon Gemoll, Krysten M. Genaway, Joseph Gentzkow, Brandon Russell George, Melissa Gerdung, Dylan C. Gfeller, Matthew Giammarinaro, Christine Ann Gibson, Joseph Gibson, Alexander J. Gilbertson, Megan R. Gilbertson, Stacey Gill, Allison Peltier Gillam, Ethan J. Giller, Shawn O. Gillespie, Sarah Giltner, Yelena Glants, Kristopher Glaser, Lacy R. Glaser, John Edward Glockzen, Jr., Michael D. Gogolen, Lauren Goldfarb, Bryan Goldfinger, Gregory Goldsand, Benjamin D. Goode, Erica A. Goode, Aaron D. Goodman, Karen E. Gorzynski, Santo S. Gramando III, Jennifer M. Grayson, Cara S. Grieco, Abby Griesedieck (Reeves), Matthew R. Griffin, David P. Grimner, Bonni Grossman, Lisa Grund, Virginia Grzenia, Laura Guarraci, Joe Manuel Guerrero, Rachel L. Guild, Tyrone Guillory Jr., Shelley Gulati, Anna C. Gullickson, Grace T. Gutberlet, Ashley S. Guthmann, William T. Gutknecht, David S. Guy, David Ha, Matthew T. Haines, Dawson Hale, Heather L. Hall, Jennifer C. Hall, Christian Ryan Daniel Halligan, Muhammad Umar Hamid, John R. Hamill III, Tameka L. Hammond, Jina Han, Jordan A. Handsaker, Mathew S. Hanley, Kevin Joseph Hannan, Caleb E. Hanson, Andrew Hardy, Benjamin D Harmon, Sarah N. Harper, Ebony Harris, John P. Harris, Michael Addison Harris, Michelle D. Harris, Rondal Harris, Jr., Kristina M. Harrison, Erin Elizabeth Hart, Kaitlyn Hartwell, Shawn L. Hatfield, Sean Paul Hathorn, Clifford Hayhurst III, John Hays, Jennifer H. Heist, Peter J. Helf, Rennie Henry, Andrea Henry (Speck), Maria del Mar Hernandez, Emily Barzee Herrick, Amy Hertz, Stephen Herzweig, Phillip M. Heu–Weller, Paulette M. Hear, Lynnie Hickey–Mehic, Zeb F. High, Jr., John Steven Hilborn, Loretta G. Hill, Amy A. Hillenbrand, Eric Hills, Jaime Hinojosa, Keiko Hirakawa, Thomas Histed, Casey J. Hocevar, Kelsey E. Hofacer (Neel), Amanda S. Hoffman, Kristin N. Hoffman, Mallory Brown Hoidal, Ashley Holman, Heidi Lynn Holmes, Ryan Farrell Holmes, Tamara R. Hook, Brittany K. Hopp, Connie Horng, Rachel Houdek, Mathew J. Howard, Jennifer L. Howell, Francine Hoyle, Weili Hsu, Connie M. Hu, Elisa Lee Hua Wu, Anna Huang, Jing Huang, Geffery Hubble, Daniel Huey, Clayton J. Huffman, Shane Huiberts, Jason Huisman, Samantha M. Hunt, Allison C. Hylton, Lauren E. Inscho, Jennifer M. Interlandi, Olga V. Ivanova–Mendez, Luke Cletus Iverson, Sumiah A. Jaber, Michael A. Jablonski, Ignatius Jackson, David Jalette, John M. Jambers, Javonna E. James, Wieslawa Jamroz, Bradley K. Jastrow, Matthew John Jefferies, Daniel P. Jensen, Preston Jeung, Xuejiao Jiang, Alaina Jo, David A. Johansson, Amanda K. Johnson, Ashley Johnson, Dylan M. Johnson, Jennifer L. Johnson, Jeremy R. Johnson, Stephanie N. Johnson, Diana S. Johnston, Katherine R. Johnston, Timothy D. Johnston, Chris Jones, Corey Jones, Robert D. Jones, Leslie Jordan, Karen L. Juan, Cara Ann Juffer, Scott T. Jugan, Benjamin Jurgens, Marina Kalan, Amanda B. Kane, Michinori Kaneko, David Kang, Gabriel Kangas, Jenna H. Karmel, Donald Richard Karr, Robert Karr, Ronald Karroll, Jr., Vanita Katrina, Andrew Katz, Joseph Kaufman, Valerie T.

Kaufman, Catherine E. Kaylor, Zachary A. Kayser, Leslie Keathley, Thomas P. Keegan, Bryan A. Keele, Davona Kelly, Kristen N. Kelly, Paul W. Kemp, Jeffery V. Kent, Jr., Thomas M. Kerr III, Ryan J. Keys, Farah Khan, Galib R. Khan, Mohsan Khan, Sakina Khan, Xiu T. Khaw, Theresa Khuu, Katherine Anne Kilgore, Anthony Kimani, John P. Kindelin, Christopher W. King, Lauryn King, Carly N. Kintzing, James R. Kirihara, Brett E. Kirkland, Carli Kisaba, Dayna E. Kitter, Dalia Klimkowski, Jennifer Kline, Jeremy D. Kline, Julie M. Knight, Kevin D. Knipp, Lap Shun Ko, David Koehler, Matej Kollar, Sarah Koneman, Neil L. Korotkin, Jeffrey Koslow, Yelena Kotsar, William Robert Kraft, Mark Kramer, Rebecca A. Krammen, Jake Kransteuber, Jeniffer Shea Kratville, Michelle M. Krause, Paul Kreger, Sarah F. Kuhne, Amit Kukreja, Sunita Kumar, Matthew Kunz, Jackson Y. Kuo, Emily Kupec, Kei Kuramoto, Merlyn A. Kushner, Samuel A. Kuznetzoff, Lukasz Kwiatkowski, Andrew T. Kwitowski, Taeook Kwon, Matthew A. LaPointe, Anthony K. Lagat, Jennifer Lai, Adam D. Lake, Jason Lalk, Thu Lam, Cristobal Lamas, David B. Landrum, Maura Helberg Lange, Kyle E. Langner, Melissa K. Langone, Paul A. Larkins, Erika Ryan Larson, Tie G. Lasater, Sara A. Lasek, Vivian K. Lau, John Lavin, Brittany Nicole Lay, Kimberly Layden, Alyson P. LeDesky, Andrew John Leavitt, Charity Nicole Lee, Christopher K. Lee, Hyangsoon Lee, Julian D. Lee, Pamela S. Lee, Sara Lee, Yu Jin Lee, James W. Lee III, Savannah Lehman, Allison Leigh Moore, Jonathan D. Leins, Reanna D. Leitaker, Michael L. Lembo, Sara Lengler, James J. Lenihan III, Jessica H. Leonard, Joseph T. Leonard, Samantha D. Leonard, Allison A. Leslie, Constance Leung, Michael A. Levin, Edward H. Levy, Joseph N. Levy, Austin R. Lewis, Maile M. Lewis, Albert Li, Kang Li, Yuk N. Li, Samantha S. Liao, Fadil Limani, Prparime Limani, Sarah K. Lindholm, Keely O. Lindstadt, Andrew V. Linville, Jacob R. Linville, Thomas F. Lisnich, Li Liu, Peggy Liu, Robert Liu, Yu−Han Lo, Casey Lock, Kelly Marie Lock, William S. Lockard III, Oscar Londono, Monica L. Long, Timothy D. Long, Meng Lor, Jessica H. Lott, Marilyn Louis, Vanyna M. Louis, Genna N. Love, Michael H. Lovecraft, Meng−Lin (Mona) Lu, Shuang Lu, Michelle S. Luk, Sarah L. Luna, Daniela Lundin, Janice Luo, Pietro Maddalena, Sara Maggio, Sarah Tucker Mahar, Carolyn Elizabeth Mahar (Hassel), Justin T. Maier, Sophie Y. Malati, Anne Male, Brennan J. Maloney−Krips, Joshua Adam Mandelberger, Jeffrey Manning, Adam T. Marchant, Miguel A. Marin, Christopher A Marino, Ciara Marino, Ryan B. Markowitz, Johnathan Marr, Daniel N. Marrone, Stephen Marsala, Jr, Natalie M. Marshall, Anne M Martin, Trisha Lewis Martin, Douglas D. Martine, Mark Edward Martinez, Olga Martynov, Trinity Marcia Mascola, Paul M. Mastarone, Rebecca J. Mastarone (Elliott), Lucorin J. Mathis, Jennifer A. Matous, Ashley Matrak, Daniel Mattar, Dean Mattera, Anthony J. Matulac, Leo A. Matz, Marissa Mayhorn, Marvin K. Mayotte, Tanya R. Mazakian, Diana A. McArdle, Kevin M. McBride, Patrick J. McCadden, James D. McClelland, Jr., Jillian M. McCool, Timothy McCormack, Daniel McCormick, Danielle A. McCoy, Sarah McCue, Keenan James McCullough, Ying Chen McEwen, Kristen McFarland, Stacy McGoldrick, Sean A. McGovern, Allison McGuire, Elijah McIntosh, Trevor D. McKendrick, Sean McKenna, Terrance L. McKnight, Brent E. McLaren, Lindsey McLaughlin, Craig McNeill, Jeffrey P. McNerney, Daniel T. McNevin, Jonathan T. McPharlin, Michael McPherson, Melissa McQueen Curl, Eric D. Mead, Ryan Meals, Sarah Jane Medrano, Mitchell A. Melfi, Kristina Mendez, Ani Susan Menendian, Amanda Menniti, Robert M. Merenda Jr., Kelly Meriano, Steven S. Merrill, Charles E. Mertz II, Karen Meyers, Philip Mezheritsky, Steven A. Mich, Katlin A. Mick, Scott E. Midla, Rebecca Mielnik, Jana Milenky Weissman, Bogdan Milin, Robert A. Miller, Timothy I. Miller, LaCresha Eronne Millner, Jennifer Mills, Matthew Mills, Jessica Minor, Jill N. Minshew, Adam Minsky, Robert J. Miranda, Kin Kei Kevin Mok, Tracey Monday, Russell James Monson, Gregory T. Montgomery, Heather Moreland, Lisa M. Morgado, Neil M. Morgan, Sarah E. Morgan, Lauren A. Morris, Paul Thomas Morrone, Shannon Lee Morrow, Gregory Alan Morse, Andrea S. Mosher, Rebecca Mosher, Alison J. Moss, Keturah Moss, Bradford Moye, Lela Mujakovic, Melissa Mulick, Kristen L. Muncie, Nitin Mundra, Pedro Laborde Muniz, Steven Murphey, David J. Murray, Julian Joaquin Murrieta, Amanda J. Myers, Michelle L. Mysuna, Denaimou C. N'Garsanet, Mary E. Nadjarian, Megumi Komiya Nakamura, Miki Nakazawa, Alvaro Narvaez, Aliesha Nathu, Jared Paul Neeley, Bryan Patrick Nelson, Jamelle A. Nelson, James Douglas Nelson, Chen Ni, Ian Nichols, Charlotte Nicholson, Krista Suzanne Niebrugge, Omar J. Nieves, Mark Nixdorf, Kenji Nonaka, Katherine L. Nordman, Nicholas Paul Nordman, Justin S. Norton,

Eric Nowakowski, Scott R. Nunez, Anthony Nusbaum, Meghan E. O'Malley, Rebecca O'Malley, Luisana Bonilla OBrien, Bradley A. OMalley, Patrick C. Ofordire, Steven G. Ohl, Michelle Okabe, Olutosin Okunoren, Kevin M. Olkowski, Erik H. Olsgaard, Katharine Omura, Stacie M. Onken, Constance Onyiah, Megan L. Opsahl, David C. Orasin, Megan Orr, Luke Orszag, Steven Oscarson, Rachel N. Otley, Jason Owen, Bradley T. Owens, Robert Pabst, Margo Pacanowski, Christen A. Page, Julian Paik, Ryan Ray Olsen Painter, Kevin (Keun) W. Pak, Glenn Palilla, Elizabeth A. Palmeri, Kara A. Paluch (Schroder), Christina Marjorie Panageotou, Peter Panagos, Brittany L. Pancheri, Eric M. Pannell, Katherine A. Panzarella, Nicholas A. Paonessa, Keith B. Papish, Jeffrey W. Paramore, Shawn M. Parent, Cody Parker, Daniel Parks, Elliot Parks, Carol A. Parrish, Evan R Parzych, Vincent J. Passafiume, Gayle Robin Patasnik, Ankur B. Patel, Arpan Patel, Nimish Patel, Priya Patel, Sean M. Paul, Eric Joseph Paulson, Morgan M. Pearson, Jeanette L. Peck, Alana Perini, Leslie L Perrine, Robert M. Petersen, Zachary J. Pettinger, Jennifer M. Peyton, Scott Lorence Pfister, Stephanie Pham, Tuan Pham, Ashley Phillips, David Piatek, Michael D. Pick, Jeffrey G Pike, Kate Pinney, Kyle Pippins, Vincent Pisano, Matthew A. Pitetti, Randy R. Placzek, Lauren Plumley, Jonathan Poldan, John M. Pontecorvo, Domenico Pontrelli, Andrew J. Porubcan, Kelly B. Posten, Jessica R. Preston, Kelly Price, Kanuri Bhanu Priya, Maya E. Procinsky, Ashley Prosek, Kristen Leigh Provix, Jessica P Puckett, Peter John Puglisi III, Andrew Pulitano, Neil Thomas Punt, Robert G. Pyrz, Lauren T. Quinn, Jolene N. Rabena, Amanda Rahner, Antoine Raie, Sandra Rak, Sergio D. Ramos, Laura Rath, Michael Rath, William Waits Raulerson, Irfan A. Raza, Robert Redling, Christine A. Reed, Heather Jean Reeves Prudhomme, Andrew Rehm, Thomas A. Reid, Matthew C. Reighard, Alyson L. Reimer, Elizabeth Reisman, David B. Reiter, Xuemei Ren, Kristina Rengel, Daniel Rex, Laura Elizabeth Reynolds, Magen M. Reyor, Yanina Reznikov, Fay M. Richards, Samantha Richards, Derek W. Richardson, Janette Ricks, James Rinaldi, Joel B. Rintoul, Jennifer Rios, Maria Rivera, David Craig Roberts, Erin M. Roberts, Terryann A. Roberts, Daniel J. Robertson, David Charles Robertson, Danielle M. Roche (Duplessis), Joey Rodriguez, Alan William Roeder, Heather R. Rogers, Meredith Rogers (McCarthy), Ahn Romero, Alison M. Rooney, Mathew Roppo, Drew Harris Rosen, Jason Rosiello, Matthew A. Ross, Sarah J. Ross, William B. Ross, Dino J. Rossi, Joseph J. Rother, Leigh Anne Rozycki, Amanda Rubeor, Ian A. Ruddock, Yuliana Ruff, Christina Ruiz, Christina Ruiz Minesis, Scott Rumberg, James K. Russell, Steven B. Russell, Cesaria Rutigliano, Daniel R. Sabet, Christina M. Saia, Mia K. Sails, Poonam Sakhrani, Ann Patricia Salamunovich, Marisa Salerno, Ann Salinas, Katrin D. Salta, Jordan Samet, Anton Samrai, Allison K. Sanden, Kundan Sandhu, Michael Santolucito, Ivi Santoso, Renee A. Sapp, Emilio Jorge Sartori, Anthony Sassali, Megan P. Sato, Jason Sattar, Erin S Saunders, Laura Shumake Savarese, Holly M. Saxby (Sowersby), Melissa S. Scalici, Maureen E. Scarff, Lauren Schaefer, Zachary A. Schamaun, Jessica H. Schatz, John M. Schenk, Jamie Schindler, Jillian Schlaud, Robert L. Schlaud, Jr., Aubrey A. Schmidt, Heather Schrader, Sean Schram, Bryan Schroeder, Chava S. Schwartz, Matthew Schwerin, David C. Scott, Paul R. Scott, Thomas W. Scott, Chipman R. Seale, Wakana Kamesato Sebacher, Fatima Sediqzad, Hui Shan See, Richard S. Seger III, Lauren Sellari (Huff), Miran Seo, Young Seoh Lee, Nichole A. Serino, Rohini R. Seth, Neil Shah, Amanda Shatzman, Brian Shaw, Donald Shaw, Amanda L. Shay, Marc Jacob Shelton, Anna Sheynkman Gorin, Chengcheng Shi, Colin Shinners, Yulia Shmatkova, Steven T. Shulthiess, Alla Shutyi, Benjamin J. Siewart, Brett I. Silverman, Ross Silverman, Elizabeth M. Simmons, Jessica Erin Simpson, Sarah R. Sims, Jennifer D. Sing, Jatinder Singh, Jeevanjit Singh, Lily Situ, Matthew Skellan, Tyler Skelton, Allison K. Slife (Hritz), Heidi Smilde, Damon T. Smith, Joshua D. Smith, Juliet Lee Smith, Lennon Smith, Mary Benson Smith, Matthew B. Smith, Megan Eileen Smith, Philip Tuinuku Smith, Derek P. Snikeris, Stephanie C. Snodgrass, Alexandra K. Snukal, Samantha M. Snyder (Lance), Melanie So, Shirley Suet Wai So, Kristine P. Somera, Wei Song, Young Tak Song, Shirley–May Soong, Frank R. Sousa, Christina Spannos (Papscoe), Michael Spano, Jacob Spear, Yuliya Spektor, Justin Spike, Antonios A. Spiliotopoulos, Lynn K. Spokas, Crena E. Sprague, Rainy Leforce Spring, Ryan M. Spurlock, Brian Edward Stamile, Bryan Staniszewski, Jill Leah Stanley, Kyle A. Starr, Michael L. Steele, Hana Stelzer, Jennifer M Stewart, Brett Stieglitz, Holland Stimac, Brian D. Stock, Melissa Stokes, Michael T. Storin, Dowling Burke Stough, Terese V. Strehlow, Timothy J. Strehlow, Christopher I. Strother, Ryan Strout,

