# 13-889-cv

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆

LISA B. FRALEY, STEPHEN MARSALA, JR., JOSHUA ADAM MANDELBERGER, WAKANA KAMESATO SEBACHER, TAMMIE FOSSACECA, AHN ROMERO, MARC RYAN FILLARI, MONA AFLATOONI, PAUL THOMAS MORRONE, CHRISTOPHER JOHN HOWE COLLATO, MATTHEW JOHN JEFFERIES, RUSSELL JAMES MONSON, NEIL THOMAS PUNT, MARK M. ULRICH, PAUL JAMES DICARLO, MATTHEW WILLIAM WILPERS, JAE Y. CHUNG, ASHLEY ALBERS AUSTIN, EMILY DIANE TOWERS, RYAN FARRELL HOLMES, KIMBERLY DANIELLE BLAISE, VANESSA

(*caption continued on inside cover*)

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MCMAHON, J.)

---

## BRIEF OF THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AS *AMICUS CURIAE* IN SUPPORT OF THE DEFENDANT-APPELLEE KPMG LLP AND AFFIRMANCE

---

KELLY M. HNATT, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
New York, New York 10019
(212) 728-8000

*Attorneys for The American Institute
of Certified Public Accountants
as Amicus Curiae*

ANGELIN CASTANO, REGINA V. FARRELL, DANIEL HUEY, DONALD RICHARD KARR, RICHARD N. TINELLI, PARISSA HANNAH DANESHMAND, JOHN EDWARD GLOCKZEN, JR., CIARA MARINO, WILLIAM WAITS RAULERSON, MARILYN LOUIS, MARIO FANI, MARK NIXDORF, MARY BENSON SMITH, MATTHEW MILLS, MEGHAN E. O'MALLEY, MELISSA GERDUNG, MICHAEL WEICHHOLZ, MICHAEL YOO, MITCHELL A. MELFI, MORGAN ANN FRAME, NICOLE M. ANDERSON, NIMISH PATEL, OLGA MARTYNOV, OREALIS MARIE ALVARADO, PARAS H. DAGLI, PETER PANAGOS, ROBERT LIU, SAMUEL ROBERT YOUNG, SCOTT LORENCE PFISTER, SEVILLE NICOLE CHRISTMAS, STEVEN GAUL, SUE YEN CHONG, SVETLANA CONDUR, TIFFANY CHUA CHAN, TYONE GUILLORY, JR., VALERIE TANG, WILLIAM DRZICH, WILLIAM BAXTER, YELENA GLANTS, YUK N. LI, YULIA BARLAND, ADAM MINSKY, ALEX COOK, ALEXANDER L. DIAZ, ANNA HUANG, ASHLEE S. VERNER, BENJAMIN D. HARMON, BRANDON BURKLEY, CAITLIN A. TENNANT, CAROLYN ELIZABETH MAHAR HASSEL, DIANA FAZYLOVA, DOMINICA BARBER, DOWLING BURKE STOUGH, ROBERT DUSTIN CATHCART, ELISA LEE HUA WU, EDMUND A. WINDSOR, ERIC VAN FREDRICKSEN, ERIN ELIZABETH HART, ERIN S. SAUNDERS, GARRETT DEE CAZIER, GREGORY GOLDSAND, HOLLAND STIMAC, JACK YI-PING TANG, JAMES DOUGLAS NELSON, JEFFREY G. PIKE, JENNIFER LAI, JENNIFER M. STEWART, JENNIFER MILLS, JEREMY T. FOWLER, JESSICA P. PUCKETT, JIA YIN WU, JOHN DENG, LAUREN ELIZABETH FRIENDS, LELA MUJAKOVIC, LINDSEY MCLAUGHLIN, LISA GRUND, DANIEL ANDREWS, BRIAN EDWARD CAPSTICK, HARRISON D. COLE, CHRISTOPHER BLAKE ELLIOT, DAEGA FATAH, CLIFFORD HAYHURST, III, COREY JONES, CHRISTOPHER A. MARINO, ANNE M. MARTIN, EVAN R. PARZYCH, HEATHER JEAN REEVES PRUDHOMME, ANDREW REHM, EMILIO JORGE SARTORI, HEATHER SCHRADER, CHAVA S. SCHWARTZ, BRIAN EDWARD STAMILE, MICHAEL IAN TARRANT, CHRISTOPHER ADAM WADE, EVAN M. ZAWATSKY, JILLIAN BERNARD, JOANNA CANARAS, ZAHRA J. CASTILLO, MICHAEL CHIULLI, SHIRLEY JEAN CRIDDLE, SHANNON CUNNIFFE, MATTHEW GIAMMARINARO, JENNIFER M. GRAYSON, JOE MANUEL GUERRO, LUKE CLETUS IVERSON, WIESLAWA JAMROZ, MATTHEW KUNZ, JAMES W. LEE, III, JEFFREY MANNING, RYAN B. MARKOWITZ, SARAH JANE MEDRANO, ROBERT A. MILLER, KANURI BHANU PRIYA, KRISTEN LEIGH PROVIX, PETER JOHN PUGLISI, III, MICHAEL SANTOLUCITO, LAURA SHUMAKE SAVARESE, JULIET LEE SMITH, MATTHEW B. SMITH, WILLIAM S. TIERNO, JOSEPH WALTER VAZZANO, SUIHONG WANG, LAURA ANN WESTENBERG, JASON T. BAILEY, EVE BUCKWALTER, ELIZABETH LEA CHANDLER, MALLORY BROWN HOIDAL, ZACHARY A. KAYSER, WILLIAM ROBERT KRAFT, JAKE KRANSTEUBER, MICHAEL MCPHERSON, DAVID CRAIG ROBERTS, ERIN M. ROBERTS, SCOTT RUMBERG, SEAN W. SULLIVAN, XUAN SUN, MATTHEW TRINH, TRAVIS J. VOGT, JAISON VOVRA, HONG F. WALROND, KELCIE KIKU BALAEFF, SREYA S. ALEX SAMUEL, KERRI J. ALLEN, STEVEN CALDER, CAIRO J. CARR, SHO CHINEN, DAVIN LEE COTTLE, JEFFREY M. CROFT, JACQUELINE MARIE DEMEO, JESSICA DEYO, ALLISON PELTIER GILLAM, WILLIAM T. GUTKNECHT, CHRISTIAN RYAN DANIEL HALLIGAN,