AnnMarie Stuart, Rachel A. Stuart, Indre Stunzenas, Zhen Su, Mikiko Sugaya, David Suh, Sean W. Sullivan, Christine Sullivan (Fraga), Noah Sullum, Xuan Sun, Eun Hye Sung, Ryan S. Svorinic, Ryan M. Swaner, Rayna J. Swanson, Katherine A. Sweet, Derek Sykes, Michelle L. Szames, Chau M. Ta, Daniel Hadi Tabib, Satomi Takahashi, Chanelle Takemoto, Thosana Tan, Kumiko Tanaka, Jack Yi−Ping Tang, Valerie Tang, Tracy A. Tankard, Adrienne D. Tanker, Jing Tao, Michael Ian Tarrant, Thomas R. Tarsitano, Ariel Taylor, James R. Taylor, Matthew S. Taylor, Jacob O. Tech, Saron H. Tegegne, Carmen M. Tellez, Caitlin A Tennant, Andrew J. Terreri, Justin M. Terzo, Mina Lisa Teymourtash, Robert C. Thayer, David D. Thomas, Katie L. Thomas (Jackson), Katherine L. Thompson, LeShawd T. Thompson, Patrick A. Thompson, Jennifer Thompson (Peter), Daniel P. Thor, Lauren C. Thornton, William S. Tierno, Idrees Tily, Richard N. Tinelli, Ashley Tinnirella, Sergey Tkachev, Tracie Togami, Krystle Tolentino, Megan E. Toms (Humber), Edmund Tong, Moony C. Tong, Gregory S. Torbic, Vanette E. Torres, Emily Diane Towers, Kathryn E. Towle, Uyen Tran, Adam Travis, Gina Tricarico, Guillermo E. Trigo−Mendez, Matthew Trinh, Thai Trinh, Cheryl Tripodi, Kristen Troia, Michael W. Truettner, Brianna R. Truex, Maria G. Trujillo, Anita J. Tse, Wondirad A. Tsegaye, Kaliope Tsoflias, Katsiaryna Tsybina, Jovan Tucker, Shavon Tucker, Shun Tung Lam, Ashley M. Turner, Philip Twede, Kenneth Ty, Takeo Uchida, Ken Ukai, Mark M. Ulrich, Chad B. Underwood, Stephanie T. Unkart, Scott D. Unnerstall, Nestor Urita, Jr., Michael Vahidtari, Edward A. Valentino, Ramon Valls, Adam Joseph Van De leuv, Bryan Van Demark, Stephen Van Lyon, Dana M. Van Nostrand, Sarah Vanlandingham, Priya Vasudevan, Valarie Anne Vaughan, Jessica Vavithes, Joseph Walter Vazzano, Saul Verbera, Ryan Verkamp, Ashlee S Verner, Jay M. Verrill, Brent Vetter, Robert Vidal III, Jenniffer Vielman−Vasquez, Travis J. Viera, Michael T. Visconto, Kyle Vitale, Lazarus W. Vittas, Amy Elizabeth Vogt, Travis J. Vogt, Ellen Volodarsky, Jaison Vovra, Winly Vuong, Alexander Vyshetsky, Christopher Adam Wade, Aiman M. Wahdan, Brian Walker, Erin C. Walls, Hong F. Walrond, Jason R. Walter, Gordon E. Walters, Da Wang, Flora Kang−Jung Wang, Lina Wang, Ny−Liang Wang, Qiong Wang, Rong Wang, Suihong Wang, Jin Xing Wang (Xue), Galen P. Ward, Richard L. Ward, Katrinaca E. Ware, Valerie Ware, Karima Warner, Jonathan R. Warriner, Kiera J. Watson, Michael Weichholz, Mathieu Weill, Hillel Weingarten, Christopher O. Weiss, Christopher A. Welch, Michael Welton, Angela Wen−an Yu, Matthew Wenzel, Laura Ann Westenberg, Laura Westensee, Ashley N. Westmoreland, Jeannine Wheeler, Victoria E. Whelan, Tyler J. Whitaker, Dustin F. White, David C. Whitney, Justin Gregory Wicks, Courtney Ann Wiegard, Jonathan Wiener, Geneva Wigfall, Nathan L. Wilbur, Evan L. Wilk, Angela Guerrero Willhoft, Annette Sabrina Williams, Dylan Williams, Jessica Leigh Williams, Megan Williams, Matthew William Wilpers, Eric R. Wilson, Julie Wilson, Thomas B. Wilson, Edmund A Windsor, Nicholas S. Winkler, Mark Van Winter, Alexandra Wittenberger (Bakamus), Billy R. Wleczyk, Chad W. Wonderling, Jeffrey T. Wong, Peter W. Wong, Denise Worsley, Matthew E. Wren, Jonathan W. Wright, Calvin Wu, Dosanna Wu, Jia Yin Wu, Daniel Wullschleger, Erica Yamamoto, Thomas X. Yao, Eric Yee, Stephanie A. Yesnofski, Kelly Yi, Carolyn Yip, Michael Yoo, Elissa Sheryl Yorgey, Kevin W. Young, Samuel Robert Young, Matthew D. Ytzen, Angela Yu, Eric Yu, Hua−Jung Yu, Kelsea Echo Yu, Penelope Yurkovich (Normandin), Munehiko Yuzawa, Ronnie Zabiguy, Anthony C. Zaccarelli, Stacey M. Zafiroff, Alanna J. Zahora, Brian S. Zalewski, Rena Zarah, Evan M Zawatsky, Andrew J. Zens, Bryan Kyle Zerr, Chun Y. Zhang, Yuan Zhang, Su Zheng, Hui Zhi, Huifang Zhu, Vera Zhuravleva, Samantha Zimmer, Inessa Zolotareva, Togos Zorig, Yi Zou, Thomas J. Zubulake, Jan−Michael de Vera. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Swartz, Justin) (Entered: 03/11/2013)

| Date | | Description |
|---|---|---|
| 03/12/2013 | | Appeal Fee Due: for 365 Notice of Appeal. Appeal fee due by 3/26/2013. (tp) (Entered: 03/12/2013) |
| 03/12/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 365 Notice of Appeal. (tp) (Entered: 03/12/2013) |
| 03/12/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 208 Consent to Become Party Plaintiff, filed by Katie L. Thomas (Jackson), Kiera J. Watson, Stephanie C. Snodgrass, Adam T. Marchant, Kevin D. Knipp, Merlyn A. Kushner, Poonam Sakhrani, Marcus A. |

Flynn, Marissa Mayhorn, Amanda K. Johnson, Terrance L. McKnight, Ronak Brahmbhatt, Jonathan T. McPharlin, Sarah N. Harper, Valerie T. Kaufman, Elizabeth M. Simmons, Anne Male, Michael S. Becker, Justin Spike, Weili Hsu, Sara Maggio, Kelsey E. Hofacer (Neel), Meghan R. Cooper, Matthew C. Reighard, William B. Ross, Irina Brimmell, Paul W. Kemp, Aliesha Nathu, Paulette M. Heur, Saron H. Tegegne, David A. Johansson, Robert D. Jones, Eric R. Wilson, Allison A. Leslie, Kristen L. Muncie, Jeffrey Bland, Kelvin G. Cheng, Elizabeth A. Palmeri, Loretta G. Hill, Adam D. Lake, Adam L. Bockman, Eric Yu, Robert J. Miranda, Kang Li, Maria G. Trujillo, Sean P. Fischer, 40 Order on Motion to Intervene, 334 Declaration in Opposition to Motion, filed by KPMG LLP, 158 Consent to Become Party Plaintiff, filed by Yuk N. Li, Tiffany Chua Chan, Seville Nicole Christmas, Mitchell A. Melfi, Marilyn Louis, Paras H. Dagli, Nicole M. Anderson, Peter Panagos, Orealis Marie Alvarado, Svetlana Condur, Steven Gaul, William Drzich, William Baxter, Michael Yoo, Mary Benson Smith, Scott Lorence Pfister, Sue Yen Chong, Samuel Robert Young, Robert Liu, Rena Zarah, Tyrone Guillory Jr., Yelena Glants, Nimish Patel, Yulia Barland, Michael Weichholz, Melissa Gerdung, Matthew Mills, Mark Nixdorf, Meghan E. O'Malley, Olga Martynov, Valerie Tang, Morgan Ann Frame, Mario Fani, 86 Order, 238 Consent to Become Party Plaintiff filed by Daniel Colvin, 102 Declaration in Support of Motion, filed by KPMG LLP, 72 Endorsed Letter, 89 Notice of Appearance filed by KPMG LLP, 262 Notice of Appearance filed by KPMG LLP, 169 Consent to Become Party Plaintiff, filed by Niles Reid Bergstrom, Daniel P. Jensen, Daniela Lundin, Kaitlyn Hartwell, Allison C. Hylton, Jill Kayleen Colgan, Kayla Marie Futch, Jin Xing Wang (Xue), Irfan A. Raza, Alison J. Moss, Kayla L. Barrett, Lukasz Kwiatkowski, Joseph Gibson, Jatinder Singh, 100 Memorandum of Law in Support of Motion filed by KPMG LLP, 289 Memorandum of Law in Support of Motion filed by Jamie Schindler, Kyle Pippins, 42 Endorsed Letter, 297 Stipulation and Order, 339 MOTION for Protective Order *Sealing Certain Exhibits* filed by KPMG LLP, 29 MOTION for Reconsideration re; 23 Order on Motion to Transfer Case filed by KPMG LLP, 33 MOTION to Certify Class *and Court−Authorized Notice Pursuant to Section 216(b) of the FLSA* filed by Jamie Schindler, Kyle Pippins, 62 Transcript, 36 Order for Initial Pretrial Conference, 191 Consent to Become Party Plaintiff, filed by Samantha Richards, Tie G. Lasater, Scott E. Midla, Sadie L. Carson, Michelle Epstein, Thomas A. Chon, Vincent J. Battaglia, Jr., William E. Cloutet III, Tyler Skelton, Rainy Leforce Spring, Matthew B. Daniels, Joshua D. Smith, Zachary J. Pettinger, Thomas W. Scott, Stacey Gill, Keely O. Lindstadt, Lynnie Hickey−Mehic, Michelle L. Mysuna, Vanita Katrina, Neil M. Morgan, Margo Pacanowski, Kathryn E. Towle, 37 MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b).* MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)* filed by Norbert Mendonca, Arlene Ridgeway, Michelle Garcia, Leticia Facundo, Szimonetta Petterman, 279 Endorsed Letter, 311 Declaration in Opposition to Motion, filed by KPMG LLP, 90 MOTION for Protective Order filed by KPMG LLP, 197 Scheduling Order, 245 Consent to Become Party Plaintiff, filed by Cara S. Grieco, James D. McClelland, Jr., Christopher R. Dotson, Eric Yee, Lauren A. Morris, Sharon Brickman, Derek W. Richardson, Jennifer H. Heist, Noelle M. Carlo, 315 MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts.* MOTION to Strike Document No. 313 *Motion to Strike Portions of Defendant's Reply to Plaintiffs' Counter−Statement of Material Facts and Statement of Additional Undisputed Material Facts* filed by Jamie Schindler, Kyle Pippins, 240 Consent to Become Party Plaintiff, filed by Kevin M. Olkowski, Erica Barham, Diego A. Bello, Matthew T. Haines, Richard Armstead, Carly N. Kintzing, Amanda B. Kane, Maria Rivera, Stephanie T. Unkart, 227 Consent to Join Class filed by Carmen M. Tellez, Megan E. Toms (Humber), Maria del Mar Hernandez, 110 Declaration in Support of Motion, filed by KPMG LLP, 47 Order on Motion to Appear Pro Hac Vice, 175 Consent to Become Party Plaintiff, 44 MOTION for Michael C. Kelley to Appear Pro Hac Vice filed by KPMG LLP, 307 Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 196 Consent to Become Party Plaintiff, filed by Gregory T. Montgomery, Jing Tao, Thomas J. Chloe, Evelyn Chan, Brent E. Arnold, Jason R. Walter, Andrew J. Porubcan, Yaelle E. Bernstein, Karen L. Juan, Janice Luo, Su Zheng,