JENNIFER L. JOHNSON, CHRISTOPHER W. KING, BRETT E. KIRKLAND, MARK EDWARD MARTINEZ, DANIEL MATTAR, JANA MILENSKY WEISSMAN, BRADFORD MOYE, MAYA E. PROCINSKY, MICHAEL RATH, XUEMEI REN, MICHAEL L. STEELE, RYAN S. SVORINIC, RYAN VERKAMP, YUAN ZHANG, KAYLA L. BARRETT, NILES REID BERGSTROM, JILL KAYLEEN COLGAN, KAYLA MARIE FUTCH, JOSEPH GIBSON, KAITLYN HARTWELL, ALLISON C. HYLTON, DANIEL P. JENSEN, LUKASZ KWIATKOWSKI, DANIELA LUNDIN, ALISON J. MOSS, IRFAN A. RAZA, JATINDER SINGH, JIN XING WANG XUE, ALANNA COOPER, ERIN ELIZABETH DONIA, BRIAN ROSS DOUT, ERIKA ELKO, ERIN J. ELLIOT, CHASE MICHAEL GARDNER, KYLE ANDREW GASAWAY, SEAN PAUL HATHORN, RENNIE HENRY, THOMAS M. KERR, III, MAURA HELBERG LANGE, JAMES J. LENIHAN, III, TRINITY MARCIA MASCOLA, JULIAN JOAQUIN MURRIETA, NICHOLAS PAUL NORDMAN, ALAN WILLIAM ROEDER, MATTHEW WENZEL, LAURA WESTENSEE, DAVID JALETTE, ASHLEY MATRAK, ANDREW PULITANO, ALYSON L. REIMER, ALLA SHUTYI, BRYAN VAN DEMARK, DA WANG, EMILIE J. BRITT, JESUS COMENDEIRO, FREDERICK JAMES COWAN, JR., JINA HAN, GEFFERY HUBBLE, JESSICA H. LEONARD, IAN NICHOLS, DREW HARRIS ROSEN, JACOB SPEAR, JONATHAN WIENER, KARA N. BEVIS, STEPHANIE ECKARDT, KEVIN ELLIS, JOSEPH F. FRANZONE, KRISTOPHER GLASER, SAMANTHA M. HUNT, MATEJ KOLLAR, PAUL A. LARKINS, KIMBERLY LAYDEN, JOSEPH T. LEONARD, SARAH K. LINDHOLM, KRISTEN MCFARLAND, REBECCA O'MALLEY, LUKE ORZAG, KATHERINE A. PANZARELLA, MAGEN M. REYOR, ROHINI R. SETH, CHELSEA NEALE COLLINS, JOSHUA TIMOTHY DAHMEN, ASHLEY A. DARDEN, NICOLE DAVIS, JARED BRICE FILUS, ASHLEY HOLMAN, JESSICA MINOR, MELISSA MULICK, WEI SONG, BRIAN WALKER, CHAD W. WONDERLING, KELSEA ECHO YU, STACIA CHARLAND, JENNIFER L. CROWE, JONATHAN DEBEAUMONT, MARC FERRIELLO, DANA MARIE GANSKY, ASHLEY S. GUTHMANN, JOHN HAYS, JEREMY D. KLINE, KELLY MARIE LOCK, SARAH TUCKER MAHAR, KRISTA SUZANNE NIEBRUGGE, RYAN RAY OLSEN PAINTER, KRISTINA RENGEL, CHRISTINA M. SAIA, ANN PATRICIA SALAMUNOVICH, DONALD SHAW, BRENT VETTER, RONG WANG, DAVID W. ALLEN, AMANDA AUTHEMENT, DANIEL A. BENNETT, LEIF E. BERGQUIST, HEATHER K. BLAKE, KERRY L. BLATT, LAUREN M. BROWN, EMMA COLACICCO, ADELE M. DOMINGUE, APRIL L. DOTEN, JAMES W. FORSYTHE, LACY R. GLASER, JEREMY R. JOHNSON, JENNA H. KARMEL, AMIT KUKREJA, JASON LALK, DANIEL N. MARRONE, GLENN PALILLA, JENNIFER M. PEYTON, AMANDA RAHNER, FAY M. RICHARDS, DINO J. ROSSI, CHRISTINA RUIZ MINESIS, CESARIA RUTIGLIANO, FRANK R. SOUSA, HANA STELZER, IDREES TILY, CHERYL TRIPODI, RONGCHEN CHEN, SOPHIA CHOWDHURY, RYAN L. CHRISTIE, SARAH F. KUHNE, SAMANTHA S. LIAO, THOMAS F. LISNICH, YU-HAN LO, REBECCA MOSHER, TERRYANN A. ROBERTS, RENEE A. SAPP, SHIRLEY SUET WAI SO, YULIYA SPEKTOR, TRACY A. TANKARD, MICHAEL ARCURI, DREW R. FROEHLICH, JENNIFER M. INTERLANDI, MICHAEL A. JABLONSKI, MICHELLE M. KRAUSE, CASEY LOCK, SCOTT R. NUNEZ, PRIYA PATEL, KATE PINNEY, AMANDA L. SHAY, INDRE STUNZENAS, KALIOPE

TSOFLIAS, ATUL PRASAD ADHIKARY, SISAI A. BIRHANU, VANESSA BURNS, KERI A. EHRLICH, SETH T. FICK, JENNIFER C. HALL, MATHEW J. HOWARD, KATHERINE R. JOHNSTON, BENJAMIN J. SIEWART, MEGAN EILEEN SMITH, ANDREW J. TERRERI, AMY ELIZABETH VOGT, JESSICA LEIGH WILLIAMS, ELISSA SHERYL YORGEY, CANT CHARLES CHRISTOPHER, STEPHANIE R. CONTI, AREN J. COWAN, BRYAN DAVIS, EDWARD DIASIO, ANDREA DIAZ, CARA ANN JUFFER, BRENT E. McLAREN, ALVARO NARVAEZ, ANTHONY NUSBAUM, BRIANNA R. TRUEX, BRIAN S. ZALEWSKI, BRYAN KYLE ZERR, MICHAEL D. DANTONIO, SARAH GILTNER, MICHELLE D. HARRIS, TRACEY MONDAY, SHANNON LEE MORROW, LUISANA BONILLA OBRIEN, ZACHARY A. SCHAMAUN, VANETTE E. TORRES, MARK VAN WINTER, THOMAS J. ZUBULAKE, JONATHAN BINGHAM, JULIA BUSHE, KYLE JOSEPH CHAGNON, LAURIE CHEN, JAMES A. DOREY, LAURA GUARRACI, JOHN R. HAMILL, III, JENNIFER SHEA KRATVILLE, JUSTIN S. NORTON, GAYLE ROBIN PATASNIK, ERIC JOSEPH PAULSON, JESSICA ERIN SIMPSON, CHRISTOPHER O. WEISS, JUSTIN GREGORY WICKS, JOSHUA D. BICKNELL, CHRISTOPHER M. CHIARALUCE, JOHNNY ACOSTA, NATHAN FEDDERS, SPANNOS CHRISTINA PAPSCOE, KRISTEN TROIA, AMIR ALI, AMY H. BROUSSE, ENOCH CHUNG, DENNIS M. DELUDE, KAREN E. GORZYNSKI, OSCAR LONDONO, SOPHIE Y. MALATI, ANDREA S. MOSHER, ASHLEY PHILLIPS, MATTHEW A. ROSS, AMANDA RUBEOR, DAMON T. SMITH, KYLE A. STARR, ARIEL TAYLOR, MICHAEL T. VISCONTO, STEPHANIE M. ADAMS, NICOLE ELIZABETH ANDERSON, AMIR F. ASLAM, NATHAN EDWARD BERTSCH, PAULA A. BOONE, CHRISTOPHER CAPICOTTO, DONG CHEN, JOEL COFFEY, DAVID CURTIS, JANINE JOYCE DeJESUS, DOMINIKA EWA PABON, ARLEY R. EWALD, LAUREN GOLDFARB, BONNI GROSSMAN, SCOTT T. JUGAN, SARA A. LASEK, PIETRO MADDALENA, JONATHAN MARR, REBECCA MIELNIK, BOGDAN MILIN, CHARLOTTE NICHOLSON, JASON OWEN, ELLIOT PARKS, VINCENT J. PASSAFIUME, MORGAN M. PEARSON, JOHN M. PONTECORVO, LAUREN T. QUINN, MIRAN SEO, GINA TRICARICO, RAMON VALLS, DANA M. VAN NOSTRAND, VALARIE ANNE VAUGHAN, JONATHAN R. WARRINER, HILLEL WEINGARTEN, HUI ZHI, YI ZOU, JOHN M. BUTLER, ADAM CHRUDIMSKY, CAITLIN C. CLARK, ZACHARY J. CYMAN, JAMES R. DUNCAN, III, CHRISTOPHER FURLONG, MATTHEW C. GADZINSKI, DYLAN C. GFELLER, ETHAN J. GILLER, KRISTINA M. HARRISON, KRISTIN N. HOFFMAN, CHRIS JONES, GENNA N. LOVE, ASHLEY PROSEK, JOLENE N. RABENA, MICHAEL SPANO, TIMOTHY J. STREHLOW, GREGORY S. TORBIC, THOMAS B. WILSON, STEPHANIE A. YESNOFSKI, BRANDON D. BHAGAT, JUSTIN B. BOBUS, WARREN CHEN, AARON CHEUNG-KWONG CHAN, JASON DALE, DONNA V. DE VERA, BEILAI GE, BRANDON RUSSELL GEORGE, YING CHEN McEWEN, ANI SUSAN MENENDIAN, DAVID J. MURRAY, KATHERINE L. NORDMAN, KATHERINE OMURA, DOMENICO PONTRELLI, SERGIO D. RAMOS, ALLISON K. SANDEN, KUNDAN SANDHU, MELISSA S. SCALICI, LAUREN SCHAEFER, JESSICA H. SCHATZ, CHANELLE TAKEMOTO, NATHAN L. WILBUR, VERA ZHURAVLEVA, INESSA ZOLOTAREVA, YOANA ALLEN, KATHERINE L. AYE, CASEY J. HOCEVAR, BRITTANY K. HOPP,