Joseph Gentzkow, Jackson Y. Kuo, Lisa M. Morgado, Evan M. Dashe, Chun Y. Zhang, YuQuin Wen Bohannon, John P. Kindelin, Takeo Uchida, 94 MOTION for Eric G. Hoffman, to Withdraw as Attorney filed by KPMG LLP, 48 MOTION for Steven T. Catlett to Appear Pro Hac Vice filed by KPMG LLP, 32 MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)*. MOTION to Intervene *Motion for Leave to Intervene for all Purposes Pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, Fed. R. Civ. P. 24(b)* filed by Norbert Mendonca, Arlene Ridgeway, Michelle Garcia, Leticia Facundo, Szimonetta Petterman, 229 Consent to Become Party Plaintiff, filed by Elizabeth Reisman, Xiu T. Khaw, Clayton J. Huffman, David D. Thomas, Sakina Khan, Ryan J. Keys, Aaron D. Goodman, 287 Declaration in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 56 Stipulation and Order, Set Deadlines/Hearings, 45 MOTION for Jennifer Altfield Landau to Appear Pro Hac Vice filed by KPMG LLP, 60 MOTION for Wesley D. Felix to Appear Pro Hac Vice filed by KPMG LLP, 15 Declaration in Support of Motion filed by KPMG LLP, 277 Order on Motion to Appear Pro Hac Vice, 234 Consent to Become Party Plaintiff, filed by Ryan Meals, James K. Russell, Yuliana Ruff, Ronald Karroll, Jr., Jason Sattar, Jonathan D. Leins, Matthew A. LaPointe, Noah Sullum, Jacob R. Linville, David P. Grimner, 148 Consent to Become Party Plaintiff filed by Mona Aflatooni, 105 Notice of Appearance filed by Jamie Schindler, Kyle Pippins, 146 Endorsed Letter, 221 Consent to Become Party Plaintiff, filed by Michelle Okabe, Stephen Van Lyon, Rebecca A. Krammen, Krystle Tolentino, Kenneth Ty, T'Lane B. Briggeman, Nicholas A. Paonessa, Tracie Togami, Robert Karr, Keenan James McCullough, Thomas Dufresne, Thosana Tan, Monica L. Long, Trevor D. McKendrick, Kristen Chong, Kelly Meriano, Nicole C. Doran, Shahan Ahmed, Sean M. Paul, Moony C. Tong, Megumi Komiya Nakamura, Ronald F. Beck, Katrinaca E. Ware, Steven Murphey, Shuang Lu, Sarah Vanlandingham, Thomas P. Keegan, Rayna J. Swanson, Neil Shah, Kunal Dudheker, Victoria E. Whelan, Teresa Carranza, Shane Huiberts, Sergey Tkachev, 54 Endorsed Letter, Set Deadlines/Hearings, 324 Reply Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 248 Consent to Become Party Plaintiff, filed by Karen Meyers, Jessica H. Schatz, Marina Kalan, Philip Twede, Albert Li, Andrew John Leavitt, Flora Kang–Jung Wang, Lily Situ, Bethany N. Adams, Hua–Jung Yu, Sarah L. Luna, Jennifer Rios, Shawn O. Gillespie, Zhen Su, Heidi Smilde, Jeffrey P. McNerney, Charles Conrad Boettger, 155 Notice of Filing Transcript, 244 Consent to Become Party Plaintiff filed by Olga V. Ivanova–Mendez, Ignatius Jackson, Kyle L. Fletcher, Sean McKenna, 314 Declaration in Support of Motion, filed by KPMG LLP, 20 Declaration in Opposition to Motion, filed by Jamie Schindler, Kyle Pippins, 285 MOTION to Comply *Pursuant to Fed. R. Civ. P. 36(a)(6) Regarding the Sufficiency of Defendant's Answers to Certain Requests for Admission* filed by Jamie Schindler, Kyle Pippins, 49 Order on Motion to Appear Pro Hac Vice, 351 Endorsed Letter, 215 Consent to Become Party Plaintiff filed by Lauren Lippincott Darsey, 160 Consent to Become Party Plaintiff, filed by Andrew Rehm, Daniel Andrews, Daega Fatah, Anne M Martin, Evan R Parzych, Emilio Jorge Sartori, Chava S. Schwartz, Christopher A Marino, Clifford Hayhurst III, Harrison D Cole, Christopher Blake Elliot, Brian Edward Capstick, Brian Edward Stamile, Heather Schrader, Heather Jean Reeves Prudhomme, Christopher Adam Wade, Corey Jones, Michael Ian Tarrant, Evan M Zawatsky, 161 Consent to Become Party Plaintiff, filed by Joanna Canaras, Suihong Wang, Shannon Cunniffe, Shirley Jean Criddle, James W. Lee III, Wieslawa Jamroz, Joseph Walter Vazzano, Luke Cletus Iverson, Sarah Jane Medrano, Laura Ann Westenberg, Matthew Kunz, Zahra J. Castillo, Robert A. Miller, William S. Tierno, Michael Santolucito, Jillian Bernard, Peter John Puglisi III, Michael Chiulli, Juliet Lee Smith, Joe Manuel Guerrero, Ryan B. Markowitz, Kanuri Bhanu Priya, Kristen Leigh Provix, Jennifer M. Grayson, Laura Shumake Savarese, Matthew Giammarinaro, Matthew B. Smith, Jeffrey Manning, 57 MOTION for Michael D. Warden to Appear Pro Hac Vice filed by KPMG LLP, 202 Consent to Become Party Plaintiff, filed by Arpan Patel, Bobbie Jo Emond, Alana Perini, Brian J. Cogley, Jessica R. Conway, Megan L. Opsahl, Stephen Boscola, David S. Guy, Charles Baumann, Ashley E. Falter, David B. Reiter, Myra S. Aslam, Tanya R. Mazakian, Alison G. Brooks, Lauren Plumley, Gordon E. Walters, Matthew Skellan, Peter W. Wong, Timothy DeLuca, Rachel A. Stuart, Jeffrey W. Paramore, Ross Silverman, Ryan D. Carr, Jordan Samet, Steven B. Russell, Julian Paik, Kevin W. Young, 1 Complaint filed by

Jamie Schindler, Kyle Pippins,_249 Consent to Become Party Plaintiff, filed by Daniel Hadi Tabib, Robert C. Thayer, Leigh Geist, David Edward Feldman, Angela Guerrero Willhoft, Ryan Strout, LaCresha Eronne Millner, Muhammad Umar Hamid, Nathan Andrew Bell, Charity Nicole Lee, Lina Wang, Kristen Burbank, Anthony Sassali, Michael Dean Davis, Katherine Anne Kilgore,_108 Order on Motion to Appear Pro Hac Vice,_331 Memorandum of Law in Support of Motion filed by KPMG LLP,_58 Notice of Appearance filed by KPMG LLP,_349 Order on Motion for Summary Judgment, Order on Motion to Seal, Order on Motion for Protective Order, Order on Motion to Strike, Order on Motion to Certify Class,_177 Consent to Become Party Plaintiff, filed by Jennifer M. Peyton, Idrees Tily, April L. Doten, David W. Allen, Dylan M. Johnson, Laura Davidson, Adele M. Domingue, Leif E. Bergquist, Jason Lalk, James W. Forsythe, Amanda Authement, Amanda Rahner, Glenn Palilla, Christina Ruiz Minesis, Fay M. Richards, Jenna H. Karmel, Daniel N. Marrone, Cesaria Rutigliano, Heather K. Blake, Lacy R. Glaser, Emma Colacicco, Daniel A. Bennett, Dino J. Rossi, Amit Kukreja, Lauren M. Brown, Frank R. Sousa, Cheryl Tripodi, Jeremy R. Johnson, Hana Stelzer, Kerry L. Blatt,_41 Order on Motion for Reconsideration,_239 Consent to Become Party Plaintiff, filed by Cristina Marie Del Buono, Megan Orr, Saul Verbera, Mark A. DeBonee, Vanyna M. Louis, Christen A. Page, Sean Schram, Dayna E. Kitter, Kelly A. Clark, Jeromy R. Davenport, Daniel Chen, Jennifer D. Sing, Rachel L. Guild, Ashley Billinger, Stephen F. Endres, Andrew Hardy, Tameka L. Hammond, Katlin A. Mick, Anton Samrai, Adesuwa Asemota, Robert M. Petersen, Neil L. Korotkin, Brian D. Stock, Katherine L. Thompson, Andrew J. Gallegos, Jenniffer Vielman–Vasquez, Ashley M. Turner, Tomoko Furukawa, Kerry Ann Berg, Erin M. Everly,_82 Order,_205 Consent to Become Party Plaintiff filed by Lillian N. Fraguada Vializ,_149 Consent to Become Party Plaintiff filed by Paul Thomas Morrone,_257 Endorsed Letter,_157 Consent to Become Party Plaintiff filed by William Waits Raulerson, John Edward Glockzen, Jr., Parissa Hannah Daneshmand, Ciara Marino,_360 Declaration in Opposition to Motion, filed by KPMG LLP,_199 Consent to Become Party Plaintiff, filed by Matthew S. Taylor, James R. Kirihara, Manal Elhag, Eric Dickinson, David Koehler, Diana S. Johnston, John P. Harris, Dustin F. White, Megan P. Sato, Melissa Stokes, Andrea Henry (Speck), Jennifer L. Howell, Matthew A. Pitetti, John G. Estelle, Katherine M. Beebe (Pickert), Lazarus W. Vittas, Christine L. Blaylock, Leigh Anne Rozycki, John M. Jambers, Erin C. Walls, Kevin (Keun) W. Pak, Anna E. Broudy, Michael H. Lovecraft, Gaelan Boss, Christine A. Reed, Julie M. Knight, Colleen M. Catalano, Ken Ukai, Justin N. Beebe,_117 Order on Motion to File Amicus Brief,_301 Reply Memorandum of Law in Support of Motion filed by KPMG LLP, 265 Memorandum of Law in Support of Motion filed by KPMG LLP,_299 Consent to Join Class filed by Melissa Brownfield (Luiso), Jamelle A. Nelson,_328 Reply Memorandum of Law in Support of Motion filed by KPMG LLP,_231 Transcript,_271 Rule 56.1 Statement filed by Jamie Schindler, Kyle Pippins,_242 Consent to Become Party Plaintiff, filed by Sumiah A. Jaber, Ryan M. Spurlock, Ellen Volodarsky, Derek P. Snikeris, David C. Scott, Daniel McCormick, Myla N. Chatman, Sarah Koneman, Brian Shaw, Vivian K. Lau, Kumiko Tanaka, Zhanna A. Freeman, Sandra Rak,_212 Consent to Become Party Plaintiff, filed by Timothy D. Johnston, Sarah McCue, Michael Crnkovich, Faical Elhajjam, Davona Kelly, Bond N. Ferguson (Munson), Jenna N. Cofman, Meng Lor, Bryan A. Keele, Constance Leung, Scott Campobenedetto, Yelena Kotsar, Benjamin B. Anderson, 116 Declaration in Support of Motion, filed by Chamber of Commerce of the United States of America,_303 Reply Memorandum of Law in Support of Motion filed by Jamie Schindler, Kyle Pippins,_295 Declaration in Opposition to Motion, filed by Jamie Schindler, Kyle Pippins,_219 Endorsed Letter,_120 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's Memorandum and Order Entered and Served on October 11, 2011* filed by Washington Legal Foundation, International Association of Defense Counsel,_337 Reply Memorandum of Law in Support of Motion filed by Jamie Schindler, Kyle Pippins,_138 Protective Order,_336 Declaration in Opposition to Motion filed by KPMG LLP,_258 Endorsed Letter,_92 Declaration in Support of Motion filed by KPMG LLP,_79 Endorsed Letter,_335 Declaration in Opposition to Motion, filed by KPMG LLP,_288 MOTION for Discovery *IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)* filed by Jamie Schindler, Kyle Pippins,_4 Affidavit of Service Complaints filed by Jamie Schindler, Kyle Pippins, 246 Consent to Become Party Plaintiff, filed by Gabriel Kangas, Lauren C.