SAMANTHA D. LEONARD, TIMOTHY MCCORMACK, ERIC D. MEAD, SARAH E.
MORGAN, JASON ROSIELLO, JOHN M. SCHENK, GALEN P. WARD, TOGOS ZORIG,
VINCENT J. BATTAGLIA, JR., SADIE L. CARSON, THOMAS A. CHON, WILLIAM E.
CLOUTET, III, MATTHEW B. DANIELS, MICHELLE EPSTEIN, STACEY GILL,
LYNNIE HICKEY-MEHIC, VANITA KATRINA, TIE G. LASATER, KEELY O.
LINDSTADT, SCOTT E. MIDLA, NEIL M. MORGAN, MICHELLE L. MYSUNA,
MARGO PACANOWSKI, ZACHARY J. PETTINGER, SAMANTHA RICHARDS,
THOMAS W. SCOTT, TYLER SKELTON, JOSHUA D. SMITH, RAINY LEFORCE
SPRING, KATHRYN E. TOWLE, ASHLEY A. ADEOGBA, JENNIFER L. ARTHUR,
NINA J. AVES, DREW M. BIDDLE, ALISHA BRUMBAUGH, HEATHER BUSS, DIANA
CHIA, JANICE DACLAN, JOSEPH DECARDI-NELSON, ERIC HILLS, JAIME
HINOJOSA, FARAH KHAN, GALIB R. KHAN, HYANGSOON LEE, JOSEPH N. LEVY,
MAILE M. LEWIS, JESSICA H. LOTT, MIGUEL A. MARIN, DEAN MATTERA,
DANIELLE A. MCCOY, ALLISON MCGUIRE, STEVEN OSCARSON, JOSEPH J.
ROTHER, ANN SALINAS, DANIELLE A. MCCOY, ALLISON MCGUIRE, STEVEN
OSCARSON, CHIPMAN R. SEALE, YOUNG SEOH LEE, ANTONIOS
SPILIOTOPOULOS, MINA LISA TEYMOURTASH, SHUN TUNG LAM, JEANNINE
WHEELER, MELISSA L. BROWN, DANIELLE L. CAHILL, NATALIE C. CUSAT,
KRYSTEN M. GENAWAY, ANDREW T. KWITOWSKI, SAVANNAH LEHMAN,
WILLIAM S. LOCAKRD, III, ALANNA ZAHORA, MAX H. ESSOH, PATRICK
MICHAEL FUNK, PATRICK C. OFORDIRE, DEREK SYKES, SUMI CHOI,
ALEXANDRA D. CHOU, ASHLEY PEYTON DISINGER, CATHERINE E. KAYLOR,
SARA LENGLER, STEVEN S. MERRILL, DENAIMOU C. N'GARSANET, LAURA
RATH, LAURA ELIZABETH REYNOLDS, LESHAWD T. THOMPSON, PATRICK A.
THOMPSON, MATTHEW D. YTZEN, BRENT E. ARNOLD, YAELLE E. BERNSTEIN,
YUQUIN WEN BOHANNON, EVELYN CHAN, THOMAS J. CHLOE, EVAN M.
DASHE, JOSEPH GENTZKOW, KAREN L. JUAN, JOHN P. KINDELIN, JACKSON Y.
KUO, JANICE LUO, GREGORY T. MONTGOMERY, LISA M. MORGADO, ANDREW J.
PORUBCAN, JING TAO, TAKEO UCHIDA, JASON R. WALTER, CHUN Y. ZHANG, SU
ZHENG, WILLIAM L. FINE, AMY A. HILLENBRAND, STEPHANIE N. JOHNSON,
BENJAMIN JURGENS, PHILIP MEZHERITSKY, JUSTIN N. BEEBE, KATHERINE M.
BEEBE PICKERT, CHRISTINE L. BLAYLOCK, GAELAN BOSS, ANNA E. BROUDY,
COLLEEN M. CATALANO, ERIC DICKINSON, MANAL ELHAG, JOHN G. ESTELLE,
JOHN P. HARRIS, ANDREA HENRY SPECK, JENNIFER L. HOWELL, JOHN M.
JAMBERS, DIANA S. JOHNSTON, JAMES R. KIRIHARA, JULIE M. KNIGHT, DAVID
KOEHLER, MICHAEL H. LOVECRAFT, KEVIN KEUN W. PAK, MATTHEW A.
PITETTI, CHRISTINE A. REED, LEIGH ANNE ROZYCKI, MEGAN P. SATO, MELISSA
STOKES, MATTHEW S. TAYLOR, KEN UKAI, LAZARUS W. VITTAS, ERIN C.
WALLS, DUSTIN F. WHITE, YIM CHI CHENG, VIRGINIA GRZENIA, PAMELA S.
LEE, NATALIE M. MARSHALL, CHARLES E. MERTZ, II, JILL N. MINSHEW,
SHAWN M. PARENT, ROBERT G. PYRZ, ROBERT G. PYRZ, MATTHEW SCHWERIN,
PAUL R. SCOTT, RICHARD S. SEGER, III, SARAH R. SIMS, UYEN TRAN, SPIRO M.
DOUNIS, PAUL KREGER, LEO A. MATZ, KIN KEI KEVIN MOK, NICHOLAS S.
WINKLER, MYRA S. ASLAM, CHARLES BAUMANN, STEPHEN BOSCOLA, ALISON

G. BROOKS, RYAN D. CARR, BRIAN J. COGLEY, JESSICA R. CONWAY, TIMOTHY DeLUCA, BOBBIE JO EMOND, ASHLEY E. FALTER, DAVID S. GUY, TANYA R. MAZAKIAN, MEGAN L. OPSAHL, JULIAN PAIK, JEFFREY W. PARAMORE, ARPAN PATEL, ALANA PERINI, LAUREN PLUMLEY, DAVID B. REITER, STEVEN B. RUSSELL, JORDAN SAMET, ROSS SILVERMAN, MATTHEW SKELLAN, RACHEL A. STUART, GORDON E. WALTERS, PETER W. WONG, KEVIN W. YOUNG, KERRI BLUM, KYLE V. BROWN, THADDAEUS M. BURGESS, NATHAN E. CARLTON, PETRUTA L. GANTOI, MICHAEL D. GOGOLEN, RONDAL HARRIS, JR., TAMARA R. HOOK, MICHINORI KANEKO, SARA LEE, FADIL LIMANI, PRPARIME LIMANI, JENNIFER A. MATOUS, SEAN A. McGOVERN, BRITTANY L. PANCHERI, KELLY B. POSTEN, JESSICA R. PRESTON, THOMAS A. REID, DAVID CHARLES ROBERTSON, ALISON M. ROONEY, JILLIAN SCHLAUD, ROBERT L. SCHLAUD, JR., JACOB O. TECH, JUSTIN M. TERZO, WONDIRAD A. TSEGAYE, EDWARD A. VALENTINO, CHRISTOPHER A. WELCH, DAVID C. WHITNEY, ANDREW J. ZENS, JOHN C. ADRIAN, KYLE L. ALEXANDER, AILDA ALUSHI, CHARLES W. CRAWFORD, ERIN DIFFLEY, JENNI L. DOLLAHON, HOLLY C. DONLEY, MEGAN R. GILBERTSON, BENJAMIN D. GOODE, ERICA A. GOODE, KARA A. PAULUCH SCHRODER, DANIELLE M. ROCHE DUPLESSIS, LAUREN SELLARI HUFF, TERESE V. STREHLOW, KATHERINE A. SWEET, SCOTT D. UNNERSTALL, QIONG WANG, LILLIAN N. FRAGUADA VIALIZ, ARTSIOM ANISKO, KARISHMA BARUA, JIESI CHEN, SHANNON COMRIE-BOOTH, ZACHARIAH COOPER, JEREMY P. DUGAN, NATHANIEL EDELMAN, EDWARD A. GARCIA, KEIKO HIRAKAWA, CONNIE M. HU, BRADLEY K. JASTROW, XUEJIAO JIANG, ANTHONY KIMANI, EMILY KUPEC, SAMUEL A. KUZNETZOFF, TIMOTHY D. LONG, MICHELLE S. LUK, TIMOTHY I. MILLER, MARY E. NADJARIAN, KELLY PRICE, JANETTE RICKS, IVI SANTOSO, BRYAN SCHROEDER, ALEXANDRA K. SNUKAL, YOUNG TAK SONG, SHIRLEY-MAY SOONG, MIKIKO SUGAYA, CHRISTINE SULLIVAN FRAGA, JAMES R. TAYLOR, JENNIFER THOMPSON PETER, JAY M. VERRILL, TRAVIS J. VIERA, WINLY VUONG, VALERIE WARE, ANGELA WEN-AN YU, DENISE WORSLEY, JONATHAN W. WRIGHT, THOMAS X. YAO, XIAOJUAN CHEN, EBONY HARRIS, JAMES RINALDI, STACEY M. ZAFIROFF, MICHAEL S. BECKER, JEFFREY BLAND, ADAM L. BOCKMAN, RONAK BRAHMBHATT, IRINA BRIMMELL, KELVIN G. CHENG, MEGHAN R. COOPER, SEAN P. FISCHER, MARCUS A. FLYNN, SARAH N. HARPER, PAULETTE M. HEUR, LORETTA G. HILL, KELSEY E. HOFACER NEEL, WEILI HSU, DAVID A. JOHANSSON, AMANDA K. JOHNSON, ROBERT D. JONES, VALERIE T. KAUFMAN, PAUL W. KEMP, KEVIN D. KNIPP, MERLYN A. KUSHNER, ADAM D. LAKE, ALLISON A. LESLIE, KANG LI, SARA MAGGIO, ANNE MALE, ADAM T. MARCHANT, MARISSA MAYHORN, TERRANCE L. McKNIGHT, JONATHAN T. McPHARLIN, ROBERT J. MIRANDA, KRISTEN L. MUNCIE, ALIESHA NATHU, ELIZABETH A. PALMERI, MATTHEW C. REIGHARD, WILLIAM B. ROSS, POONAM SAKHRANI, ELIZABETH M. SIMMONS, STEPHANIE C. SNODGRASS, JUSTIN SPIKE, SARON H. TEGEGNE, KATIE L. THOMAS JACKSON, MARIA G. TRUJILLA, KIERA J. WATSON, ERIC R. WILSON, ERIC YU, JEFFREY W. BARLAM, MATTHEW M. CLAYTON, SHELLEY GULATI, CHRISTINA RUIZ, TYLER J.