Thornton, Anthony K. Lagat, Mai Endo, Ashley Brooke Strobel, Jessica Marie Bushey, Shawn L. Hatfield, Elizabeth Cho, Michael Welton, 235 Protective Order, 163 Consent to Become Party Plaintiff filed by Kelcie Kiku Balaeff, 274 Order on Motion to Withdraw as Attorney, 259 Consent to Become Party Plaintiff filed by Michael A. Levin, 71 Notice of Filing Transcript, 70 Transcript, 8 Rule 7.1 Corporate Disclosure Statement filed by KPMG LLP, 293 Declaration in Opposition to Motion, filed by KPMG LLP, 270 MOTION for Summary Judgment filed by Jamie Schindler, Kyle Pippins, 106 Order on Motion for Protective Order, 91 Memorandum of Law in Support of Motion filed by KPMG LLP, 266 Rule 56.1 Statement filed by KPMG LLP, 38 Memorandum of Law in Support of Motion, filed by Norbert Mendonca, Arlene Ridgeway, Michelle Garcia, Leticia Facundo, Szimonetta Petterman, 159 Consent to Become Party Plaintiff, filed by Jeffrey G Pike, Robert Dustin Cathcart, Jeremy T Fowler, Holland Stimac, Dowling Burke Stough, John Deng, Brandon Burkley, Alexander L Diaz, Adam Minsky, Lauren Elizabeth Friends, Jia Yin Wu, Lindsey McLaughlin, James Douglas Nelson, Garrett Dee Cazier, Jennifer M Stewart, Jennifer Mills, Elisa Lee Hua Wu, Caitlin A Tennant, Eric Van Fredricksen, Alex Cook, Lisa Grund, Ashlee S Verner, Dominica Barber, Diana Fazylova, Edmund A Windsor, Carolyn Elizabeth Mahar (Hassel), Anna Huang, Gregory Goldsand, Jessica P Puckett, Benjamin D Harmon, Jennifer Lai, Erin Elizabeth Hart, Lela Mujakovic, Erin S Saunders, Jack Yi−Ping Tang, Leslie L Perrine, 52 Affidavit of Service Complaints filed by Jamie Schindler, Kyle Pippins, 250 Consent to Become Party Plaintiff, filed by Hussein Salim Allibhai, Robert Redling, Stephanie Pham, Karima Warner, Randy R. Placzek, Andre Comparini, Dylan Williams, Brittany Nicole Lay, Aubrey Marie Bickmore Neeley, Mark Preston Brough, Amanda Shatzman, Gregory Alan Morse, Heather L. Boring, Tania Rhanda Ahmad, Adam Joseph Van de leuv, 73 Declaration in Opposition to Motion, filed by KPMG LLP, 253 Consent to Become Party Plaintiff, filed by Jeffrey T. Wong, Urim Choi, Jason Huisman, Anthony C. Zaccarelli, Andrew T. Cox, Jonathan Poldan, Patrick J. Garbani, Christopher D. Bushey, David Freund, Joon Hwan Byun, Jeanette L. Peck, Jenna L. Anderson, John Lavin, 171 Consent to Become Party Plaintiff, filed by Da Wang, Alyson L. Reimer, David Jalette, Alla Shutyi, Ashley Matrak, Bryan Van Demark, Andrew Pulitano, 152 Consent to Become Party Plaintiff, filed by Ashley Albers Austin, Paul James DiCarlo, Mark M. Ulrich, Matthew John Jefferies, Emily Diane Towers, Russell James Monson, Jae Y. Chung, Neil Thomas Punt, Matthew William Wilpers, Christopher John Howe Collato, Ryan Farrell Holmes, 84 Notice of Filing Transcript, 207 Consent to Become Party Plaintiff filed by Xiaojuan Chen, James Rinaldi, Stacey M. Zafiroff, Ebony Harris, 83 Transcript, 332 Declaration in Support of Motion filed by KPMG LLP, 286 Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 251 Consent to Become Party Plaintiff, filed by Christina Marjorie Panageotou, Ashley Rosanne Dwyer, Jared Paul Neeley, Patrick J. McCadden, Philip Tuinuku Smith, Kyle Vitale, Kevin Joseph Hannan, Mohsan Khan, Heather R. Rogers, Chen Ni, Erika Ryan Larson, Peggy Liu, Lap Shun Ko, Amy Hertz, John DeVecchi Jr., Nitin Mundra, Jing Huang, Robert M. Merenda Jr., Henry Ymas Crockerham Jr., Leslie Ellen Davis, 194 Consent to Become Party Plaintiff filed by Derek Sykes, Patrick C. Ofordire, Patrick Michael Funk, Max H. Essoh, 193 Consent to Become Party Plaintiff, filed by Savannah Lehman, William S. Lockard III, Danielle L. Cahill, Natalie C. Cusat, Krysten M. Genaway, Alanna J. Zahora, Andrew T. Kwitowski, Melissa L. Brown, 147 Consent to Become Party Plaintiff filed by Marc Ryan Fillari, 353 Order, 111 Objection (non−motion) filed by KPMG LLP, 281 Memorandum of Law in Support of Motion filed by KPMG LLP, 269 Declaration in Support of Motion, filed by KPMG LLP, 2 Order for Initial Pretrial Conference, 327 Declaration in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 329 Endorsed Letter, 309 Declaration in Opposition to Motion, filed by KPMG LLP, 75 Declaration in Opposition to Motion, filed by KPMG LLP, 22 Endorsed Letter, Set Deadlines/Hearings, 261 MOTION for Wesley D. Felix to Withdraw as Attorney filed by KPMG LLP, 214 Endorsed Letter, Set Hearings, 284 Consent to Become Party Plaintiff, filed by Julie Wilson, Li Liu, Patrick Chan, Jeffrey Koslow, Lauryn King, Anna Sheynkman Gorin, Robert Pabst, Felicia Brenner, Leslie Jordan, Bryan Staniszewski, Melanie So, Olutosin Okunoren, Heather Moreland, Antoine Raie, Christopher Cacanindin, Brett Stieglitz, Keturah Moss, Jessica Vavithes, Bryan Goldfinger, Kyle Baker, Stephen Herzweig, Constance Onyiah, Thu Lam, Jennifer Bai, Mathew Roppo, Ashley Johnson, Edward

Freiwald, Andrew Katz, 7 Notice of Appearance filed by KPMG LLP, 180 Consent to Become Party Plaintiff, filed by Seth T. Fick, Vanessa Burns, Amy Elizabeth Vogt, Jessica Leigh Williams, Andrew J. Terreri, Sisai A. Birhanu, Benjamin J. Siewart, Megan Eileen Smith, Keri A. Ehrlich, Jennifer C. Hall, Mathew J. Howard, Elissa Sheryl Yorgey, Katherine R. Johnston, 11 Consent to Become Party Plaintiff filed by Jamie Schindler, Kyle Pippins, 356 Declaration in Support of Motion filed by Kyle Pippins, 323 Reply Memorandum of Law in Support of Motion filed by KPMG LLP, 330 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits* filed by KPMG LLP, 18 Endorsed Letter, Set Motion and RRDeadlines/Hearings, 143 Order, Set Deadlines/Hearings, 46 Order on Motion to Appear Pro Hac Vice, 80 Endorsed Letter, 291 Memorandum of Law in Opposition to Motion filed by KPMG LLP, 359 Memorandum of Law in Opposition to Motion, filed by KPMG LLP, 268 Declaration in Support of Motion filed by KPMG LLP, 74 Declaration in Opposition to Motion, filed by KPMG LLP, 255 Consent to Become Party Plaintiff filed by Obianuju Linda–Mary Ekwegbalu, 310 Memorandum of Law in Opposition to Motion filed by KPMG LLP, 342 Notice (Other) filed by Brian Ascencio, Rena Zarah, Michael Welton, Leslie L Perrine, 97 Declaration in Opposition to Motion, filed by Jamie Schindler, Kyle Pippins, 298 Stipulation and Order, 304 Memorandum of Law in Support of Motion filed by KPMG LLP, 25 MOTION for Hal B. Anderson to Appear Pro Hac Vice filed by Jamie Schindler, Kyle Pippins, 280 MOTION to Seal *Certain Pleadings, Testimony and Exhibits and for Protective Order* filed by KPMG LLP, 63 Notice of Filing Transcript, 204 Consent to Become Party Plaintiff, filed by John C. Adrian, Katherine A. Sweet, Erin Diffley, Kyle L. Alexander, Danielle M. Roche (Duplessis), Lauren Sellari (Huff), Charles W. Crawford, Ailda Alushi, Scott D. Unnerstall, Benjamin D. Goode, Qiong Wang, Terese V. Strehlow, Holly C. Donley, Jenni L. Dollahon, Kara A. Paluch (Schroder), Megan R. Gilbertson, Erica A. Goode, 186 Consent to Become Party Plaintiff, filed by Karen E. Gorzynski, Michael T. Visconto, Kyle A. Starr, Sophie Y. Malati, Oscar Londono, Ariel Taylor, Matthew A. Ross, Ashley Phillips, Amir Ali, Amanda Rubeor, Damon T. Smith, Amy H. Brousse, Dennis M. Delude, Andrea S. Mosher, Enoch Chung, 216 Consent to Become Party Plaintiff, filed by Wendy R. Dalrymple, Adrienne D. Tanker, Grace T. Gutberlet, Steven T. Shulthiess, Daniel Rex, Courtney Ann Wiegard, Allison K. Slife (Hritz), Michelle L. Szames, Edward Demone, Justin T. Maier, Briana G. Bishop, Kathleen M. Autry, Bradley A. OMalley, Steven P. Duffy, Madison R. Duvall, Sarah J. Ross, 21 Endorsed Letter, 282 Declaration in Support of Motion filed by KPMG LLP, 178 Consent to Become Party Plaintiff, filed by Ryan L. Christie, Renee A. Sapp, Yu–Han Lo, Terryann A. Roberts, Yuliya Spektor, Tracy A. Tankard, Samantha S. Liao, Shirley Suet Wai So, Rebecca Mosher, Sarah F. Kuhne, Sophia Chowdhury, Thomas F. Lisnich, Rongchen Chen, 209 Consent to Become Party Plaintiff filed by Christina Ruiz, Tyler J. Whitaker, Jeffrey W. Barlam, Matthew M. Clayton, Shelley Gulati, 165 Notice of Filing Transcript, 182 Consent to Become Party Plaintiff, filed by Mark Van Winter, Michelle D. Harris, Sarah Giltner, Tracey Monday, Zachary A. Schamaun, Vanette E. Torres, Shannon Lee Morrow, Luisana Bonilla OBrien, Thomas J. Zubulake, Michael D. DAntonio, 201 Consent to Become Party Plaintiff filed by Spiro M. Dounis, Kin Kei Kevin Mok, Paul Kreger, Nicholas S. Winkler, Leo A. Matz, 81 Endorsed Letter, Set Motion and RRDeadlines/Hearings,, 220 Consent to Become Party Plaintiff, filed by Ashley N. Westmoreland, Jennifer K. Bauman, Alexander Vyshetsky, Angela Yu, Joel B. Rintoul, Allison Leigh Moore, David Kang, Brett I. Silverman, John Steven Hilborn, Hermine Barseghian, Allison Chen, Brennan J. Maloney–Krips, Ankur B. Patel, AnnMarie Stuart, Eric M. Pannell, Cristobal Lamas, Amanda J. Myers, Christine Ann Gibson, Alexander J. Gilbertson, Calvin Wu, Bryan Patrick Nelson, Cody Parker, Brandon Gemoll, Jovan Tucker, Carli Kisaba, Heidi Lynn Holmes, Francis Adams, Connie Horng, Austin R. Lewis, 236 Consent to Become Party Plaintiff filed by Nabin Banskota, Samantha M. Snyder (Lance), Theresa Khuu, 101 Declaration in Support of Motion, filed by KPMG LLP, 142 Consent to Become Party Plaintiff filed by Tammie Fossaceca, 154 Transcript, 173 Consent to Become Party Plaintiff, filed by Kara N. Bevis, Kristopher Glaser, Joseph F. Franzone, Joseph T. Leonard, Paul A. Larkins, Stephanie Eckardt, Rebecca O'Malley, Katherine A. Panzarella, Shailesh Singh, Luke Orszag, Rohini R. Seth, Kimberly Layden, Sarah K. Lindholm, Samantha M. Hunt, Magen M. Reyor, Kevin Ellis, Kristen McFarland, Matej Kollar, 326 Memorandum of Law in Support of Motion filed by Jamie

Schindler, Kyle Pippins, 305 Declaration in Support of Motion filed by KPMG LLP, 133 Consent to Become Party Plaintiff filed by Stephen Marsala, Jr., 316 Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 76 Declaration in Opposition to Motion, filed by KPMG LLP, 104 Notice of Filing Transcript, 345 Order on Motion for Discovery, 12 Endorsed Letter, 320 MOTION for Protective Order *Sealing Certain Pleadings, Testimony and Exhibits* filed by KPMG LLP, 313 Reply filed by KPMG LLP, 278 Order on Motion to Withdraw as Attorney, 43 Endorsed Letter, 210 Consent to Become Party Plaintiff, filed by Thomas Histed, Jamie Buenzow, Evan L. Wilk, Katie Cox (Westgard), James A. Bumbulsky, Margaret L. Aycock, Marc Jacob Shelton, Alyson P. LeDesky, Douglas C. Martine, Anna C. Gullickson, Kimberly C. Conner, Rinky Chopra, Mathew Brinsden, Pedro Laborde Muniz, Rebecca J. Mastarone (Elliott), Craig McNeill, Paul M. Mastarone, Sarah N. Bocks, Amber M. Ahsmann (Golden), Megan Williams, Nichole A. Serino, Mark J. DeLuca, Chau M. Ta, 132 Consent to Become Party Plaintiff filed by Lisa B. Fraley, 260 Endorsed Letter, 340 Memorandum of Law in Support of Motion filed by KPMG LLP, 156 Order on Motion to Appear Pro Hac Vice, 275 MOTION for Steven T. Catlett to Withdraw as Attorney filed by KPMG LLP, 230 Consent to Become Party Plaintiff filed by Kristen N. Kelly, Meredith Rogers (McCarthy), Melissa McQueen Curl, Ryan M. Swaner, Lisa A. Bland (Horton), 170 Consent to Become Party Plaintiff, filed by Laura Westensee, Brian Ross Dout, Thomas M. Kerr III, Rennie Henry, Sean Paul Hathorn, James J. Lenihan III, Alan William Roeder, Nicholas Paul Nordman, Alanna Cooper, Julian Joaquin Murrieta, Trinity Marcia Mascola, Erin Elizabeth Donia, Matthew Wenzel, Chase Michael Gardner, Maura Helberg Lange, Kyle Andrew Gasaway, Erika Elko, Erin J. Elliot, 363 Order on Motion to Alter Judgment, Order on Motion for Entry of Judgment under Rule 54(b),, Order on Motion for Entry of Judgment under Rule 54(b), 128 Notice of Substitution of Attorney, filed by Jamie Schindler, Kyle Pippins, 355 Memorandum of Law in Support of Motion filed by Kyle Pippins, 225 Consent to Become Party Plaintiff filed by Penelope Yurkovich (Normandin), Diana A. McArdle, Justin B. Cook, 3 Certificate of Service Other filed by Jamie Schindler, Kyle Pippins, 5 MOTION for Gregg I. Shavitz to Appear Pro Hac Vice filed by Jamie Schindler, Kyle Pippins, 350 Endorsed Letter, 322 Declaration in Support of Motion filed by KPMG LLP, 88 Order, Set Deadlines, 272 Memorandum of Law in Support of Motion filed by Jamie Schindler, Kyle Pippins, 17 Order on Motion to Appear Pro Hac Vice, 124 Memorandum of Law in Opposition to Motion, filed by Jamie Schindler, Kyle Pippins, 302 MOTION for Protective Order *SEALING CERTAIN PLEADINGS, TESTIMONY AND EXHIBITS* filed by KPMG LLP, 61 Order on Motion to Appear Pro Hac Vice, 224 Consent to Become Party Plaintiff, filed by Yulia Shmatkova, Sarah E. Callan Stanclift, Del Ciela Basilio, Winnie Chan, Andrew V. Linville, Michael T. Storin, Preston Jeung, Robert S. Chun, Brittany L. Fedun (Figliolino), Rachel Houdek, Adam Travis, Zeb F. High, Jr., Steven A. Mich, Michael W. Derington, Emily Boeckmann, Samantha Zimmer, Sunita Kumar, Eric Nowakowski, Christopher M. Ferrell, Michael J. Fedun, Logan J. Christianson, Adam D. Colba, Kevin M. McBride, Elijah McIntosh, Michael D. Coriell, Stacie M. Onken, 226 Stipulation and Order, 30 Memorandum of Law in Support of Motion filed by KPMG LLP, 113 Endorsed Letter, Set Motion and RRDeadlines/Hearings, 179 Consent to Become Party Plaintiff, filed by Michael Arcuri, Kate Pinney, Amanda L. Shay, Priya Patel, Casey Lock, Scott R. Nunez, Jennifer M. Interlandi, Drew R. Froehlich, Michael A. Jablonski, Michelle M. Krause, Kaliope Tsoflias, Indre Stunzenas, 254 Consent to Become Party Plaintiff, filed by Priya Vasudevan, Satomi Takahashi, Erik H. Olsgaard, Trisha Lewis Martin, Taeook Kwon, Kevin Bekas, Ashley Tinnirella, Colin Shinners, Emily Barzee Herrick, Vincent Pisano, Brooke A. Ballance, 66 Order, 115 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order* filed by Chamber of Commerce of the United States of America, 198 Consent to Become Party Plaintiff filed by Philip Mezheritsky, William L. Fine, Benjamin Jurgens, Amy A. Hillenbrand, Stephanie N. Johnson, 263 Consent to Become Party Plaintiff filed by David B. Landrum, Steven G. Ohl, Miki Nakazawa, 185 Consent to Become Party Plaintiff filed by Nathan Fedders, Christina Spannos (Papscoe), Kristen Troia, 135 Order, 344 Endorsed Letter, 347 Stipulation and Order, 190 Consent to Become Party Plaintiff, filed by Casey J. Hocevar, Eric D. Mead, Yoana Allen, John M. Schenk, Jason Rosiello, Galen P. Ward, Timothy McCormack, Katherine L. Aye, Sarah E. Morgan, Brittany K.