WHITAKER, AMBER M. AHSMANN GOLDMAN, MARGARET L. AYCOCK, SARAH N. BOCKS, MATHEW BRINSDEN, JAMIE BUENZOW, JAMES A. BUMBULSKY, RINKY CHOPRA, KIMBERLY C. CONNER, KATIE COX WESTGARD, MARK J. DELUCA, ANNA C. GULLICKSON, THOMAS HISTED, ALYSON P. LEDESKY, DOUGLAS D. MARTINE, PAUL M. MASTARONE, REBECCA J. MASTARONE ELLIOTT, CRAIG MCNEILL, PEDRO LABORDE MUNIZ, NICHOLE A. SERINO, MARC JACOB SHELTON, CHAU M. TA, EVAN L. WILK, MEGAN WILLIAMS, DAVID B. BAWEL, KINGMAN CHAN, JR., MEGAN ERWIN, JAVONNA E. JAMES, BRADLEY T. OWENS, KEITH B. PAPISH, LYNN K. SPOKAS, MICHAEL W. TRUETTNER, BENJAMIN B. ANDERSON, SCOTT CAMPOBENEDETTO, JENNA N. COFMAN, MICHAEL CRNKOVICH, FAICAL ELHAJJAM, BOND N. FERGUSON MUNSON, TIMOTHY D. JOHNSTON, BRYAN A. KEELE, DAVONA KELLY, YELENA KOTSAR, CONSTANCE LEUNG, MENG LOR, SARAH MCCUE, WASSIM BERRO, HECTOR ESTRADA, JULIAN D. LEE, LAUREN LIPPINCOTT DARSEY, KATHLEEN M. AUTRY, BRIANA G. BISHOP, WENDY R. DALRYMPLE, EDWARD DEMONE, STEVEN P. DUFFY, MADISON R. DUVALL, GRACE T. GUTBERLET, JUSTIN T. MAIER, BRADLEY A. OMALLEY, DANIEL REX, SARAH J. ROSS, STEVEN T. SHULTHIESS, ALLISON K. SLIFE HRITZ, MICHELLE L. SZAMES, ADRIENNE D. TANKER, COURTNEY ANN WIEGARD, ADAM G. AVNI, ELIZABETH H. CUNNINGHAM, PATTANAN DECHARAVEEROJ, MELISSA K. LANGONE, MENG-LIN MONA LU, DAVID C. ORASIN, HOLLY M. SAXBY SOWERSBY, DANIEL P. THOR, KELLY YI, JILLIAN M. MCCOOL, KATSIARYNA TSYBINA, FRANCIS ADAMS, HERMINE BARSEGHIAN, JENNIFER K. BAUMAN, ALLISON CHEN, BRANDON GEMOLL, CHRISTINE ANN GIBSON, ALEXANDER J. GILBERTSON, JOHN STEVEN HILBORN, HEIDI LYNN HOLMES, CONNIE HORNG, DAVID KANG, CARLI KISABA, CRISTOBAL LAMAS, ALLISON LEIGH MOORE, AUSTIN R. LEWIS, BRENNAN J. MALONEY-KRIPS, AMANDA J. MYERS, BRYAN PATRICK NELSON, ERIC M. PANNELL, CODY PARKER, ANKUR B. PATEL, JOEL B. RINTOUL, BRETT I. SILVERMAN, ANNMARIE STUART, JOVAN TUCKER, ALEXANDER VYSHETSKY, ASHLEY N. WESTMORELAND, CALVIN WU, ANGELA YU, SHANAN AHMED, RONALD F. BECK, T'LANE B. BRIGGEMAN, TERESA CARRANZA, KRISTEN CHONG, NICOLE C. DORAN, KUNAL DUDHEKER, THOMAS DUFRESNE, SHANE HUIBERTS, ROBERT KARR, THOMAS P. KEEGAN, REBECCA A. KRAMMEN, MONICA L. LONG, SHUANG LU, KEENAN JAMES MCCULLOUGH, TREVOR D. MCKENDRICK, KELLY MERIANO, STEVEN MURPHEY, MEGUMI KOMIYA NAKAMURA, MICHELLE OKABE, NICHOLAS A. PAONESSA, SEAN M. PAUL, NEIL SHAH, RAYNA J. SWANSON, THOSANA TAN, SERGEY TKACHEV, TRACIE TOGAMI, KRYSTLE TOLENTINO, MOONY C. TONG, KENNETH TY, STEPHEN VAN LYON, SARAH VANLANDINGHAM, KATRINACA E. WARE, VICTORIA E. WHELAN, SELENA R. BAILEY, COLLEEN BRENNAN, KRISTINA M. BROSS, ELIZABETH D. BROWN, CHRISTOPHER J. CALVEY, LAUREN DANIELLE CAPLAN, SUSAN CHARTIER GOMES, DAVID E. CHINOSKI, KRISTEN M. COULOMBE, CHRISTINE DEBONEE LABRIE, KRISTINA ENG, VINCENTE FIGUEROA, HAYLEY L. FORD, ABBY GRIESEDIECK REEVES, DAWSON HALE, JORDAN A. HANDSAKER, CALEB