Hopp, Samantha D. Leonard, Togos Zorig, 333 Memorandum of Law in
Opposition to Motion filed by KPMG LLP, 129 Order on Motion to Certify Class,
144 Endorsed Letter, 317 Reply Memorandum of Law in Support of Motion, filed
by Jamie Schindler, Kyle Pippins, 103 Transcript, 136 Endorsed Letter, Set
Deadlines, 211 Consent to Become Party Plaintiff, filed by Michael W. Truettner,
Megan Erwin, Javonna E. James, David B. Bawel, Lynn K. Spokas, Kingman
Chan, Jr., Keith B. Papish, Bradley T. Owens, 174 Consent to Become Party
Plaintiff, filed by Jared Brice Filus, Melissa Mulick, Brian Walker, Nicole Davis,
Joshua Timothy Dahmen, Jessica Minor, Chad W. Wonderling, Wei Song, Kelsea
Echo Yu, Ashley Holman, Ashley A. Darden, Chelsea Neale Collins, 203 Consent
to Become Party Plaintiff,, filed by Prparime Limani, Petruta L. Gantoi, Alison M.
Rooney, Wondirad A. Tsegaye, Robert L. Schlaud, Jr., Andrew J. Zens,
Christopher A. Welch, Rondal Harris, Jr., Justin M. Terzo, Edward A. Valentino,
Brittany L. Pancheri, Jacob O. Tech, Thomas A. Reid, Nathan E. Carlton, Kelly B.
Posten, Sean A. McGovern, Jessica R. Preston, Brian Ascencio, Kerri Blum,
Michinori Kaneko, Tamara R. Hook, David Charles Robertson, Fadil Limani,
Michael D. Gogolen, Jennifer A. Matous, Thaddaeus M. Burgess, Sara Lee, Jillian
Schlaud, David C. Whitney, Kyle V. Brown, 206 Consent to Become Party
Plaintiff, filed by James R. Taylor, Jay M. Verrill, Nathaniel Edelman, Angela
Wen–an Yu, Emily Kupec, Jonathan W. Wright, Shirley–May Soong, Ivi Santoso,
Timothy D. Long, Bradley K. Jastrow, Nestor Urita, Jr., Jiesi Chen, Christine
Sullivan (Fraga), Jennifer Thompson (Peter), Travis J. Viera, Connie M. Hu,
Alexandra K. Snukal, Zachariah Cooper, Winly Vuong, Thomas X. Yao, Mary E.
Nadjarian, Kelly Price, Keiko Hirakawa, Bryan Schroeder, Xuejiao Jiang, Timothy
I. Miller, Janette Ricks, Anthony Kimani, Michelle S. Luk, Artsiom Anisko,
Mikiko Sugaya, Samuel A. Kuznetzoff, Jeremy P. Dugan, Young Tak Song,
Shannon Comrie–Booth, Karishma Barua, Valerie Ware, Edward A. Garcia,
Denise Worsley, 55 Order, 109 MOTION For An Order Pursuant to Rule 72(a) of
the Federal Rules of Civil Procedure and 28 U.S.C. Section 636(b)(1)(A) re: 106
Order on Motion for Protective Order, filed by KPMG LLP, 164 Notice of Filing
Transcript, 28 Answer to Complaint filed by KPMG LLP, 228 Endorsed Letter, Set
Scheduling Order Deadlines, 131 Endorsed Letter, 338 Declaration in Support of
Motion, filed by Jamie Schindler, Kyle Pippins, 64 Endorsed Letter, 352
Scheduling Order, 23 Order on Motion to Transfer Case, 167 Endorsed Letter, 200
Consent to Become Party Plaintiff, filed by Uyen Tran, Virginia Grzenia, Yim Chi
Cheng, Charles E. Mertz II, Sarah R. Sims, Shawn M. Parent, Richard S. Seger III,
Paul R. Scott, Pamela S. Lee, Natalie M. Marshall, Jill N. Minshew, Matthew
Schwerin, Robert G. Pyrz, 318 Reply Memorandum of Law in Support of Motion
filed by Jamie Schindler, Kyle Pippins, 361 Reply Memorandum of Law in
Support of Motion filed by Jamie Schindler, Kyle Pippins, 99 Notice of Filing
Transcript, 96 Memorandum of Law in Opposition to Motion filed by Jamie
Schindler, Kyle Pippins, 183 Consent to Become Party Plaintiff, filed by Eric
Joseph Paulson, Jonathan Bingham, Jeniffer Shea Kratville, Kyle Joseph Chagnon,
Julia Bushe, Christopher O. Weiss, Justin S. Norton, Laura Guarraci, Jessica Erin
Simpson, John R. Hamill III, James A. Dorey, Laurie Chen, Gayle Robin Patasnik,
Justin Gregory Wicks, 223 Consent to Become Party Plaintiff filed by Connor
Donnelly, Chad B. Underwood, Emily R. Boriack, Trent C. Brown, Peter J. Helf,
130 Endorsed Letter, 68 Endorsed Letter, 162 Consent to Become Party Plaintiff,
filed by Eve Buckwalter, Jason T. Bailey, David Craig Roberts, Jake Kransteuber,
William Robert Kraft, Mallory Brown Hoidal, Hong F. Walrond, Jaison Vovra,
Michael McPherson, Zachary A. Kayser, Xuan Sun, Travis J. Vogt, Scott
Rumberg, Matthew Trinh, Erin M. Roberts, Sean W. Sullivan, Elizabeth Lea
Chandler, 264 MOTION for Summary Judgment filed by KPMG LLP, 188
Consent to Become Party Plaintiff, filed by Chris Jones, Timothy J. Strehlow,
Caitlin C. Clark, John M. Butler, James R. Duncan III, Genna N. Love, Adam
Chrudimsky, Ethan J. Giller, Michael Spano, Ashley Prosek, Gregory S. Torbic,
Kristina M. Harrison, Stephanie A. Yesnofski, Thomas B. Wilson, Kristin N.
Hoffman, Dylan C. Gfeller, Jolene N. Rabena, Zachary J. Cyman, Christopher
Furlong, Matthew C. Gadzinski, 357 MOTION for Entry of Judgment under Rule
54(b) filed by Jamie Schindler, Kyle Pippins, 127 Declaration in Support of
Motion, filed by KPMG LLP, 168 Consent to Become Party Plaintiff, filed by
Bradford Moye, Jeffrey M. Croft, Yuan Zhang, Christopher W. King, Jennifer L.
Johnson, Mark Edward Martinez, Michael Rath, Jana Milenky Weissman, Sho
Chinen, Sreya S. Alex (Samuel), Allison Peltier Gillam, Cairo J. Carr, Daniel

Mattar, Steven Calder, Ryan Verkamp, William T. Gutknecht, Jessica Deyo, Brett E. Kirkland, Ryan S. Svorinic, Davin Lee Cottle, Xuemei Ren, Jacqueline Marie DeMeo, Michael L. Steele, Kerri J. Allen, Maya E. Procinsky, Christian Ryan Daniel Halligan, _35_ Declaration in Support of Motion, filed by Jamie Schindler, Kyle Pippins, _348_ Consent to Become Party Plaintiff filed by Samantha Anderegg–Botichi, Tia Alisha Finn, Kei Kuramoto, Hui Shan See, Michael Addison Harris, _343_ Endorsed Letter, _122_ Endorsed Letter, _267_ Declaration in Support of Motion filed by KPMG LLP, _365_ Notice of Appeal, filed by Tiffany Chua Chan, Patrick Chan, Jonathan Bingham, Juan P. Barajas, Robert Pabst, Miguel A. Marin, Alyson L. Reimer, Amanda Authement, Connor Donnelly, Dalia Klimkowski, Nicole Davis, Diana Chia, Andrea Diaz, Ariel Taylor, Alison G. Brooks, Guillermo E. Trigo–Mendez, Andrea Henry (Speck), Rainy Leforce Spring, Gregory S. Torbic, Nicholas S. Winkler, Joshua D. Smith, Brent Vetter, Heather L. Hall, Brianna R. Truex, Chase Michael Gardner, David E. Chinoski, Lisa Grund, Christine Ann Gibson, Kei Kuramoto, David A. Johansson, Peggy Liu, Terese V. Strehlow, Moony C. Tong, David Charles Robertson, Andrew T. Kwitowski, Michael Dean Davis, Michelle M. Krause, Gregory Alan Morse, Leigh Anne Rozycki, Dylan C. Gfeller, Kelvin G. Cheng, Carli Kisaba, Matthew Giammarinaro, Maya E. Procinsky, Ari Michael Baruch, Bogdan Milin, Reanna D. Leitaker, Maile M. Lewis, Noelle M. Carlo, Megan Erwin, Brent E. McLaren, Marvin K. Mayotte, James R. Kirihara, Caitlin C. Clark, Melissa K. Langone, James W. Forsythe, Pattanan Decharaveeroj, Randy R. Placzek, Andrew John Leavitt, Christopher K. Lee, Katrin D. Salta, Michelle L. Szames, Eric Van Fredricksen, Scott D. Unnerstall, Kristen Chong, Brian Ascencio, Richard N. Tinelli, Daniel McCormick, Hyangsoon Lee, Ryan B. Markowitz, Sophia Chowdhury, Kristen M. Coulombe, Margo Pacanowski, Lisa B. Fraley, Julie Wilson, Samantha Anderegg–Botichi, Prparime Limani, Nathaniel Edelman, Thomas J. Chloe, Jared Paul Neeley, William S. Lockard III, Olutosin Okunoren, Kristopher Glaser, Elliot Parks, Michael Arcuri, Angela Guerrero Willhoft, Andrew J. Porubcan, Flora Kang–Jung Wang, Anna C. Gullickson, Brittany L. Fedun (Figliolino), Michael S. Becker, Edward A. Valentino, Christina Ruiz Minesis, Davona Kelly, Brittany Nicole Lay, Joel Coffey, Heather K. Blake, Alexander J. Gilbertson, Laura Guarraci, Paulette M. Heur, Brian Edward Capstick, John R. Hamill III, Daniel Wullschleger, Alexandra D. Chou, Mina Lisa Teymourtash, Ashley Holman, Eric Nowakowski, Lazarus W. Vittas, Elizabeth Cho, Brandon Gemoll, Neil M. Morgan, Katherine L. Aye, Benjamin D Harmon, Thaddaeus M. Burgess, Andrew Pulitano, Rachel N. Otley, Laurie Chen, Henry Ymas Crockerham Jr., Daniel T. McNevin, Renee A. Sapp, Ryan Meals, Michael W. Truettner, Laura Westensee, Kristen N. Kelly, Christine DeBonee (Labrie), Tie G. Lasater, Joshua Adam Mandelberger, Jaime Hinojosa, Kyle A. Starr, Kyle Joseph Chagnon, David D. Thomas, William E. Cloutet III, Elizabeth H. Cunningham, Zahra J. Castillo, Christopher A Marino, Mark M. Ulrich, Clifford Hayhurst III, Ronnie Zabiguy, Garrett Dee Cazier, Jennifer D. Sing, Bryan Schroeder, Katharine Omura, Christopher I. Strother, Stephen F. Endres, Michael Yoo, Monica L. Long, Janette Ricks, Laura Rath, Wei Song, Cristobal Lamas, Scott R. Nunez, Juliet Lee Smith, Kyle E. Langner, Amit Kukreja, Anthony Sassali, Melissa L. Brown, David Curtis, John P. Kindelin, Erin Elizabeth Hart, John Lavin, Michael Welton, Brittany K. Hopp, Edward Freiwald, Meng–Lin (Mona) Lu, Elijah McIntosh, Jeffrey Manning, Mario Fani, Justin N. Beebe, Leslie Keathley, Diana S. Johnston, Daniel P. Thor, Anna Sheynkman Gorin, Michelle D. Harris, John Deng, Daniela Lundin, Diego A. Bello, Allison Leigh Moore, Nestor Urita, Jr., Bryan Kyle Zerr, Wassim Berro, Marc Jacob Shelton, Christopher O. Weiss, Douglas D. Martine, Yaelle E. Bernstein, Nicholas A. Paonessa, Allison McGuire, Katsiaryna Tsybina, Tammie Fossaceca, Elisa Lee Hua Wu, Brennan J. Maloney–Krips, Chad W. Wonderling, Jeannine Wheeler, Derek P. Snikeris, Trisha Lewis Martin, AnnMarie Stuart, Edward Demone, Michael Chiulli, Kevin Bekas, Dawson Hale, Andrew J. Choly, Elizabeth D. Brown, Nina J. Aves, Hua–Jung Yu, Timothy DeLuca, Brian D. Stock, Michael A. Jablonski, Nimish Patel, Timothy McCormack, Kristen Leigh Provix, Holly C. Donley, Ross Silverman, Jennifer Lai, Amy H. Brousse, Erica A. Goode, Matthew C. Gadzinski, Katherine Anne Kilgore, Connie Horng, Julie M. Knight, Andrew Katz, Kerry Ann Berg, Philip Mezheritsky, Gregory T. Montgomery, Emilie J. Britt, Brian J. Cogley, Savannah Lehman, Leslie Jordan, Susan Chartier (Gomes), Del Ciela Basilio, Lauren Elizabeth Friends, Krysten M. Genaway, Lauren A. Morris,