E. HANSON, AMANDA S. HOFFMAN, ALAINA JO, JEFFREY V. KENT, JR., KYLE E. LANGNER, REANNA D. LEITAKER, MICHAEL L. LEMBO, EDWARD H. LEVY, MARVIN K. MAYOTTE, RACHEL N. OTLEY, DANIEL PARKS, CAROL A. PARRISH, DAVID PIATEK, MICHAEL D. PICK, YANINA REZNIKOV, MARISA SALERNO, AUBREY A. SCHMIDT, LENNON SMITH, EUN HYE SUNG, THAI TRINH, SHAVON TUCKER, MICHAEL VAHIDTARI, AIMAN M. WAHDAN, MATHIEU WEILL, GENEVA WIGFALL, MATTHEW E. WREN, DOSANNA WU, DANIEL WULLSCHLEGER, EMILY R. BORIACK, TRENT C. BROWN, CONNOR DONNELLY, PETER J. HELF, CHAD B. UNDERWOOD, DEL CIELA BASILIO, EMILY BOECKMANN, SARAH E. CALLAN STANCLIFT, WINNIE CHAN, LOGAN J. CHRISTIANSON, ROBERT S. CHUN, ADAM D. COLBA, MICHAEL D. CORIELL, MICHAEL W. DERINGTON, MICHAEL J. FEDUN, BRITTANY L. FEDUN FIGLIOLINO, CHRISTOPHER M. FERRELL, ZEB F. HIGH, JR., RACHEL HOUDEK, PRESTON JEUNG, SUNITA KUMAR, ANDREW V. LINVILLE, KEVIN M. MCBRIDE, ELIJAH MCINTOSH, STEVEN A. MICH, ERIC NOWAKOWSKI, STACIE M. ONKEN, YULIA SHMATKOVA, MICHAEL T. STORIN, ADAM TRAVIS, SAMANTHA ZIMMER, JUSTIN B. COOK, DIANA A. MCARDLE, PENELOPE YURKOVICH NORMANDIN, MARIA DEL MAR HERNANDEZ, CARMEN M. TELLEZ, MEGAN E. TOMS HUMBER, AARON D. GOODMAN, CLAYTON J. HUFFMAN, RYAN J. KEYS, SAKINA KHAN, XIU T. KHAW, ELIZABETH REISMAN, DAVID D. THOMAS, LISA A. BLAND HORTON, KRISTEN N. KELLY, MELISSA MCQUEEN CURL, MEREDITH ROGERS MCCARTHY, RYAN M. SWANER, STEPHANIE M. ALDECOA, KIMBERLY ARGY, LISA M. BAKER, JESSICA R. BECKENDORF, JOELLE M. BROWN, ROSS BRUENING, JONATHAN W. CADWELL, DAVID C. CARLEY, CHRISTINE CHIARAMONTE, ANDREW J. CHOLY, MICHAEL DETER, NICHOLAS A. EBERSOLE, RACHEL M. ENGLISH, SARA R. FLOREANI, SANTO S. GRAMANDO, III, DAVID HA, DALIA KLIMKOWSKI, MARK KRAMER, CHRISTOPHER K. LEE, YU JIN LEE, LUCORIN J. MATHIS, ANTHONY J. MATULAC, DANIEL T. MCNEVIN, KRISTINA MENDEZ, AMANDA MENNITI, JOEY RODRIGUEZ, IAN A. RUDDOCK, DANIEL R. SABET, MIA K. SAILS, KATRIN D. SALTA, FATIMA SEDIQZAD, JEEVANJIT SINGH, CRENA E. SPRAGUE, CHRISTOPHER I. STROTHER, DAVID SUH, THOMAS R. TARSITANO, EDMUND TONG, GUILLERMO E. TRIGO-MENDEZ, NY-LIANG WANG, RICHARD L. WARD, ALEXANDRA WITTENBERGER BAKAMUS, BILL R. WLECZYK, ERICA YAMAMOTO, CAROLYN YIP, HUIFANG ZHU, JAN-MICHAEL DE VERA, DAVID P. GRIMNER, RONALD KARROLL, JR., MATTHEW A. LAPOINTE, JONATHAN D. LEINS, JACOB R. LINVILLE, RYAN MEALS, YULIANA RUFF, JAMES K. RUSSELL, JASON SATTAR, NOAH SULLUM, NABIN BANSKOTA, THERESA KHUU, SAMATHA M. SNYDER LANCE, JUAN P. BARAJAS, MATTHEW BIRMINGHAM, CHRISTOPHER L. BURGESS, PHILLIP M. HEU-WELLER, TUAN PHAM, RONNIE ZABIGUY, DANIEL COLVIN, ADESUWA ASEMOTA, KERRY ANN BERG, ASHLEY BILLINGER, DANIEL CHEN, KELLY A. CLARK, JEROMY R. DAVENPORT, MARK A. DEBONEE, CRISTINA MARIE DEL BUONO, STEPHEN F. ENDRES, ERIN M. EVERLY, TOMOKO FURUKAWA, ANDREW J. GALLEGOS, RACHEL L. GUILD, TAMEKA L. HAMMOND, ANDREW HARDY, DAYNA E. KITTER, NEIL L. KOROTKIN, VANYNA M. LOUIS,

KATLIN A. MICK, MEGAN ORR, CHRISTEN A. PAGE, ROBERT M. PETERSEN, ANTON SAMRAI, SEAN SCHRAM, JENNIFER D. SING, BRIAN D. STOCK, KATHERINE L. THOMPSON, ASHLEY M. TURNER, SAUL VERBERA, JENNIFFER VIELMAN-VASQUEZ, RICHARD ARMSTEAD, ERICA BARHAM, DIEGO A. BELLO, MATTHEW T. HAINES, AMANDA B. KANE, CARLY N. KINTZING, KEVIN M. OLKOWSKI, MARIA RIVERA, STEPHANIE T. UNKART, KENJI NONAKA, ROBERT III VIDAL, MYLA N. CHATMAN, ZHANNA A. FREEMAN, SUMIAH A. JABER, SARAH KONEMAN, VIVIAN K. LAU, DANIEL MCCORMICK, SANDRA RAK, DAVID C. SCOTT, DAVID C. SCOTT, BRIAN SHAW, DEREK P. SNIKERIS, RYAN M. SPURLOCK, KUMIKO TANAKA, ELLEN VOLODARSKY, KRISTIE DAVIS ZAPF, AMIRA MORIS FARAG-BESHAY, HEATHER L. HALL, MATHEW S. HANLEY, FRANCINE HOYLE, LAUREN E. INSCHO, JENNIFER KLINE, DANIEL J. ROBERTSON, ANITA J. TSE, MUNEHIKO YUZAWA, MARC C. ABRAHAM, JULIA ABBOTT, MAYA ABDULKARIM, KYLE L. FLETCHER, OLGA V. IVANOVA-MENDEZ, IGNATIUS JACKSON, SEAN MCKENNA, SHARON BRICKMAN, NOELLE M. CARLO, CHRISTOPHER R. DOTSON, CARA S. GRIECO, JENNIFER H. HEIST, JAMES D. MCCLELLAND, JR., LAUREN A. MORRIS, DEREK W. RICHARDSON, ERIC YEE, ASHLEY BROOKE STROBEL, JESSICA MARIE BUSHEY, ELIZABETH CHO, MAI ENDO, SHAWN L. HATFIELD, GABRIEL KANGAS, ANTHONY K. LAGAT, LAUREN C. THORNTON, REUBEN ABITBOL, ARI MICHAEL BARUCH, THEOPHILOS S. CONSTANTINOU, LISA M. DEANE, MATTHEW R. GRIFFIN, JOSEPH KAUFMAN, LESLIE KEATHLEY, STACY MCGOLDRICK, CHENGCHENG SHI, KRISTINE P. SOMERA, JILL LEAH STANLEY, ANNETTE SABRINA WILLIAMS, BETHANY N. ADAMS, CHARLES CONRAD BOETTGER, SHAWN O. GILLESPIE, MARINA KALAN, ANDREW JOHN LEAVITT, ALBERT LI, SARAH L. LUNA, JEFFREY P. MCNERNEY, KAREN MEYERS, JENNIFER RIOS, JESSICA H. SCHATZ, LILY SITU, HEIDI SMILDE, ZHEN SU, PHILIP TWEDE, FLORA KANG-JUNG WANG, HUA-JUNG YU, NATHAN ANDREW BELL, KRISTEN BURBANK, MICHAEL DEAN DAVIS, DAVID EDWARD FELDMAN, LEIGH GEIST, MUHAMMAD UMAR HAMID, KATHERINE ANNE KILGORE, CHARITY NICOLE LEE, LACRESHA ERONNE MILLNER, ANTHONY SASSALI, RYAN STROUT, DANIEL HADI TABIB, ROBERT C. THAYER, LINA WANG, ANGELA GUERRERO WILLHOFT, TANIA RHANDA AHMAD, HUSSEIN SALIM ALLIBHAI, AUBREY MARIE BICKMORE NEELEY, HEATHER L. BORING, ANDRE COMPARINI, MARK PRESTON BROUGH, BRITTANY NICOLE LAY, GREGORY ALAN MORSE, STEPHANIE PHAM, RANDY R. PLACZEK, ROBERT REDLING, AMANDA SHATZMAN, ADAM JOSEPH DE LEUV, KARIMA WARNER, DYLAN WILLIAMS, HENRY YMAS CROCKERHAM, JR., LESLIE ELLEN DAVIS, JOHN DEVECCHI, JR., ASHLEY ROSANNE DWYER, KEVIN JOSEPH HANNAN, AMY HERTZ, JING HUANG, MOHSAN KHAN, LAP SHUN KO, ERIKA RYAN LARSON, PEGGY LIU, PATRICK J. MCCADDEN, ROBERT M. MERENDA, JR., NITIN MUNDRA, JARED PAUL NEELEY, CHEN NI, CHRISTINA MARJORIE PANAGEOTOU, HEATHER R. ROGERS, PHILIP TUINUKU SMITH, KYLE VITALE, WILLIAM J. CASH, JOSEF H. FARBSTEIN, OMAR J. NIEVES, JENNA L. ANDERSON, CHRISTOPHER D. BUSHEY, JOON HWAN BYUN, URIM CHOI, ANDREW T. COX,