Matthew T. Haines, Courtney Ann Wiegard, Glenn Palilla, Joseph Kaufman, Joshua Timothy Dahmen, Justin Spike, Mark Kramer, Patrick C. Ofordire, Thomas Dufresne, Taeook Kwon, Christopher L. Burgess, Artsiom Anisko, Luke Orszag, Christopher J. Calvey, Scott Rumberg, YuQuin Wen Bohannon, Keith B. Papish, Sarah N. Bocks, Kyle Pippins, Ryan S. Svorinic, Mathew Roppo, Heidi Lynn Holmes, Michael Ian Tarrant, Victoria E. Whelan, Evan M Zawatsky, Sean W. Sullivan, Leo A. Matz, Petruta L. Gantoi, Alison M. Rooney, Brian Ross Dout, Kristine P. Somera, Manal Elhag, Cara Ann Juffer, Rebecca A. Krammen, Cant Charles Christopher, Joseph Walter Vazzano, Luke Cletus Iverson, Carmen M. Tellez, Shirley−May Soong, Dana Marie Gansky, Melanie So, Meredith Rogers (McCarthy), John M. Pontecorvo, James A. Bumbulsky, James Douglas Nelson, Colleen Brennan, Paul A. Larkins, Anne Male, Thomas X. Yao, Allison K. Sanden, Amanda L. Shay, Patrick J. Garbani, Joseph N. Levy, Ankur B. Patel, Amy Elizabeth Vogt, Robert Liu, Alison J. Moss, Jessica Deyo, Paula A. Boone, Lauren M. Brown, Kayla L. Barrett, Brian Shaw, Jenna L. Anderson, Xuemei Ren, Joseph Gibson, Megan Williams, Aiman M. Wahdan, Jacob Spear, Michael Deter, Michael D. Coriell, Austin R. Lewis, Kevin W. Young, Valerie Tang, Stephanie N. Johnson, Elizabeth Reisman, Jing Tao, Bryan Davis, Steven G. Ohl, Evan L. Wilk, Edward H. Levy, Jason T. Bailey, Daniel J. Robertson, Robert S. Chun, Karen L. Juan, Keenan James McCullough, Christopher D. Bushey, William Baxter, Mallory Brown Hoidal, Frederick James Cowan Jr., Jenna N. Cofman, Dong Chen, Matthew A. Pitetti, Jessica Vavithes, Colin Shinners, Samuel A. Kuznetzoff, Edmund A Windsor, Amanda Shatzman, Anna Huang, Valarie Anne Vaughan, Billy R. Wleczyk, Christine L. Blaylock, Benjamin J. Siewart, Kenji Nonaka, Santo S. Gramando III, Thomas R. Tarsitano, Ken Ukai, Adam Joseph Van De leuv, Suihong Wang, Jeffrey T. Wong, David C. Carley, Kin Kei Kevin Mok, Christopher W. King, Ryan Ray Olsen Painter, Adam T. Marchant, Yu−Han Lo, Robert Vidal III, Da Wang, Sarah Giltner, Brandon Burkley, Alanna Cooper, David Jalette, Sreya S. Alex (Samuel), Ann Patricia Salamunovich, Johnny Acosta, Allison C. Hylton, Kristina Eng, Paul Kreger, Robert A. Miller, Jennifer M Stewart, Stephanie Eckardt, Vanette E. Torres, Geffery Hubble, Casey Lock, Sarah Tucker Mahar, Katherine A. Panzarella, Katlin A. Mick, Lennon Smith, Paul W. Kemp, Stacia Charland, Chengcheng Shi, Aliesha Nathu, Samantha S. Liao, Shannon Comrie−Booth, Brett E. Kirkland, Bryan Patrick Nelson, Cody Parker, Jeffrey W. Paramore, Drew R. Froehlich, Sarah L. Luna, John Hays, Katrinaca E. Ware, Kerri J. Allen, Jacob R. Linville, Benjamin B. Anderson, Steven B. Russell, Jillian M. McCool, Adam L. Bockman, Meghan E. O'Malley, Heidi Smilde, Kyle V. Brown, Morgan Ann Frame, Enoch Chung, Leslie Ellen Davis, Joshua D. Bicknell, Matthew S. Taylor, Theophilos S. Constantinou, Yulia Shmatkova, Jeffrey G Pike, Yuan Zhang, Eric Dickinson, Michael D. Pick, Rennie Henry, Michael T. Visconto, Nicholas A. Ebersole, Philip Twede, Yoana Allen, Jia Yin Wu, Jana Milenky Weissman, Yuliana Ruff, Andrew V. Linville, Christine Sullivan (Fraga), Nicole M. Anderson, Carol A. Parrish, William L. Fine, Jeromy R. Davenport, Dylan Williams, Sara Maggio, Jake Kransteuber, Derek Sykes, Ellen Volodarsky, Amir Ali, Mathew Brinsden, Ashley S. Guthmann, Mai Endo, Keely O. Lindstadt, David Freund, Travis J. Vogt, Mark Preston Brough, Steven S. Merrill, Matthew Mills, Jeremy R. Johnson, Robert M. Merenda Jr., Anna E. Broudy, Maria del Mar Hernandez, Kerry L. Blatt, Karen Meyers, Kevin M. Olkowski, Seville Nicole Christmas, David Piatek, Melissa Mulick, Joel B. Rintoul, Marcus A. Flynn, Pietro Maddalena, Laura Ann Westenberg, Nicholas Paul Nordman, John P. Harris, Amanda Rahner, Ross Bruening, Brett I. Silverman, Connie M. Hu, Richard Armstead, Kelly A. Clark, Rinky Chopra, Allison Chen, Tanya R. Mazakian, Cairo J. Carr, Vanessa Burns, Matthew Wenzel, Janice Daclan, Amir F Aslam, Stephanie A. Yesnofski, Chanelle Takemoto, Crena E. Sprague, Zachary A. Kayser, Diana Fazylova, Kanuri Bhanu Priya, Amy Hertz, Melissa Gerdung, Zhen Su, Kevin Ellis, Lauren T. Quinn, David P. Grimner, Michael H. Lovecraft, Jonathan DeBeaumont, Teresa Carranza, Erin M. Everly, Robert Redling, Megan Orr, Robert Dustin Cathcart, David W. Allen, Mark A. DeBonee, Jessica R. Conway, Brent E. Arnold, Alan William Roeder, Adam Minsky, Paras H. Dagli, Obianuju Linda−Mary Ekwegbalu, Charles Baumann, Francine Hoyle, Donald Richard Karr, Stacy McGoldrick, Satomi Takahashi, Joseph Gentzkow, Sean A. McGovern, Lynnie Hickey−Mehic, Jan−Michael de Vera, Mona Aflatooni, Jonathan D. Leins, Steven A. Mich, Dominica Barber, Krista Suzanne Niebrugge, Matthew A. LaPointe, Damon T. Smith, Julia Abbott,

Shawn O. Gillespie, Michael J. Fedun, Mathew J. Howard, Steven Murphey, Madison R. Duvall, Tomoko Furukawa, Sean McKenna, Aaron Cheung–Kwong Chan, Kathryn E. Towle, Rongchen Chen, Dennis R. Delude, Sara Lengler, Michelle Okabe, Katherine A. Sweet, Daniel Huey, Adrienne D. Tanker, Niles Reid Bergstrom, Robert C. Thayer, Jennifer L. Johnson, Shawn M. Parent, Bryan Staniszewski, Jason Lalk, Fatima Sediqzad, James R. Duncan III, Robert L. Schlaud, Jr., Bradley K. Jastrow, Jiesi Chen, Lauren Sellari (Huff), Sakina Khan, Rondal Harris, Jr., Chava S. Schwartz, Michael Santolucito, Ashley Billinger, Morgan M. Pearson, William Drzich, Nathan Andrew Bell, Charity Nicole Lee, Bethany N. Adams, Ying Chen McEwen, Jackson Y. Kuo, Tracy A. Tankard, Jason Owen, Qiong Wang, Evan M. Dashe, Jeanette L. Peck, Paul M. Mastarone, Constance Onyiah, Michael Vahidtari, Peter J. Helf, Jordan Samet, Kumiko Tanaka, Geneva Wigfall, Nichole A. Serino, Elissa Sheryl Yorgey, Jennifer H. Heist, Julian Paik, Kristina M. Bross, Bradley T. Owens, Jamelle A. Nelson, Jill Leah Stanley, Ashley N. Westmoreland, Eve Buckwalter, Virginia Grzenia, Cristina Marie Del Buono, Daniel Andrews, Charles E. Mertz II, Justin B. Bobus, Vera Zhuravleva, Philip Tuinuku Smith, Richard L. Ward, Michael T. Storin, Ryan M. Spurlock, Sumi Choi, Yuliya Spektor, Paul R. Scott, Jacob O. Tech, Matthew A. Ross, Nabin Banskota, Timothy I. Miller, Josef H. Farbstein, Anthony Kimani, Steven Calder, Marc Ryan Fillari, Jessica R. Preston, Gordon E. Walters, Maura Helberg Lange, Justin T. Maier, Sue Yen Chong, Nicole Elizabeth Anderson, Shelley Gulati, Dino J. Rossi, Keri A. Ehrlich, Lauren Lippincott Darsey, Yelena Kotsar, Marc Ferriello, Gaelan Boss, Lauren C. Thornton, Anthony C. Zaccarelli, Eric Joseph Paulson, Jason R. Walter, Amanda K. Johnson, Jeniffer Shea Kratville, Natalie C. Cusat, Arley R. Ewald, Ethan J. Giller, Jason Dale, Allison Peltier Gillam, David Craig Roberts, Jessica H. Lott, William S. Tierno, Rachel L. Guild, Jason Sattar, Russell James Monson, Benjamin Jurgens, Brett Stieglitz, Hong F. Walrond, Brandon D. Bhagat, Vincente Figueroa, David J. Murray, Chun Y. Zhang, Matthew Trinh, Amanda S. Hoffman, Valerie Ware, Sisai A. Birhanu, Lucorin J. Mathis, Heather Schrader, Michael Weichholz, Alisha Brumbaugh, Michael L. Steele, Marisa Salerno, Kevin (Keun) W. Pak, Neil Shah, Andrea S. Mosher, Carolyn Yip, Cara S. Grieco, Chris Jones, Kiera J. Watson, Ashley Albers Austin, Ian A. Ruddock, Alaina Jo, Stephanie Pham, Sumiah A. Jaber, Diana A. McArdle, Erica Barham, Sarah E. Callan Stanclift, Danielle M. Roche (Duplessis), Stephen Boscola, Vanyna M. Louis, Terryann A. Roberts, Timothy D. Long, Lindsey McLaughlin, Sho Chinen, Margaret L. Aycock, Zachariah Cooper, Allison K. Slife (Hritz), Mary E. Nadjarian, William Robert Kraft, Daniel Mattar, Amanda Menniti, Justin B. Cook, Eric M. Pannell, Jae Y. Chung, Nicole C. Doran, Anthony J. Matulac, Christopher John Howe Collato, Michelle L. Mysuna, Scott Campobenedetto, Michael A. Levin, Kelly Yi, Laura Shumake Savarese, Hillel Weingarten, Jill N. Minshew, Samantha D. Leonard, Zhanna A. Freeman, Colleen M. Catalano, Theresa Khuu, Katherine R. Johnston, Christian Ryan Daniel Halligan, Samantha Richards, Jared Brice Filus, Scott E. Midla, Evelyn Chan, James D. McClelland, Jr., James J. Lenihan III, Jonathan T. McPharlin, Ronak Brahmbhatt, Dayna E. Kitter, Preston Jeung, Tyler J. Whitaker, Orealis Marie Alvarado, Faical Elhajjam, Hermine Barseghian, Myra S. Aslam, Charles W. Crawford, Harrison D Cole, Erin Elizabeth Donia, Kelly B. Posten, Parissa Hannah Daneshmand, Daniel Parks, Ryan Verkamp, Charlotte Nicholson, Kyle Andrew Gasaway, Lisa M. Morgado, Kingman Chan, Jr., Lina Wang, Neil L. Korotkin, Hui Shan See, Sunita Kumar, Jessica P Puckett, Sarah E. Morgan, Reuben Abitbol, Stephanie T. Unkart, Sara R. Floreani, Phillip M. Heu–Weller, Rebecca Mielnik, Hussein Salim Allibhai, Gabriel Kangas, Jay M. Verrill, Angela Wen–an Yu, Angela Yu, James Rinaldi, Christen A. Page, Michael Rath, Christopher R. Dotson, David Kang, Travis J. Viera, Richard S. Seger III, Lauren Danielle Caplan, Lillian N. Fraguada Vializ, Shannon Lee Morrow, Denaimou C. N'Garsanet, Alexandra Wittenberger (Bakamus), Catherine E. Kaylor, Ailda Alushi, Matthew B. Daniels, Jenna H. Karmel, Michelle S. Luk, Katherine L. Nordman, Ashley Tinnirella, Zeb F. High, Jr., Jessica Erin Simpson, Melissa S. Scalici, Kathleen M. Autry, James A. Dorey, Rebecca Mosher, Young Tak Song, Eric R. Wilson, Megumi Komiya Nakamura, Jennifer M. Grayson, Kristen L. Muncie, Tania Rhanda Ahmad, Matthew Birmingham, Zachary J. Cyman, Sarah J. Ross, Thomas P. Keegan, Adam D. Lake, Ashley A. Darden, Christina M. Saia, Matej Kollar, Leslie L Perrine, Thomas Histed, Spiro M. Dounis, Daniel Hadi Tabib, Kristie Davis Zapf, Timothy D. Johnston, Katie Cox (Westgard), Sean Paul Hathorn, Seth T. Fick,