DAVID FREUND, PATRICK J. GARBANI, JASON HUISMAN, JOHN LAVIN, JEANETTE L. PECK, JONATHAN POLDAN, JEFFREY T. WONG, ANTHONY C. ZACCARELLI, BROOKE A. BALLANCE, KEVIN BEKAS, EMILY BARZEE HERRICK, TAEOOK KWON, TRISHA LEWIS MARTIN, ERIK H. OLSGAARD, VINCENT PISANO, COLIN SHINNERS, SATOMI TAKAHASHI, ASHLEY TINNIRELLA, PRIYA VASUDEVAN, OBIANUJU LINDA-MARY EKWEGBALU, MICHAEL A. LEVIN, DAVID B. LANDRUM, MIKI NAKAZAWA, STEVEN G. OHL, JENNIFER BAI, KYLE BAKER, FELICIA BRENNER, CHRISTOPHER CACANINDIN, PATRICK CHAN, EDWARD FREIWALD, BRYAN GOLDFINGER, STEPHEN HERZWEIG, ASHLEY JOHNSON, LESLIE JORDAN, ANDREW KATZ, LAURYN KING, JEFFREY KOSLOW, THU LAM, LI LIU, HEATHER MORELAND, KETURAH MOSS, OLUTOSIN OKUNOREN, CONSTANCE ONYIAH, ROBERT PABST, ANTOINE RAIE, MATHEW ROPPO, ANNA SHEYNKMAN GORIN, MELANIE SO, BRYAN STANISZEWSKI, BRETT STIEGLITZ, JESSICA VAVITHES, JULIE WILSON, MELISSA BROWNFIELD LUISO, JAMELLE A. NELSON, SAMANTHA ANDEREGG-BOTICHI, TIA ALISHA FINN, MICHAEL ADDISON HARRIS, KEI KURAMOTO, HUI SHAN SEE, LETICIA FACUNDO, MICHELLE GARCIA, NORBERT MENDONCA, SZIMONETTA PETTERMAN, ARLENE RIDGEWAY,

*Plaintiffs,*

KYLE PIPPINS, individually and on behalf of all others similarly situated,
JAMIE SCHINDLER, individually and on behalf of all others similarly situated,
EDWARD LAMBERT, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants,*

—against—

KPMG LLP,

*Defendant-Appellee.*

## **RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

The American Institute of Certified Public Accountants is a nonprofit corporation formed under the laws of the District of Columbia.  It has no parent companies, subsidiaries or affiliates that have issued shares to the public.

# TABLE OF CONTENTS

**Page**

RULE 26.1 CORPORATE DISCLOSURE STATEMENT.........................................i

TABLE OF AUTHORITIES ................................................................. iii

I.    STATEMENT OF INTEREST .....................................................1

II.   SUMMARY OF ARGUMENT.....................................................3

III.  OVERVIEW OF THE AUDIT PROCESS ....................................4

IV.   SPECIALIZED EDUCATION IS GENERALLY REQUIRED TO PERFORM EVEN ENTRY LEVEL AUDITOR TASKS. .............................6

V.    EVEN ENTRY-LEVEL AUDIT PROFESSIONALS HAVE IMPORTANT RESPONSIBILITIES REQUIRING THE EXERCISE OF DISCRETION AND JUDGMENT IN THE PERFORMANCE OF AUDIT-RELATED TASKS..........................................................11

CONCLUSION .....................................................................................15

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

**Cases**                                                                                    **Page (s)**

*Bily v. Arthur Young & Co.*,
   3 Cal. 4th 370 (Cal. 1992)..................................................................13

**Rules**

29 C.F.R. § 541.301 ..........................................................................3, 4

**Auditing and Quality Control Standards**

AS No. 3, *available at* http://pcaobus.org/Standards/Auditing/Pages/
   Auditing_ Standard_3.aspx..............................................................14

AS No. 12, *available at*  http://pcaobus.org/Standards/Auditing/Pages/
   Auditing_Standard_12.aspx.............................................................14

AU Section 230.02, *available at* http://pcaobus.org/Standards/Auditing/Pages/
   AU230.aspx ....................................................................................12

AU Section 230.07, *available at* http://pcaobus.org/Standards/Auditing/Pages/
   AU230.aspx ....................................................................................13

AU Section 316.13, *available at* http://pcaobus.org/Standards/Auditing/Pages/
   AU316.aspx ....................................................................................12

AU Section 331.09, *available at* http://pcaobus.org/Standards/Auditing/Pages/
   AU331.aspx ....................................................................................14

CAQ In-Depth Guide to Public Company Auditing: The Financial Statement Audit
   May 2011, *available at*  http:// http://www.thecaq.org/publications/In-
   Depth_GuidetoPublicCompanyAuditing.pdf ......................................5, 6, 12, 15

Content and Skill Specifications For the Uniform CPA Exam, Oct, 1, 2012,
   *available at* http://www.aicpa.org/becomeacpa/cpaexam/examinationcontent/
   contentandskills/downloadabledocuments/csos-ssos-effective-jan-
   2014.pdf .........................................................................................10

CPA Exam: The Candidate Bulletin, Oct. 2013 *available at*  http://www.
   aicpa.org/BecomeACPA/CPAExam/ForCandidates/CandidateBulletin/Pages/
   bulletin.aspx ...................................................................................7, 8

Practice Analysis Technical Report, Dec. 2008, *available at* http://www.aicpa.org/ BecomeACPA/CPAExam/ExaminationContent/ContentDevelopment/Downloa dableDocuments/2008_Practice_Analysis_Technical_Report.pdf ..........9, 10, 11

## **Other Authorities**

PCAOB, Staff Audit Alert No. 10, *Maintaining and Applying Professional Skepticism in Audits* (Dec. 4, 2012), *available at* http://pcaobus.org/Standards/QandA/12-0-2012_SAPA_10.pdf .................12, 13

*Uniform Accountancy Act Model Rules* (July 29, 2011), available at http://www.aicpa.org/advocay/state/downloadabledocuments/ uaamodelrules2011.pdf .........................................................................................7

The American Institute of Certified Public Accountants (the "AICPA" or the "Institute") submits this *amicus* brief in support of the Defendant-Appellee KPMG LLP ("KPMG").[1]

## I.   STATEMENT OF INTEREST

The AICPA is the national organization of the certified public accounting profession; more than 360,000 of its members are certified public accountants ("CPAs").  The AICPA's service spans more than one hundred and twenty-five years, and extends to those in academia, government and business, as well as those who provide accounting services through firms of all sizes, including solo practitioners.

Chief among the AICPA's purposes is the promotion and maintenance of high professional standards of practice.  In pursuit of these ends, the AICPA develops standards for the performance of audits of private company financial statements and other services by CPAs; develops and grades the Uniform CPA Examination (the "CPA Exam"); monitors and enforces compliance with the profession's technical and ethical standards; and participates on the Governing Board of the Center for Audit Quality ("CAQ").  The CAQ is an autonomous

---

[1]   Pursuant to Fed. R. App. P. 29(c)(5) and Second Circuit Local Rule 29.1, the Institute certifies that (A) no party's counsel authored the brief in whole or in part; (B) no party and no party's counsel contributed money that was intended to fund preparing or submitting the brief; and (C) no person – other than the *amicus curiae*, its members, or its counsel – contributed money that was intended to fund preparing or submitting the brief.

- 1 -

public policy organization, affiliated with the AICPA, dedicated to enhancing investor confidence and public trust in the global capital markets by fostering high quality performance by public company auditors, and advocating policies and standards that promote auditors' objectivity and effectiveness, among other things.

Because of its role in formulating standards relating to audits, reviews, compilations, and attest engagements, and the reports issued thereon, the AICPA maintains a strong interest in both the professional knowledge and skills that accounting professionals are generally expected to possess, and the standards relevant to the work that accounting professionals typically perform, including entry-level personnel.  Many of the Institute's members are employed by, or are partners at, firms similar to KPMG.  The AICPA regularly submits *amicus* briefs in actions concerning its members in state and federal courts, including this Court and the U.S. Supreme Court.  Counsel for both Appellants and Appellee have consented to the filing of this *amicus* brief.

In granting KPMG's motion for summary judgment, the District Court discussed various auditing standards and accountant educational requirements. (Decision and Order, *Pippins v. KPMG,* No. 11 Civ. 0377 (S.D.N.Y. Nov. 30, 2012) ("SJ Order") at 3-4.)  Because of its role in standard-setting and enforcement, as well as administration of the CPA Exam, the AICPA believes it is

- 2 -

in a unique position to provide expertise that may aid this Court in its review of the District Court's ruling.