Terrance L. McKnight, Julia Bushe, Javonna E. James, Joseph F. Franzone, Michelle Epstein, Miran Seo, Christopher A. Welch, Justin M. Terzo, Ryan Strout, Michael L. Lembo, Ashley Prosek, Robert Karr, Su Zheng, Kayla Marie Futch, Thosana Tan, Cesaria Rutigliano, Thomas W. Scott, Lacy R. Glaser, Trevor D. McKendrick, John G. Estelle, Michinori Kaneko, Mikiko Sugaya, Janine Joyce De Jesus, Irfan A. Raza, Matthew Skellan, Katherine M. Beebe (Pickert), Ciara Marino, Karishma Barua, Craig McNeill, Shavon Tucker, Joelle M. Brown, Sarah K. Lindholm, Emily Barzee Herrick, Michael D. Gogolen, Megan Eileen Smith, Cheryl Tripodi, BeiLai Ge, Ryan D. Carr, Loretta G. Hill, Kristina Mendez, Corey Jones, Christopher Adam Wade, Kevin M. McBride, Robert J. Miranda, Elizabeth Lea Chandler, Stephanie M. Aldecoa, Arpan Patel, Kristina Rengel, Jennifer L. Crowe, Thomas M. Kerr III, Yim Chi Cheng, Jamie Buenzow, Ashley Rosanne Dwyer, Drew Harris Rosen, Matthew D. Ytzen, Priya Vasudevan, Leigh Geist, Daega Fatah, Sarah Jane Medrano, Megan L. Opsahl, Hector Estrada, Emilio Jorge Sartori, Jamie Schindler, Oscar Londono, John Steven Hilborn, Donald Shaw, Zachary A. Schamaun, Daniel Chen, Alla Shutyi, Priya Patel, Domenico Pontrelli, Lauren Plumley, Andrew Hardy, Shun Tung Lam, Jessica R. Beckendorf, Tameka L. Hammond, Lauren Schaefer, Kerri Blum, Thomas B. Wilson, Andrew J. Terreri, Maureen E. Scarff, Yelena Glants, Holly M. Saxby (Sowersby), Samantha Zimmer, Carly N. Kintzing, Jennifer Rios, Ashley M. Turner, Ryan J. Keys, Logan J. Christianson, Jenni L. Dollahon, Stephanie R. Conti, Kara A. Paluch (Schroder), Matthew B. Smith, Thomas F. Lisnich, Eric Yu, Jeffrey P. McNerney, David B. Landrum, James R. Taylor, Alana Perini, Emily Kupec, Young Seoh Lee, Jonathan W. Wright, Marilyn Louis, Stacey M. Zafiroff, Eric Yee, Joseph T. Leonard, Jennifer Mills, Rachel Houdek, Ian Nichols, Keiko Hirakawa, Kelly Price, Fay M. Richards, Jin Xing Wang (Xue), Kelsea Echo Yu, Dana M. Van Nostrand, Stacey Gill, Erika Ryan Larson, Robert M. Petersen, Thomas J. Zubulake, Jeremy P. Dugan, Michael D. DAntonio, Thu Lam, Gregory Goldsand, Fadil Limani, Yulia Barland, Vincent J. Passafiume, Vivian K. Lau, Christine Chiaramonte, Heather Buss, Kyle L. Fletcher, Annette Sabrina Williams, Megan E. Toms (Humber), Mathieu Weill, Anita J. Tse, Drew M. Biddle, Yanina Reznikov, Andrew Rehm, Shirley Jean Criddle, Sara A. Lasek, Stephen Van Lyon, Xiaojuan Chen, Poonam Sakhrani, Laura Elizabeth Reynolds, Kaitlyn Hartwell, Matthew Kunz, Evan R Parzych, William Waits Raulerson, Elizabeth M. Simmons, Daniel Rex, Kimberly C. Conner, Matthew John Jefferies, Christopher Cacanindin, William B. Ross, Daniel N. Marrone, Jonathan Wiener, Keturah Moss, Nathan Edward Bertsch, Kimberly Danielle Blaise, Steven Oscarson, Ashley Matrak, Tyrone Guillory Jr., Constance Leung, Andrew J. Gallegos, Amber M. Ahsmann (Golden), Ramon Valls, Matthew Schwerin, Brooke A. Ballance, Takeo Uchida, Chau M. Ta, Ryan L. Christie, Li Liu, Shannon Cunniffe, Grace T. Gutberlet, Dowling Burke Stough, Anne M Martin, Brian Walker, Ann Salinas, Michael Crnkovich, David S. Guy, Kate Pinney, Andre Comparini, Ashley E. Falter, Atul Prasad Adhikary, Tracie Togami, Luisana Bonilla OBrien, Jennifer L. Howell, Neil Thomas Punt, Regina V. Farrell, Pedro Laborde Muniz, Samantha M. Snyder (Lance), Joe Manuel Guerrero, Samuel Robert Young, Calvin Wu, Davin Lee Cottle, Samantha M. Hunt, Jennifer A. Matous, Nitin Mundra, Heather L. Boring, Magen M. Reyor, John M. Jambers, Shuang Lu, Jonathan R. Warriner, Danielle A. McCoy, Sergio D. Ramos, Michael Addison Harris, Chelsea Neale Collins, Sean P. Fischer, Erin Diffley, Ani Susan Menendian, Alexander Vyshetsky, Holland Stimac, Timothy J. Strehlow, Ny–Liang Wang, Mark Edward Martinez, Danielle L. Cahill, Daniel Colvin, David Edward Feldman, Valerie T. Kaufman, Abby Griesedieck (Reeves), Julian Joaquin Murrieta, Chipman R. Seale, Winly Vuong, Kyle Vitale, LaCresha Eronne Millner, Tyler Skelton, Patrick A. Thompson, Xuejiao Jiang, Alex Cook, Heather R. Rogers, David Suh, Zachary J. Pettinger, Irina Brimmell, Galen P. Ward, Marc C. Abraham, Shirley Suet Wai So, Amy A. Hillenbrand, Aubrey A. Schmidt, Aaron D. Goodman, Kelly Marie Lock, Gayle Robin Patasnik, Sarah Vanlandingham, Jennifer Kline, Mark J. DeLuca, Shane Huiberts, Sergey Tkachev, Indre Stunzenas, Joanna Canaras, Mark Van Winter, April L. Doten, Hayley L. Ford, Lauryn King, Felicia Brenner, Leif E. Bergquist, Ivi Santoso, Clayton J. Huffman, Jennifer L. Arthur, Andrew J. Zens, Sophie Y. Malati, Peter Panagos, Antoine Raie, Alanna J. Zahora, Chad B. Underwood, Erik H. Olsgaard, Aubrey Marie Bickmore Neeley, Mary Benson Smith, Nathan L. Wilbur, Emily R. Boriack, Christopher Blake Elliot, Eric Hills, Amanda Rubeor, Jessica Marie Bushey, Ryan Farrell Holmes, Matthew E. Wren, Jolene N. Rabena, Elizabeth A.

Palmeri, Denise Worsley, Christine A. Reed, Kunal Dudheker, Sandra Rak, Erin S Saunders, Jack Yi–Ping Tang, John C. Adrian, Jennifer M. Peyton, Urim Choi, Jeffery V. Kent, Jr., Karen E. Gorzynski, Adele M. Domingue, Joseph J. Rother, John M. Butler, Adam G. Avni, Albert Li, Dustin F. White, Winnie Chan, Kenneth Ty, Aren J. Cowan, Amira Moris Farag–Beshay, Lauren Goldfarb, Rachel M. English, Svetlana Condur, Matthew C. Reighard, Lynn K. Spokas, Inessa Zolotareva, Muhammad Umar Hamid, Hui Zhi, Patrick Michael Funk, Christopher Capicotto, Peter John Puglisi III, Pamela S. Lee, David C. Scott, Anton Samrai, Emma Colacicco, Jaison Vovra, Stephen Marsala, Jr., Michael McPherson, Jessica Leigh Williams, Rena Zarah, Robert D. Jones, William T. Gutknecht, Mia K. Sails, Carolyn Elizabeth Mahar (Hassel), Rachel A. Stuart, Joseph Decardi–Nelson, Ronald F. Beck, Vincent Pisano, Heather Jean Reeves Prudhomme, Jacqueline Marie DeMeo, Lisa M. Baker, Adam D. Colba, Lela Mujakovic, Mark Nixdorf, Kang Li, Yuk N. Li, Uyen Tran, Marina Kalan, Idrees Tily, Xiu T. Khaw, Wieslawa Jamroz, Kevin D. Knipp, Karima Warner, Jina Han, David C. Orasin, Yi Zou, James K. Russell, Wondirad A. Tsegaye, Krystle Tolentino, Lisa M. Deane, Vincent J. Battaglia, Jr., Alyson P. LeDesky, Anthony K. Lagat, Gina Tricarico, Michael Spano, Jonathan Poldan, John Edward Glockzen, Jr., Kelsey E. Hofacer (Neel), Steven Gaul, Rebecca O'Malley, Ignatius Jackson, Kristina M. Harrison, Benjamin D. Goode, Chen Ni, Adam Travis, Jordan A. Handsaker, Jeremy D. Kline, Erin M. Roberts, Christina Spannos (Papscoe), Amanda B. Kane, Edward Diasio, Sara Lee, Christopher M. Chiaraluce, Lisa A. Bland (Horton), Thai Trinh, Justin Gregory Wicks, Jillian Schlaud, Jesus Comendeiro, Brian S. Zalewski, Kaliope Tsoflias, Kelcie Kiku Balaeff, Wendy R. Dalrymple, Jennifer K. Bauman, Eun Hye Sung, Eric D. Mead, Kyle L. Alexander, Sarah R. Sims, Steven T. Shulthiess, Patrick J. McCadden, Marissa Mayhorn, Mathew S. Hanley, Thomas A. Chon, Tracey Monday, T'Lane B. Briggeman, Melissa Stokes, Brittany L. Pancheri, Meghan R. Cooper, Ashley Phillips, Thomas A. Reid, Ashley A. Adeogba, Nathan E. Carlton, Omar J. Nieves, Amanda J. Myers, Jennifer M. Interlandi, Adesuwa Asemota, Meng Lor, Bryan Goldfinger, Bradley A. OMalley, Joon Hwan Byun, Sharon Brickman, Dominika Ewa Pabon, Lap Shun Ko, Katherine L. Thompson, Huifang Zhu, Jenniffer Vielman–Vasquez, Christopher M. Ferrell, Galib R. Khan, Jing Huang, Miki Nakazawa, Edward A. Garcia, Rayna J. Swanson, Francis Adams, Max H. Essoh, Olga Martynov, Erika Elko, Charles Conrad Boettger, Maria G. Trujillo, Erin J. Elliot, Warren Chen, Jeffrey Koslow, Jason Huisman, Daniel P. Jensen, Selena R. Bailey, Kara N. Bevis, Sadie L. Carson, Maya Abdulkarim, Genna N. Love, Rong Wang, Mitchell A. Melfi, John M. Schenk, Heather Moreland, Matthew R. Griffin, Sean Schram, David Ha, Jason Rosiello, Trinity Marcia Mascola, Joey Rodriguez, Melissa McQueen Curl, Jill Kayleen Colgan, Vanessa Angelin Castano, Scott T. Jugan, LeShawd T. Thompson, Kelly Meriano, Nathan Fedders, Rebecca J. Mastarone (Elliott), Jeevanjit Singh, Bryan Van Demark, Vanita Katrina, Jessica H. Leonard, Johnathan Marr, Kristen McFarland, Jatinder Singh, Hana Stelzer, Togos Zorig, Robert G. Pyrz, Jonathan W. Cadwell, Tuan Pham, David Koehler, Laura Davidson, Anthony Nusbaum, Antonios A. Spiliotopoulos, Caleb E. Hanson, Mohsan Khan, Caitlin A Tennant, Bond N. Ferguson (Munson), Ebony Harris, Scott Lorence Pfister, Farah Khan, Tamara R. Hook, Kimberly Argy, Kristin N. Hoffman, Munehiko Yuzawa, Michael W. Derington, Emily Boeckmann, Paul Thomas Morrone, Xuan Sun, Shawn L. Hatfield, Daniel A. Bennett, Stephen Herzweig, Natalie M. Marshall, John DeVecchi Jr., Lauren E. Inscho, Noah Sullum, Jennifer C. Hall, Wakana Kamesato Sebacher, Jennifer Bai, Jovan Tucker, Ryan M. Swaner, Ashley Johnson, Ashley Peyton Disinger, Christopher Furlong, David C. Whitney, Julian D. Lee, Edmund Tong, Christina Marjorie Panageotou, Jessica H. Schatz, Katie L. Thomas (Jackson), Stephanie C. Snodgrass, Donna V. De Vera, James W. Lee III, Yu Jin Lee, Saul Verbera, Merlyn A. Kushner, Ahn Romero, Alvaro Narvaez, Dosanna Wu, Sarah N. Harper, Justin S. Norton, David B. Reiter, Jeffrey W. Barlam, Janice Luo, Melissa Brownfield (Luiso), Erica Yamamoto, Matthew M. Clayton, Ashley Brooke Strobel, Ashlee S Verner, Briana G. Bishop, Matthew William Wilpers, Saron H. Tegegne, Bryan A. Keele, Peter W. Wong, Trent C. Brown, Shahan Ahmed, Sarah F. Kuhne, Allison A. Leslie, Myla N. Chatman, Stephanie M. Adams, Sarah Koneman, Daniel R. Sabet, Frank R. Sousa, Jeffrey Bland, Erin C. Walls, Megan R. Gilbertson, William J. Cash, Penelope Yurkovich (Normandin), Bradford Moye, Kundan Sandhu, Jeffrey M. Croft, Casey J. Hocevar, Bobbie Jo Emond, Dean Mattera, Dylan M. Johnson,