## II.  SUMMARY OF ARGUMENT

The District Court concluded that Audit Associates employed by KPMG are "learned professionals" and accordingly, were not entitled to overtime pursuant to the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §§ 201 *et seq.*  (SJ Order at 2.)  The education and applicable auditing standards relevant to performing even basic audit tasks further buttressed the District Court's findings that Audit Associates are "well-educated" and engage in work requiring the "consistent exercise of judgment and discretion."  (*Id.* at 50.)

To qualify as a "learned professional," an employee's "primary duty" must be the performance of (1) "work requiring advanced knowledge" (2) "in a field of science or learning" (3) that is "customarily acquired by a prolonged course of specialized intellectual instruction." 29 C.F.R. § 541.301(a).  (SJ Order at 28.) Accountancy and auditing clearly qualify as a "field of science and learning."  (SJ Order at 29.)

Under the FLSA regulations, "[t]he phrase 'customarily acquired by a prolonged course of specialized intellectual instruction' restricts the exemption to professions where specialized academic training is a standard prerequisite for entrance into the profession." (29 C.F.R. § 541.301(d).)  Typically, this is an

appropriate academic degree, but it also includes employees in professions who have substantially the same knowledge level and perform substantially the same work as the degreed employees, but attained advanced knowledge through work experience and intellectual instruction.  (*Id*.)  The FLSA regulations also provide that "[t]he phrase 'work requiring advanced knowledge' means work which is predominantly intellectual in character," and includes work requiring the consistent exercise of discretion and judgment, as opposed to routine mental, manual, mechanical or physical work.  (29 C.F.R. § 541.301(b).)

In support of Defendant-Appellee KPMG, the AICPA describes below the critical, advanced professional knowledge and skills that even entry-level auditors are generally expected to possess.  The AICPA also discusses professional standards applicable to the work that entry-level audit professionals typically perform, which demonstrate the importance of that work; the discretion and judgment involved in its execution; and why advanced knowledge and education is critical to its performance.[2]

## III.    OVERVIEW OF THE AUDIT PROCESS

To provide context for the District Court's conclusion that Audit Associates are "learned professionals," it is important to understand the general role of the outside auditor.  The District Court identified the primary job responsibility of

---

[2]    This *amicus* brief does not address the other issues underlying the District Court's summary judgment ruling.

Audit Associates as "perform[ing] audit work for audits of clients' financial records." (SJ Order at 8.)

"An independent financial statement audit … includes examining, on a test basis, evidence supporting the amounts and disclosures in the company's financial statements, an assessment of the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation to form an opinion on whether the financial statements taken as a whole are free of material misstatement."  (CAQ's In-Depth Guide to Public Company Auditing: The Financial Statement Audit, May 2011 ("CAQ Audit Guide") at 3.)[3]  Generally Accepted Accounting Principles ("GAAP") are the standards of financial accounting that govern the preparation of financial statements.  GAAP are developed primarily by the Financial Accounting Standards Board ("FASB"), a private, nonprofit organization.  The process culminates in a report issued by the auditor as to whether the company's financial statements are fairly presented, in all material respects, in conformity with GAAP.  (*Id*.)

The District Court properly recognized that the performance of an audit is governed by "professional auditing standards," which "apply to every member of the audit team." (SJ Order at 8.)  Audits of private companies are governed by Generally Accepted Auditing Standards ("GAAS").  GAAS is implemented

---

[3]     The CAQ Audit Guide is available at http://www.thecaq.org/publications/In-Depth_GuidetoPublicCompanyAuditing.pdf

through Statements on Auditing Standards ("SAS"), which are issued by a senior technical body of the AICPA.  SAS is codified and cited as "AU" sections.  Audits of public companies are governed by the standards issued by the Public Company Accounting Oversight Board ("PCAOB").  In 2003, the PCAOB adopted the AICPA's GAAS, and since then the PCAOB has also promulgated its own auditing standards, cited as "AS" sections.  Collectively, GAAS and PCAOB standards represent the "professional standards" applicable to audits.

"With a mindset of professional skepticism, [ ] auditors seek to gather sufficient, appropriate audit evidence to support their opinion about the financial statements.  Because the facts and circumstances of an audit typically vary dramatically between companies, the standards describe a principles-based process and provide guidance to help [ ] auditors use their judgment in the application of these principles on a particular engagement."  (CAQ Audit Guide at 11.)

## IV.    SPECIALIZED EDUCATION IS GENERALLY REQUIRED TO PERFORM EVEN ENTRY LEVEL AUDITOR TASKS.

The AICPA understands that it was "KPMG's general policy [ ] to hire as Audit Associates only individuals who are 'CPA-eligible' in the state in which they will work."  (SJ Order at 5.)  The AICPA also understands that KPMG provided the following "typical" qualification: "Must be CPA eligible in home-state.  If individual has not passed CPA exam, there should be a short-term plan in

place to pass the CPA exam." *Id.*[4]  As show below, sitting for the CPA Exam

requires extensive, advanced accounting knowledge and skills.

The AICPA is responsible for administering the CPA Exam.[5]  Introduced in

1917, successful completion of the CPA Exam is required for licensure by the 55

states and territories of the United States.  (CPA Exam: The Candidate Bulletin,

Oct. 2013 ("Candidate Bulletin") at 2.)[6]  The CPA Exam helps to protect the public

interest by ensuring that only individuals who have demonstrated sufficient

professional knowledge and skill, and met other prescribed requirements, are

permitted to identify themselves to the public as CPAs and thereby perform CPA-

restricted services.  (*Id.* at 5.)  The AICPA determines the content of the CPA

Exam, prepares the questions, determines the method of scoring using recognized

testing methodology, prepares advisory scores, and conducts statistical analyses of

examination results.  (*Id.* at 7.)

---

[4]     The AICPA was not involved in setting any of KPMG's hiring criteria and
        did not participate in any of its hiring decisions.

[5]     The Uniform Accountancy Act ("UAA"), published by the AICPA and the
        National Association of State Boards of Accountancy ("NASBA"), serves as
        a model for many states' regulations, and sets forth education, examination,
        and experience requirements for CPAs. (*See* UAA at Section 5.)

[6]     The Candidate Bulletin is available at,
        http://www.aicpa.org/BecomeACPA/CPAExam/ForCandidates/CandidateB
        ulletin/Pages/bulletin.aspx.

The CPA Exam is a 14-hour examination covering four sections: Auditing and Attestation ("AUD"), Business Environment and Concepts ("BEC"), Financial Accounting and Reporting ("FAR"), and Regulation ("REG"). Each section is designed to assess different knowledge, and is composed of four groups of test questions, three of which contain 24 to 30 multiple-choice questions. (*Id.* at 12.) For example, a sample test question in the AUD section asks, "During an engagement to review the financial statements of a nonissuer, an accountant becomes aware of several leases that should be capitalized, but are not [ ]. The accountant considers these leases to be material to the financial statements. The accountant decides to modify the standard review report because management will not capitalize the leases. Under these circumstances, the accountant should… ."[7]

For the AUD, FAR, and REG sections, the fourth group of test questions consists of several task-based simulations. These simulations are condensed case studies that use real life, work-related situations, and are intended to assess knowledge and skills that an entry-level accountant should possess. For the BEC section, the fourth group of questions consists of three written communication tasks. (*Id.*)

---

[7]    CPA Exam Sample Tests are available at available at, http://www.aicpa.org/BecomeACPA/CPAExam/ForCandidates/CandidateBulletin/Pages/bulletin.aspx.