Jeremy T Fowler, Sarah McCue, Brandon Russell George, Andrew T. Cox, Alexander L Diaz, David B. Bawel, Adam Chrudimsky, Jennifer Thompson (Peter), Alexandra K. Snukal, Christina Ruiz, Paul James DiCarlo, Bonni Grossman, Tia Alisha Finn, Kevin Joseph Hannan, Megan P. Sato, Weili Hsu, Ronald Karroll, Jr., Emily Diane Towers, Jessica Minor, Olga V. Ivanova–Mendez, Lily Situ, Jillian Bernard, Rohini R. Seth, Brian Edward Stamile, Kyle Baker, Kristen Burbank, Derek W. Richardson, Kimberly Layden, Sean M. Paul, Steven P. Duffy, Maria Rivera, Lukasz Kwiatkowski, Kristen Troia, Stacie M. Onken, 354 MOTION to Alter Judgment *Under Fed. R. Civ. P. 59(e) Or In The Alternative For Reconsideration Under Local Rule 6.3*. filed by Kyle Pippins, 306 MOTION to Strike Document No. 292 *Notice of Plaintiffs' Motion to Strike Portions of Defendants' Response to Plaintiffs' 56.1 Statement*. filed by Kyle Pippins, Jamie Schindler, 232 Notice of Filing Transcript, 218 Consent to Become Party Plaintiff filed by Katsiaryna Tsybina, Jillian M. McCool, 10 Consent to Become Party Plaintiff filed by Kyle Pippins, Jamie Schindler, 172 Consent to Become Party Plaintiff, filed by Emilie J. Britt, Jacob Spear, Frederick James Cowan Jr., Geffery Hubble, Drew Harris Rosen, Ian Nichols, Jonathan Wiener, Jina Han, Jesus Comendeiro, Jessica H. Leonard, 59 Order on Motion to Appear Pro Hac Vice, 112 Order on Motion to Withdraw as Attorney, 195 Consent to Become Party Plaintiff, filed by Alexandra D. Chou, Laura Rath, Steven S. Merrill, Sara Lengler, Sunni Choi, Denaimou C. N'Garsanet, Catherine E. Kaylor, Matthew D. Ytzen, Laura Elizabeth Reynolds, Patrick A. Thompson, LeShawd T. Thompson, Ashley Peyton Disinger, 34 Memorandum of Law in Support of Motion filed by Kyle Pippins, Jamie Schindler, 67 Endorsed Letter, Set Deadlines, 151 MOTION for Colleen M. Kenney to Appear Pro Hac Vice filed by KPMG LLP, 51 Amended Complaint filed by Kyle Pippins, Jamie Schindler, 85 Endorsed Letter, 325 MOTION to Certify Class filed by Kyle Pippins, Jamie Schindler, 233 Consent to Become Party Plaintiff, filed by Dalia Klimkowski, Guillermo E. Trigo–Mendez, Christopher K. Lee, Katrin D. Salta, Daniel T. McNevin, Christopher I. Strother, Andrew J. Choly, Mark Kramer, Michael Deter, Billy R. Wleczyk, Santo S. Gramando III, Thomas R. Tarsitano, David C. Carley, Nicholas A. Ebersole, Ross Bruening, Crena E. Sprague, Jan–Michael de Vera, Fatima Sediqzad, Richard L. Ward, Lucorin J. Mathis, Carolyn Yip, Ian A. Ruddock, Amanda Menniti, Anthony J. Matulac, Sara R. Floreani, Alexandra Wittenberger (Bakamus), Joelle M. Brown, Kristina Mendez, Stephanie M. Aldecoa, Jessica R. Beckendorf, Christine Chiaramonte, Ny–Liang Wang, David Suh, Rachel M. English, Mia K. Sails, Lisa M. Baker, Huifang Zhu, David Ha, Joey Rodriguez, Jeevanjit Singh, Jonathan W. Cadwell, Kimberly Argy, Edmund Tong, Yu Jin Lee, Erica Yamamoto, Daniel R. Sabet, 16 Order on Motion to Appear Pro Hac Vice, 222 Consent to Become Party Plaintiff, filed by David E. Chinoski, Reanna D. Leitaker, Marvin K. Mayotte, Kristen M. Coulombe, Daniel Wullschleger, Rachel N. Otley, Christine DeBonee (Labrie), Kyle E. Langner, Dawson Hale, Elizabeth D. Brown, Susan Chartier (Gomes), Christopher J. Calvey, Colleen Brennan, Aiman M. Wahdan, Edward H. Levy, Kristina Eng, Lennon Smith, Michael D. Pick, Carol A. Parrish, David Piatek, Michael Vahidtari, Geneva Wigfall, Kristina M. Bross, Vincente Figueroa, Amanda S. Hoffman, Marisa Salerno, Alaina Jo, Daniel Parks, Lauren Danielle Caplan, Michael L. Lembo, Shavon Tucker, Mathieu Weill, Yanina Reznikov, Abby Griesedieck (Reeves), Aubrey A. Schmidt, Hayley L. Ford, Matthew E. Wren, Jeffery V. Kent, Jr., Jordan A. Handsaker, Thai Trinh, Eun Hye Sung, Selena R. Bailey, Caleb E. Hanson, Dosanna Wu, 39 Declaration in Support of Motion, filed by Norbert Mendonca, Arlene Ridgeway, Szimonetta Petterman, Leticia Facundo, Michelle Garcia, 252 Consent to Become Party Plaintiff filed by Josef H. Farbstein, Omar J. Nieves, William J. Cash, 237 Consent to Become Party Plaintiff filed by Juan P. Barajas, Ronnie Zabiguy, Christopher L. Burgess, Phillip M. Heu–Weller, Matthew Birmingham, Tuan Pham, 69 Order, Set Deadlines, 308 Memorandum of Law in Opposition to Motion filed by KPMG LLP, 300 Counter Statement to Rule 56.1 filed by Kyle Pippins, Jamie Schindler, 140 Answer to Amended Complaint filed by KPMG LLP, 98 Transcript, 283 Declaration in Support of Motion, filed by KPMG LLP, 55 Consent to Become Party Plaintiff filed by Kyle Pippins, Jamie Schindler, 26 Order, 95 Notice of Appearance filed by Kyle Pippins, Jamie Schindler, 121 Declaration in Support of Motion, filed by Washington Legal Foundation, International Association of Defense Counsel, 126 Reply Memorandum of Law in Support of Motion, filed by KPMG LLP, 6 MOTION for Keith M. Stern to Appear

Pro Hac Vice filed by Kyle Pippins, Jamie Schindler, 14 Memorandum of Law in Support of Motion filed by KPMG LLP, 13 MOTION to Transfer Case *Notice of Motion to Transfer or, in the Alternative, Stay This Action* filed by KPMG LLP, 296 Memorandum of Law in Opposition to Motion filed by Kyle Pippins, Jamie Schindler, 346 Order on Motion to Comply, 31 Declaration in Support of Motion filed by KPMG LLP, 119 Memorandum of Law in Support of Motion, filed by Chamber of Commerce of the United States of America, 364 Clerk's Judgment, 134 Order on Motion for Miscellaneous Relief, 77 Declaration in Opposition to Motion, filed by KPMG LLP, 176 Consent to Become Party Plaintiff, filed by Brent Vetter, Dana Marie Gansky, Ryan Ray Olsen Painter, Ann Patricia Salamunovich, Sarah Tucker Mahar, Stacia Charland, John Hays, Ashley S. Guthmann, Jonathan DeBeaumont, Krista Suzanne Niebrugge, Marc Ferriello, Christina M. Saia, Kristina Rengel, Jennifer L. Crowe, Donald Shaw, Kelly Marie Lock, Jeremy D. Kline, Rong Wang, 241 Consent to Become Party Plaintiff filed by Kenji Nonaka, Robert Vidal III, 118 Endorsed Letter, 247 Consent to Become Party Plaintiff, filed by Ari Michael Baruch, Leslie Keathley, Joseph Kaufman, Kristine P. Somera, Chengcheng Shi, Theophilos S. Constantinou, Stacy McGoldrick, Jill Leah Stanley, Reuben Abitbol, Annette Sabrina Williams, Lisa M. Deane, Matthew R. Griffin, 358 Memorandum of Law in Support of Motion filed by Kyle Pippins, Jamie Schindler, 19 Memorandum of Law in Opposition to Motion filed by Kyle Pippins, Jamie Schindler, 65 Order Referring Case to Magistrate Judge, 166 Transcript, 150 Consent to Become Party Plaintiff, filed by Mark M. Ulrich, Russell James Monson, Ashley Albers Austin, Jae Y. Chung, Christopher John Howe Collato, Matthew John Jefferies, Neil Thomas Punt, Ryan Farrell Holmes, Matthew William Wilpers, Paul James DiCarlo, Emily Diane Towers, 192 Consent to Become Party Plaintiff, filed by Miguel A. Marin, Diana Chia, Maile M. Lewis, Hyangsoon Lee, Mina Lisa Teymourtash, Jaime Hinojosa, Allison McGuire, Jeannine Wheeler, Nina J. Aves, Joseph N. Levy, Janice Daclan, Jessica H. Lott, Alisha Brumbaugh, Shun Tung Lam, Young Seoh Lee, Heather Buss, Drew M. Biddle, Steven Oscarson, Ann Salinas, Danielle A. McCoy, Chipman R. Seale, Jennifer L. Arthur, Eric Hills, Joseph J. Rother, Joseph Decardi–Nelson, Ashley A. Adeogba, Galib R. Khan, Antonios A. Spiliotopoulos, Farah Khan, Dean Mattera, 243 Consent to Become Party Plaintiff, filed by Heather L. Hall, Daniel J. Robertson, Francine Hoyle, Kristie Davis Zapf, Maureen E. Scarff, Anita J. Tse, Jennifer Kline, Amira Moris Farag–Beshay, Mathew S. Hanley, Munehiko Yuzawa, Lauren E. Inscho, 187 Consent to Become Party Plaintiff, filed by Bogdan Milin, Elliot Parks, Joel Coffey, David Curtis, John M. Pontecorvo, Paula A. Boone, Dong Chen, Valarie Anne Vaughan, Pietro Maddalena, Amir F Aslam, Lauren T. Quinn, Morgan M. Pearson, Jason Owen, Nicole Elizabeth Anderson, Arley R. Ewald, Hillel Weingarten, Charlotte Nicholson, Rebecca Mielnik, Miran Seo, Janine Joyce De Jesus, Dana M. Van Nostrand, Vincent J. Passafiume, Sara A. Lasek, Nathan Edward Bertsch, Ramon Valls, Jonathan R. Warriner, Lauren Goldfarb, Hui Zhi, Christopher Capicotto, Yi Zou, Gina Tricarico, Dominika Ewa Pabon, Scott T. Jugan, Johnathan Marr, Stephanie M. Adams, Bonni Grossman, 290 Declaration in Support of Motion, filed by Kyle Pippins, Jamie Schindler, 93 Certificate of Service Other filed by KPMG LLP, 123 Endorsed Letter, 294 Counter Statement to Rule 56.1 filed by Kyle Pippins, Jamie Schindler, 9 Notice of Appearance filed by KPMG LLP, 319 Memorandum of Law in Opposition to Motion,, filed by KPMG LLP, 217 Consent to Become Party Plaintiff, filed by Melissa K. Langone, Pattanan Decharaveeroj, Elizabeth H. Cunningham, Meng–Lin (Mona) Lu, Daniel P. Thor, Kelly Yi, Holly M. Saxby (Sowersby), Adam G. Avni, David C. Orasin, 114 MOTION to File Amicus Brief *in Support of Defendant's Objections to the Magistrate Judge's October 11, 2011 Order* filed by Chamber of Commerce of the United States of America, 137 Consent to Become Party Plaintiff filed by Joshua Adam Mandelberger, 141 Consent to Become Party Plaintiff filed by Wakana Kamesato Sebacher, 189 Consent to Become Party Plaintiff, filed by Katharine Omura, Allison K. Sanden, Chanelle Takemoto, Aaron Cheung–Kwong Chan, Ying Chen McEwen, Justin B. Bobus, Vera Zhuravleva, Jason Dale, Brandon D. Bhagat, David J. Murray, Katherine L. Nordman, Melissa S. Scalici, BeiLai Ge, Domenico Pontrelli, Lauren Schaefer, Sergio D. Ramos, Ani Susan Menendian, Nathan L. Wilbur, Inessa Zolotareva, Warren Chen, Jessica H. Schatz, Donna V. De Vera, Kundan Sandhu, Brandon Russell George, 125 Declaration in Opposition to Motion, filed by Kyle Pippins, Jamie Schindler, 145 Consent to Become Party

| | | Plaintiff filed by Ahn Romero, 292 Counter Statement to Rule 56.1 filed by KPMG LLP, 153 Consent to Become Party Plaintiff, filed by Richard N. Tinelli, Donald Richard Karr, Daniel Huey, Kimberly Danielle Blaise, Regina V. Farrell, Vanessa Angelin Castano, 362 Response to Motion filed by KPMG LLP, 312 Reply Memorandum of Law in Support of Motion filed by KPMG LLP, 213 Consent to Become Party Plaintiff filed by Wassim Berro, Hector Estrada, Julian D. Lee, 107 MOTION for Susan H. Stern to Appear Pro Hac Vice filed by Kyle Pippins, Jamie Schindler, 24 Notice of Appearance filed by Kyle Pippins, Jamie Schindler, 273 Declaration in Support of Motion, filed by Kyle Pippins, Jamie Schindler, 276 MOTION for Douglas R. Hart to Appear Pro Hac Vice filed by KPMG LLP, 184 Consent to Become Party Plaintiff filed by Joshua D. Bicknell, Christopher M. Chiaraluce, 139 Endorsed Letter, 53 Order Referring Case to Magistrate Judge, 321 Memorandum of Law in Support of Motion filed by KPMG LLP, 78 Memorandum of Law in Opposition to Motion, filed by KPMG LLP, 181 Consent to Become Party Plaintiff, filed by Andrea Diaz, Brianna R. Truex, Brent E. McLaren, Bryan Kyle Zerr, Cara Ann Juffer, Cant Charles Christopher, Bryan Davis, Stephanie R. Conti, Aren J. Cowan, Edward Diasio, Brian S. Zalewski, Anthony Nusbaum, Alvaro Narvaez, 27 Order on Motion to Appear Pro Hac Vice, 341 Declaration in Support of Motion filed by KPMG LLP, 256 Endorsed Letter, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/12/2013) |
|---|---|---|
| 03/13/2013 | | Appeal Fee Payment: for 365 Notice of Appeal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,, Filing fee $ 455.00, receipt number 0208–8316993. (Swartz, Justin) (Entered: 03/13/2013) |
| 03/20/2013 | 366 | MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*. Document filed by KPMG LLP.(Kenney, Colleen) (Entered: 03/20/2013) |
| 03/20/2013 | 367 | MEMORANDUM OF LAW in Support re: 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*.. Document filed by KPMG LLP. (Kenney, Colleen) (Entered: 03/20/2013) |
| 03/20/2013 | 368 | DECLARATION of Colleen M. Kenney in Support re: 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Kenney, Colleen) (Entered: 03/20/2013) |
| 03/20/2013 | 369 | DECLARATION of Kenneth C. Koch in Support re: 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*.. Document filed by KPMG LLP. (Attachments: # 1 Exhibit A)(Kenney, Colleen) (Entered: 03/20/2013) |
| 03/26/2013 | 370 | MOTION for Extension of Time to File Response/Reply as to 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*.. Document filed by Kyle Pippins, Jamie Schindler.(Swartz, Justin) (Entered: 03/26/2013) |
| 03/26/2013 | 371 | MEMORANDUM OF LAW in Support re: 370 MOTION for Extension of Time to File Response/Reply as to 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*.. MOTION for Extension of Time to File Response/Reply as to 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*... Document filed by Kyle Pippins, Jamie Schindler. (Swartz, Justin) (Entered: 03/26/2013) |
| 03/28/2013 | 372 | MEMO ENDORSED granting 370 Motion for Extension of Time to File Response/Reply re 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL*. Responses due by 4/22/2013. Replies due by 5/13/2013. (Signed by Judge Colleen McMahon on 3/28/2013) (cd) (Entered: 03/28/2013) |

| 04/15/2013 | 373 | STIPULATION AND ORDER DOCKETING ADDITIONAL DOCUMENTS: that the following annexed exhibits should be docketed as part of the District Court record in connection with the Plaintiffs' currently pending appeal, as further set forth in this document. (copy forwarded to the Appeals Clerk) (Signed by Judge Colleen McMahon on 4/15/2013) (cd) (Entered: 04/15/2013) |
|------------|-----|---|
| 04/15/2013 |     | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 369 Declaration in Support of Motion, filed by KPMG LLP, 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL* filed by KPMG LLP, 368 Declaration in Support of Motion, filed by KPMG LLP, 371 Memorandum of Law in Support of Motion, filed by Jamie Schindler, Kyle Pippins, 370 MOTION for Extension of Time to File Response/Reply as to 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL.* MOTION for Extension of Time to File Response/Reply as to 366 MOTION TO MODIFY THE FEBRUARY 3, 2012 ORDER *TO TRANSFER THE COST OF PRESERVING CERTAIN HARD DRIVES PENDING APPEAL* filed by Jamie Schindler, Kyle Pippins, 367 Memorandum of Law in Support of Motion filed by KPMG LLP, 373 Stipulation and Order, Appeal Fee Payment, 372 Order on Motion for Extension of Time to File Response/Reply, USCA Case Number 13–889, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/15/2013) |