To ensure that the CPA Exam continues to reflect what is necessary to perform accounting, auditing, and related tasks adequately, the AICPA Board of Examiners initiates "Practical Analysis" studies from time to time. The most recent "Practical Analysis" included a survey of more than 2,000 CPAs, among other things. (Practice Analysis Technical Report, Dec. 2008 (the "Report") at 2-3.)[8] The CPAs surveyed were presented with a list of 460 task, knowledge, and skill statements and asked to rate them for relevance, importance, and frequency. More than 90% of the respondents indentified over 100 tasks, knowledge, and skills as relevant to an entry-level professional; over 75% of the respondents identified an *additional* 100 tasks, knowledge, and skills that were also relevant. (*Id*. at Appendix L.) These tasks, skills, and knowledge include "Professional Skepticism: An attitude that includes a questioning mind and a critical assessment of information or evidence obtained;" "Conduct analytical procedures to estimate expected results, acceptable variances associated with client's financial data, and identify indications of transactions that would require further investigation and focus during the engagement;" and "Strategic Thinking: Developing and understanding goals, objectives, and strategies for dealing with potential issues, obstacles, or opportunities." (*Id.*)

---

[8]     The Report and its appendixes are available at http://www.aicpa.org/becomeacpa/cpaexam/examinationcontent/contentdevelopment/pages/practice_analysis.aspx

The AICPA Board of Examiners uses the survey to create and update the Content Specification Outlines ("CSOs") and Skill Specification Outlines ("SSOs") that provide the basis for CPA Exam questions.  (Report at 3, 18.)  The CSOs and SSOs demonstrate the vast technical content and skills an individual preparing to take the CPA Exam must comprehend.  The CSO for the AUD Section alone has six headings, over 25 subheadings, and over 75 sub-subheadings.  (Content and Skill Specifications For the CPA Exam (Oct. 1, 2012) at 4-11.)[9]

For the AUD section, the CSOs and SSOs include performing audit procedures and evaluating evidence; evaluating audit findings, accounting and review services engagements; and professional responsibilities.  For the BEC section, the CSOs and SSOs focus on corporate governance; economic concepts and analysis; financial management; information systems and communications; strategic planning; and operations management.  For the FAR section, they discuss, in part, the presentation of financial statements and financial statement accounts, including recognition, valuation, and disclosures.  And for the REG section, the CSOs and SSOs cover ethics, professional, and legal responsibilities; business law; federal tax process, procedures, accounting, and planning; and federal taxation of property transactions, individuals and entities.  (*See generally*, *id*. at 14.)

---

[9]     The Content and Skill Specifications For the CPA Exam are available at http://www.aicpa.org/becomeacpa/cpaexam/examinationcontent/contentandskills/downloadabledocuments/csos-ssos-effective-jan-2014.pdf

As discussed in the Brief of Defendant-Appellee KPMG at page 10, the educational requirements for CPA-eligibility vary by state. However, nearly all states require an undergraduate degree "with an accounting concentration or the equivalent, with at least 150 semester hours of college-level education." (*Id*.) This education is necessary to enable entry-level audit professionals to perform tasks such as those discussed in the Report, and ultimately, to enable them sit for and pass all four sections of the CPA Exam. In short, it is the AICPA's firm view that the skills required by CPA-eligible individuals to perform basic audit tasks involve "advanced knowledge," which are "customarily acquired by a prolonged course of specialized intellectual instruction."

## V.    EVEN ENTRY-LEVEL AUDIT PROFESSIONALS HAVE IMPORTANT RESPONSIBILITIES REQUIRING THE EXERCISE OF DISCRETION AND JUDGMENT IN THE PERFORMANCE OF AUDIT-RELATED TASKS.

As the District Court acknowledged, all audit professionals, including the Audit Associates, are obligated to adhere to general audit professional standards, which require the exercise of discretion and judgment. Citing to AU § 150.02, the District Court properly stated that "all auditors, whether licensed as CPAs or not [must]: (1) have the adequate technical training and proficiency as an auditor, (2) maintain 'an independence in mental attitude' throughout all matters relating to an audit assignment, and (3) exercise 'due professional care' in the performance of the audit and the preparation of the report." (SJ Order at 22.) Elaborating on the

meaning of "due professional care," other SASs explain that the standard "imposes a responsibility upon each professional within an independent auditor's organization to observe the standards of field work and reporting."  (AU Section 230.02.)

Appellants state that they "understood professional skepticism to mean bringing any errors to the attention of more senior team members, taking care in performing their work, being professional in communications, asking questions and not doing something 'mindlessly', and acting in a 'conservative and ethical' manner."  (Appellants' Br. at 17) (internal citations omitted).  Appellants grossly understate the importance of "professional skepticism."  As the CAQ has explained:

> Professional skepticism is fundamental to an independent auditor's objectivity and includes a questioning mind and an objective assessment of audit evidence … The independent auditor uses his or her knowledge, skill, and ability to diligently perform, in good faith and with integrity, the gathering and objective evaluation of audit evidence.  Given that evidence is gathered and evaluated throughout the audit, professional skepticism is exercised throughout the entire audit process.

(CAQ Audit Guide at 14; *see also* AU Section 230.07; AU Section 316.13.)

"[T]he importance of professional skepticism to an effective audit cannot be overstated, particularly given the increasing judgment and complexity in financial reporting and issues posed by the current economic environment."  (PCAOB, Staff Audit Practice Alert No. 10, *Maintaining and Applying Professional Skepticism in*

*Audits* (Dec. 4, 2012) at 7.)[10]  "The planning and execution of an audit [ ] require a high degree of professional skill and judgment" and the final product, the audit report, is "based on the auditor's interpretation and application of hundreds of professional standards, many of which are broadly phrased and readily subject to different constructions. … [T]he report is the final product of a complex process involving discretion and judgment on the part of the auditor at every stage. (*Bily v. Arthur Young & Co.*, 3 Cal. 4th 370, 380, 400 (Cal. 1992).)

Although Appellants also state that their jobs consisted of "routine work" and "rarely, much less 'consistently,' [required the] exercise [of] discretion or judgment as part of their primary duty" (Appellants' Br. at 2, 41), in fact several of the responsibilities Appellants themselves identify are substantive and meaningful enough to have their own applicable professional standards.  For example, Appellants describe performing inventory observations as merely requiring the use of "common sense."  (Appellants' Br. at 13.)  An auditor's observation of inventories is covered by its own SAS, AU Section 331, which explains that "it is ordinarily necessary for the independent auditor to be present at the time of count and, by suitable observation, tests, and inquiries, satisfy himself respecting the effectiveness of the methods of inventory-taking and the measure of reliance which may be placed upon the client's representations about the quantities and physical

---

[10]     The PCAOB, Staff Audit Practice Alert No. 10 is available at
http://pcaobus.org/Standards/QandA/12-04-2012_SAPA_10.pdf

condition of the inventories," as inventory is typically a significant element of a

balance sheet. (AU Section 331.09.)

Appellants also identify "walkthroughs" and the preparation of "work

papers" as supposedly routine, menial tasks.  (Appellants' Br. at 11, 13 – 14.)  In

fact, such tasks are also covered by specific professional standards.  For example,

AS No. 12 describes an auditor's role in "walkthroughs" as "question[ing] the

company's personnel about their understanding of what is required by the

company's prescribed procedures and controls.  These probing questions … allow

the auditor to gain a sufficient understanding of the process and to be able to

identify important points at which a necessary control is missing or not designed

effectively."  (*Id*. at 38.)  Likewise, AS No. 3 describes the critical role of "work

papers," stating that they " provide[ ] the support for the representations in the

auditor's report [and] should … [s]upport the basis for the auditor's conclusions

concerning every relevant financial statement assertion, and [d]emonstrate that the

underlying accounting records agreed or reconciled with the financial statements."

(*Id.* at 5.)

Accordingly, the AICPA respectfully disagrees with the description of the

tasks identified by the Audit Associates as "routine work" that "rarely, much less

'consistently,' [required the] exercise [of] discretion or judgment as part of their

primary duty."  Indeed, as described in more detail in the CAQ Audit Guide, the

audit procedures performed by the Audit Associates are critical contributions to the gathering of evidence needed to support the auditor's opinion.  (*See, e.g.,* CAQ Audit Guide at 12 – 15.)  These basic auditor responsibilities require knowledge of the procedures and applicable GAAS; the underlying business reasons for, and accounting implications of, the matters in which they are involved (e.g., inventories and walkthroughs); and ethical, professional, and legal responsibilities, including, in particular, the exercise of professional skepticism to identify any risk of fraud.  The AICPA therefore agrees with the District Court that even these typically entry-level tasks should be characterized as "work requiring advanced knowledge."  (SJ Order at 50.)

## CONCLUSION

The Court should affirm the decision below.

Dated:       October 3, 2013

Respectfully submitted,

/s/ Kelly M. Hnatt
Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Counsel for Amicus Curiae*
*American Institute of Certified Public*
*Accountants*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this brief complies with the length limitations set forth in Fed. R. App. P. 29(d) because it is no more than one-half the maximum length authorized by the Federal Rules of Appellate Procedure for a party's principal brief.

I further certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this brief complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B)(i) because it contains 3,207 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

Dated:  October 3, 2013                      /s/ Kelly M. Hnatt
                                              Kelly M. Hnatt

                                              *Counsel for Amicus Curiae*
                                              *American Institute of Certified Public*
                                              *Accountants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing brief to be filed and served upon all the parties using the CM/ECF System.

Dated:  October 3, 2013                    /s/ Kelly M. Hnatt_____
                                   Kelly M. Hnatt

                                   *Counsel for Amicus Curiae*
                                   *American Institute of Certified Public*
                                   *Accountants*